**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE:                                                                                         CASE NO.: 16-32586-VFP
                                                                                                            CHAPTER 13
James Walter Lucas,
   Debtor,
Barbara Jean Lucas,
   Joint Debtor.

_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF CBA COMMERCIAL ASSETS, SMALL BALANCE COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                                       Robertson, Anschutz & Schneid, P.L.
                                       Authorized Agent for Secured Creditor
                                       6409 Congress Ave., Suite 100
                                       Boca Raton, FL 33487
                                       Telephone: 561-241-6901
                                       Facsimile: 561-997-6909
                                       By: /s/Justin Plean
                                       Justin Plean, Esquire
                                       Email: jplean@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 16, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:


SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ 07834


JAMES WALTER LUCAS
884 SANFORD AVE
IRVINGTON, NJ 07111-1510


BARBARA JEAN LUCAS
884 SANFORD AVE
IRVINGTON, NJ 07111-1510


MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004

U.S. TRUSTEE
US DEPT OF JUSTICE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                                      Robertson, Anschutz & Schneid, P.L.
                                      Authorized Agent for Secured Creditor
                                      6409 Congress Ave., Suite 100
                                      Boca Raton, FL 33487
                                      Telephone: 561-241-6901
                                      Facsimile: 561-997-6909
                                      By: /s/Justin Plean
                                      Justin Plean, Esquire
                                      Email: jplean@rasflaw.com