| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>2016-2345<br><br>POWERS KIRN, LLC<br>William M. E. Powers III<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>856-802-1000<br>Attorney for Bayview Loan Servicing, LLC |

| In Re: | Case No.:  16-32586-VFP |
|---|---|
| James Walter Lucas<br>Barbara Jean Lucas | Chapter:  13 |
| | Judge:  Honorable Vincent F. Papalia |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Bayview Loan Servicing, LLC.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Powers Kirn, LLC
728 Marne Highway, Suite 200
Moorestown, NJ 08057

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.


                                        POWERS KIRN, LLC

                                         /s/ *William M. E. Powers III*
Date:  January 4, 2017           By:  William M. E. Powers III