UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for Ditech Financial LLC

In Re:
James Walter Lucas and Barbara Jean Lucas

                    Debtors

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case

Case No: 16-32586 VFP

Chapter: 13

Judge: Vincent F. Papalia

on behalf of

Ditech Financial LLC

Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

884 Sanford Avenue Irvington, NJ 07111

DOCUMENTS
☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐☐ All documents and pleadings of any nature.

**/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
Brian C. Nicholas, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*