STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| In Re:<br><br>Barbara J Lucas<br>James Lucas | Chapter 13<br><br>Case Number: 16-32586-VFP |
|---|---|

**NOTICE OF APPEARANCE**

Wilmington Savings Fund Society, FSB,[1][2] a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

Steven P. Kelly, Esquire
***STERN & EISENBERG, PC***
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034

DATED THIS 12TH DAY OF JANUARY, 2017.

By: /s/Steven P. Kelly, Esquire
☑ Steven P. Kelly, Esquire
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407
Cherry Hill, NJ 08034
Phone: (609) 397-9200
Facsimile: (856) 667-1456
Bar Number: 010032010
skelly@sterneisenberg.com

---

1. Full title of Creditor is as follows: Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL Trust Series 2012-1.
2. The current Servicer of this loan is Shellpoint Mortgage Servicing.
3. For reference, the property address associated with the undersigned's representation is 280 -282 Clinton Place, Newark, NJ 07112.