Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/12/2017

**Chapter 13 Case # 16-32586**

Re:  JAMES WALTER LUCAS           Atty:  SCOTT J. GOLDSTEIN
     BARBARA JEAN LUCAS                  LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
     884 SANFORD AVE                     280 WEST MAIN STREET
     IRVINGTON, NJ  07111                DENVILLE, NJ  07834

## RECEIPTS AS OF 01/12/2017                     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/08/2016 | $9,200.00 | 6776001025 | 01/10/2017 | $9,200.00 | 6776001043 |

**Total Receipts: $18,400.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $18,400.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/12/2017      (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,085.60 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BAYVIEW FINANCIAL LOAN | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CITY OF NEWARK - TAX DEPARTMENT | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CREDIT ONE BANK NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | DITECH FINANCIAL LLC | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | OCWEN LOAN SERVICING | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | SEARS/CITIBANK, NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | SHELLPOINT MORTGAGE SERVICING | MORTGAGE ARR | 24,530.50 | 100.00% | 0.00 | 0.00 |
| 0021 | OCWEN | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | CITY OF NEWARK - TAX DEPARTMENT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0023 | TALMADGE VILLAGE LLC | UNSECURED | 1,132.77 | 0.00% | 0.00 | 0.00 |
| 0024 | UNITED STATES TREASURY/IRS | PRIORITY | 6,726.34 | 0.00% | 0.00 | 0.00 |
| 0025 | UNITED STATES TREASURY/IRS | UNSECURED | 8,373.77 | 0.00% | 0.00 | 0.00 |
| 0026 | FORD MOTOR CREDIT COMPANY LLC | VEHICLE SECURE | 399.00 | 0.00% | 0.00 | 0.00 |

**Total Paid: $1,085.60**
See Summary

**Chapter 13 Case # 16-32586**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2017.

Receipts: $18,400.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $1,085.60    =    Funds on Hand: $17,314.40

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.