| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** |
| IN RE:<br>  JAMES WALTER LUCAS<br>  BARBARA JEAN LUCAS |

Order Filed on February 3, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  **16-32586VFP**

Hearing Date:  **2/2/2017**

Judge:  **VINCENT F. PAPALIA**

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: February 3, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):   JAMES WALTER LUCAS
BARBARA JEAN LUCAS

Case No.:  16-32586VFP

Caption of Order:   INTERIM ORDER ON CONFIRMATION HEARING

---

     THIS MATTER having been scheduled before the Court on 02/02/2017 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that case will be dismissed at the 3/2/2017 confirmation hearing if is not current with plan payments and if the 341a meeting of creditors has not been conducted before this date.