**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION**

**IN RE:**                                                                                              **CASE NO.: 16-32586-VFP**
                                                                                                                **CHAPTER 13**

**James Walter Lucas,**

   **Debtor,**

**Barbara Jean Lucas,**

   **Joint Debtor.**

_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of DITECH FINANCIAL LLC. ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487**

                                                  Robertson, Anschutz & Schneid, P.L.
                                                Authorized Agent for Secured Creditor
                                                6409 Congress Ave., Suite 100
                                                Boca Raton, FL 33487
                                                Telephone: 561-241-6901
                                                Facsimile: 561-997-6909
                                                By: /s/Vanessa D. Torres
                                                Vanessa D. Torres, Esquire
                                                Email: vdtorres@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 3, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

JAMES WALTER LUCAS
 BARBARA JEAN LUCAS
C/O SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ 07834

MARIE-ANN GREENBERG
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004

U.S. TRUSTEE.
US DEPT OF JUSTICE OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 1401
NEWARK, NJ  07102

          Robertson, Anschutz & Schneid, P.L.
          Authorized Agent for Secured Creditor
          6409 Congress Ave., Suite 100
          Boca Raton, FL 33487
          Telephone: 561-241-6901
          Facsimile: 561-997-6909
          By: /s/Vanessa D. Torres
          Vanessa D. Torres, Esquire
          Email: vdtorres@rasflaw.com