Fill in this information to identify the case:

Debtor 1: James Walter Lucas

Debtor 2: Barbara Jean Lucas
(Spouse, if filing)

United States Bankruptcy Court for the: District of New Jersey

Case number: 16-32586 VFP

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Bayview Loan Servicing, LLC

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: 9 3 5 1

Date of payment change:
Must be at least 21 days after date of this notice: 05/01/2017

New total payment: $ 2,221.85
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 3.50 %    New interest rate: 4.00 %

   Current principal and interest payment: $ 836.13    New principal and interest payment: $ 879.26

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1  James   Walter   Lucas
          First Name  Middle Name  Last Name

Case number (if known) 16-32586 VFP

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ William M. E. Powers, III
Signature

Date 03/09/2017

Print:  William   M.E.   Powers, III
        First Name  Middle Name  Last Name

Title  Attorney

Company  Powers Kirn, LLC

Address  P.O. Box 848
         Number   Street

         Moorestown,          NJ    08057
         City                 State  ZIP Code

Contact phone  856-802-1000

Email  ecf@powerskirn.com



**BAYVIEW**
LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146

3/7/2017

BARBARA LUCAS
884 SANFORD AVE
IRVINGTON, NJ, 07111-1510

Re: Loan ID:   REDACTED                    **NOTICE OF RATE ADJUSTMENT**

Dear Mortgagor (s):

This is notification of an interest rate adjustment to your loan. This adjustment is pursuant to the terms of your loan contract. It is not a waiver of any of the mortgage holder's rights. The mortgage holder reserves all its rights under the terms of the loan contract, including, but not limited to, its rights should you currently be in default.

**INTEREST RATE INFORMATION:**

| | | | |
|---|---|---|---|
| CURRENT INDEX RATE: | 1.2445 % | NEW INDEX RATE: | 1.3749 % |
| MARGIN: | 6.5000 % | MARGIN: | 6.5000 % |
| CURRENT INT RATE: | 3.5000 % | NEW INT RATE: | 4.0000 % |
| CURRENT P & I: | $836.13 | NEW P & I: | $879.26 |
| CURRENT TOTAL PYMT: | $2,178.72 | NEW TOTAL PYMT: | $2,221.85 |

The change in your rate is calculated by adding the margin agreed upon in your note to the new index. The calculated interest rate is then rounded according to the terms of your note to arrive at the new rate shown above.

**LOAN ACCOUNT INFORMATION:**

| | |
|---|---|
| INTEREST RATE CHANGE DATE: | 4/1/2017 |
| P & I PAYMENT CHANGE DATE: | 5/1/2017 |
| PROJECTED UNPAID PRINCIPAL BALANCE | $160,576.97 |

Your new interest rate and your new principal and interest payment will continue to be in effect until your next scheduled payment change date.

**NEXT INT RATE CHG DATE:**   10/1/2017         **NEXT P&I CHG DATE:**   11/1/2017

If you have any questions regarding this notice, please contact the Customer Relations Department at (800) 457-5105 between 8:00 a.m. and 9:00 p.m. (Eastern Time) Monday through Friday.

Sincerely,

Special Loans Department

Bayview Loan Servicing, LLC

bv_armnoticeltr V1.1 Rev. 2/26/2016   Loan No.   0200049351

| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br> 2016-2345 <br><br> POWERS KIRN, LLC <br> William M. E. Powers III <br> 728 Marne Highway, Suite 200 <br> Moorestown, NJ 08057 <br> 856-802-1000 <br> Attorney for Bayview Loan Servicing, LLC | |
|---|---|
| In Re: <br><br> James Walter Lucas <br> Barbara Jean Lucas | Case No.: 16-32586-VFP <br><br> Hearing Date: <br><br> Judge: Honorable Vincent F. Papalia <br><br> Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Kateena A. Duffield:

   ☐ represent the _____ in the above captioned matter.

   ☒ am the secretary/paralegal for Powers Kirn, LLC, who represents the movant/creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On March 9, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Mortgage Payment Change

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 9, 2017

Kateena A. Duffield

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Road, Suite 330<br>Fairfield NJ 07004 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Scott J. Goldstein, Esquire<br>280 West Main Street<br>Denville, NJ 07834 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| James Walter Lucas<br>884 Sanford Avenue<br>Irvington NJ 07111-1510 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Barbara Jean Lucas<br>884 Sanford Avenue<br>Irvington, NJ 07111-1510 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2