| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | Order Filed on April 5, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor,<br>Ditech Financial LLC<br><br>Laura M. Egerman, Esq. (LE-8250) | Case No: 16-32586-VFP<br><br>Chapter: 13<br><br>Hearing Date: |
| In Re:<br>James Walter Lucas and Barbara Jean Lucas<br><br>Debtor(s) | Judge: Vincent F. Papalia |

## ORDER APPROVING LOAN MODIFICATION

The Relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: April 5, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor: James Walter Lucas and Barbara Jean Lucas
Case No: 16-32586-VFP
Caption of Order: **Order Approving Loan Modification**
_____

Upon consideration of Movant's Motion to Approve Loan Modification, and for good cause shown, it is:

**ORDERED** that the Movant's Motion to Approve Loan Modification is hereby GRANTED; and it is further

**ORDERED** that the approval and recording (if applicable) of the Loan Modification shall in no way constitute a violation of the automatic stay; and it is further

**ORDERED** that the Debtor shall file Modified Plan and an Amended Schedule J within 21 days of the entry of the within Order; and it is further

**ORDERED** that, in the event that the Loan Modification is not consummated, the Secured Creditor shall notify the Trustee and the Debtor's attorney of same.  Any money that was held by the Trustee pending completion of the Loan Modification shall be paid to Secured Creditor.