| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | Order Filed on April 5, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey |
|---|---|
| **RAS Citron, LLC** 130 Clinton Road, Suite 202 Fairfield, NJ 07004 Telephone Number 973-575-0707 Attorneys For Secured Creditor, Ditech Financial LLC<br><br>Laura M. Egerman, Esq. (LE-8250) | Case No: 16-32586-VFP<br><br>Chapter: 13<br><br>Hearing Date: |
| In Re: James Walter Lucas and Barbara Jean Lucas<br><br>Debtor(s) | Judge: Vincent F. Papalia |

## ORDER APPROVING LOAN MODIFICATION

The Relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: April 5, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor: James Walter Lucas and Barbara Jean Lucas
Case No: 16-32586-VFP
Caption of Order: **Order Approving Loan Modification**

_____

Upon consideration of Movant's Motion to Approve Loan Modification, and for good cause shown, it is:

**ORDERED** that the Movant's Motion to Approve Loan Modification is hereby GRANTED; and it is further

**ORDERED** that the approval and recording (if applicable) of the Loan Modification shall in no way constitute a violation of the automatic stay; and it is further

**ORDERED** that the Debtor shall file Modified Plan and an Amended Schedule J within 21 days of the entry of the within Order; and it is further

**ORDERED** that, in the event that the Loan Modification is not consummated, the Secured Creditor shall notify the Trustee and the Debtor's attorney of same.  Any money that was held by the Trustee pending completion of the Loan Modification shall be paid to Secured Creditor.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-32586-VFP
James Walter Lucas                                                        Chapter 13
Barbara Jean Lucas
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Apr 05, 2017
                              Form ID: pdf903      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2017.
db/jdb        James Walter Lucas,   Barbara Jean Lucas,   884 Sanford Ave,   Irvington, NJ  07111-1510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Justin  Plean    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Justin  Plean    on behalf of Creditor    The Bank of New York Mellon Trust Company
           jplean@rasflaw.com,  bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Justin  Plean    on behalf of Debtor James Walter Lucas jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC legerman@rasnj.com,
           gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Scott J. Goldstein    on behalf of Joint Debtor Barbara Jean Lucas sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          Scott J. Goldstein    on behalf of Debtor James Walter Lucas sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          Steven P. Kelly    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
           skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          William M. E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                              TOTAL: 13