| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | <br>Order Filed on April 12, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>  JAMES WALTER LUCAS<br>  BARBARA JEAN LUCAS | Case No.: 16-32586VFP<br><br>Hearing Date: 4/6/2017<br><br>Judge: VINCENT F. PAPALIA |

**INTERIM ORDER ON CONFIRMATION HEARING**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: April 12, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  JAMES WALTER LUCAS
            BARBARA JEAN LUCAS

Case No.:  16-32586VFP

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 04/06/2017 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that debtor must convert to chapter 11 by 4/20/2017 or case will be dismissed. If the Court's Docket does not reflect that a Notice of Conversion has been filed by the above referenced date, the instant Case shall be dismissed without further Notice to Debtor or Debtor's Attorney.