UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Betsy Ann Rosenbloom, Esq.
brosenbloom@wcmolaw.com
1680 Route 23, Suite 425
Wayne, NJ 07470
Telephone: 973-694-0800
Co-Attorneys for Bayview Loan Servicing LLC

In Re:
James Walter Lucas
Barbara Jean Lucas

Case No.:    16-32586-VFP

Chapter:    13

Judge:    Hon. Vincent F. Papalia

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Bayview Loan Servicing LLC Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Betsy Ann Rosenbloom, Esq.
Williams Caliri Miller & Otley, PC
1680 Route 23, Suite 425
Wayne, NJ 07470
Telephone: 973-694-0800/ Fax: 973-694-0302
brosenbloom@wcmolaw.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: 4/13/2017

/s/ Betsy Ann Rosenbloom, Esq.
Signature

*new.8/1/15*