**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

| | |
|---|---|
| IN RE: | **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| JAMES WALTER LUCAS <br> BARBARA JEAN LUCAS, | Case No.:  16-32586 VFP |
| Debtors | |

**NOTICE OF RESERVE ON CLAIM**

Creditor:           BAYVIEW LOAN SERVICING
Trustee Claim #:    2
Claimed Amount:     $20,965.20
Date Claim Filed:   04/10/2017

Please be advised that a reserve has been placed on the above named claim for the following reason:

■ Mortgage claim was filed with no recorded mortgage attached.

Unless we receive the information needed or the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  April 17, 2017

By:  /S/  Marie-Ann Greenberg
     Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

JAMES WALTER LUCAS
BARBARA JEAN LUCAS
884 SANFORD AVE
IRVINGTON, NJ    07111

SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ    07834

BAYVIEW LOAN SERVICING
4425 PONCE DE LEON BLVD
5TH FLOOR
CORAL GABLES, FL    33146

BAYVIEW LOAN SERVICING LLC
POWER KIRN LLC
PO BOX 848
MOORESTOWN, NJ    08057

BAYVIEW FINANCIAL LOAN
BANKRUPTCY DEPT
4425 PONCE DE LEON BLVD FL 5
MIAMI, FL    33146-1837

POWERS KIRN LLC
728 MARNE HWY
SUITE 200
MOORESTOWN, NJ    08057