Form 169 – ntccovert

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−32586−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Walter Lucas                                    Barbara Jean Lucas
   884 Sanford Ave                                       884 Sanford Ave
   Irvington, NJ 07111−1510                              Irvington, NJ 07111−1510

Social Security No.:
   xxx−xx−5317                                           xxx−xx−9510

Employer's Tax I.D. No.:

**NOTICE OF HEARING
ON APPLICATION/MOTION TO CONVERT CASE**

   An application/motion to convert the above−captioned case from Chapter 13 to Chapter 11, has been filed by Debtor(s).

   Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Vincent F. Papalia on:

Date:              May 4, 2017
Time:                 11:00 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: April 17, 2017
JAN:

                                                              Jeanne Naughton
                                                              Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                           Case No. 16-32586-VFP
James Walter Lucas                                               Chapter 13
Barbara Jean Lucas
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2              Date Rcvd: Apr 17, 2017
                               Form ID: 169                 Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2017.
db/jdb         James Walter Lucas,    Barbara Jean Lucas,    884 Sanford Ave,    Irvington, NJ   07111-1510
cr            +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr            +The Bank of New York Mellon Trust Company,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Ave.,    Suite 100,   Boca Raton, FL  33487-2853
cr            +Wilmington Savings Fund Society, Et Al...,    Stern & Eisenberg,    1581 Main Street,   Suite 200,
                Suite 200,   Warrington, PA 18976-3400
516519990      Bayview Financial Loan,    2601 S Bayshore Dr Fl 4,    Miami, FL   33133-5413
516759667     +Bayview Loan Servicing, LLC,    Powers Kirn, LLC,    PO Box 848,    Moorestown, NJ 08057-0848
516519992      City of Newark - Tax Department,    920 Broad St,    Newark, NJ   07102-2660
516553311     +DEUTSCHE BANK NATIONAL TRUST COMPAMY,    Robertson, Anschutz & Schneid, PL,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516519995    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
              (address filed with court: Ditech Financial LLC,     332 Minnesota St Ste 610,
                Saint Paul, MN  55101-7707)
516759602      Deutsche Bank National Trust Company, as Trustee f,    Ocwen Loan Servicing, LLC,
                Attn: Bankruptcy Department,    PO Box 24605,    West Palm Beach, FL 33416-4605
516630329     +Ditech Financial LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
516519996    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit,     PO Box 62180,
                Colorado Springs, CO  80962-2180)
516589580      NNPL Trust Series 2012-1,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                Greenville, SC  29603-0826
516520000      Ocwen,    Attention: Bankruptcy,    PO Box 24738,    West Palm Beach, FL  33416-4738
516520002     +Ocwen/litton,    4828 Loop Central Dr,    Houston, TX 77081-2193
516520003      Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ   07054-5020
516520006    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,     N.J. Division of Taxation Bankruptcy Sec,
                PO Box 245,   Trenton, NJ  08695-0245)
516520004      Sears/Citibank, NA,    PO Box 20363,    Kansas City, MO  64195-0363
516520005      Shellpoint Mortgage SE,    55 Beattie Pl Ste 110,    Greenville, SC  29601-5115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 17 2017 23:06:22      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 17 2017 23:06:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516519991     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 17 2017 23:06:42
                 Bayview Financial Loan,    Bankruptcy Dept,    4425 Ponce de Leon Blvd Fl 5,
                 Miami, FL 33146-1873
516519994      E-mail/Text: creditonebknotifications@resurgent.com Apr 17 2017 23:05:53       Credit One Bank NA,
                 PO Box 98872,    Las Vegas, NV  89193-8872
516519993      E-mail/Text: creditonebknotifications@resurgent.com Apr 17 2017 23:05:53       Credit One Bank NA,
                 PO Box 98873,    Las Vegas, NV  89193-8873
516715658      E-mail/Text: bankruptcy.bnc@ditech.com Apr 17 2017 23:06:09
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516519997      E-mail/Text: HWIBankruptcy@hunterwarfield.com Apr 17 2017 23:06:28      Hunter Warfield,
                 4620 Woodland Corporate Blvd,    Tampa, FL  33614-2415
516519998      E-mail/Text: cio.bncmail@irs.gov Apr 17 2017 23:06:02      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA   19101-7346
516615227      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2017 23:01:40
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516519999      E-mail/Text: bankruptcydpt@mcmcg.com Apr 17 2017 23:06:20      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA  92123-2255
516520001      Fax: 407-737-5634 Apr 18 2017 00:46:17      Ocwen Loan Servicing,    1661 Worthington Rd Ste 100,
                 West Palm Beach, FL  33409-6493
516668832     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2017 23:01:34      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516544990     +E-mail/Text: HWIBankruptcy@hunterwarfield.com Apr 17 2017 23:06:28      Talmadge Village LLC,
                 c/o Hunter Warfield,    4620 Woodland Corporate Blvd,    Tampa, FL  33614-2415
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-2           User: admin              Page 2 of 2                   Date Rcvd: Apr 17, 2017
                               Form ID: 169             Total Noticed: 32

cr*           +DITECH FINANCIAL LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
516544946*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company LLC,    PO BOX 62180,
                Colorado Springs, CO 80962-4400)
                                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2017 at the address(es) listed below:

```
              Betsy Ann Rosenbloom   on behalf of Creditor   Bayview Loan Servicing, LLC
               brosenbloom@wcmolaw.com
              Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin Plean   on behalf of Creditor   The Bank of New York Mellon Trust Company
               jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Justin Plean   on behalf of Debtor James Walter Lucas jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Justin Plean   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman   on behalf of Creditor   Ditech Financial LLC legerman@rasnj.com,
               gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott J. Goldstein   on behalf of Joint Debtor Barbara Jean Lucas sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein   on behalf of Debtor James Walter Lucas sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Steven P. Kelly   on behalf of Creditor   Wilmington Savings Fund Society, Et Al...
               skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III   on behalf of Creditor   Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers   on behalf of Creditor   Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers, III   on behalf of Creditor   Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                               TOTAL: 14
```