UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 West Main Street
Denville, New Jersey 07834
Tel: 973-453-2838
Fax: 973-453-2869
sjg@sgoldsteinlaw.com

Order Filed on June 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James and Barbara Lucas

Case No.: 16-32586

Hearing Date: 5/4/2017

Judge: Vincent F. Papalia

Chapter: 13

# ORDER CONVERTING CASE TO CHAPTER 11

The relief set forth on the following pages, numbered two (2) and three (3), is **ORDERED**.

**DATED: June 9, 2017**

_____
**H**onorable Vincent F. Papalia
**United States Bankruptcy Judge**

Upon the motion of _____the debtors_____ and for good cause shown, it is

ORDERED that this case is converted from chapter __13__ to chapter 11, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file amendments to previously filed schedules and statements as necessary, and it is further

- [x] ORDERED that if the movant is the debtor, and the filing fee for the underlying motion to convert has not been paid, the fee in the amount of _____932.00_____ is due immediately. If the fee is not paid within 14 days of the date of this order the case will be dismissed without further notice, and it is further

- [ ] ORDERED that if the case is converting from chapter 7, and the filing fee under that chapter was waived via prior order of this court, the Order is hereby revoked and the debtor must pay the chapter 11 filing fee in the amount of _____ in full or if the debtor is an individual, file an Application to Pay in Installments within 14 days of the date of this order or the case will be dismissed without further notice, and it is further

ORDERED that:

- [ ] the United State Trustee shall immediately appoint a chapter 11 trustee in this case, and it is further

ORDERED that the chapter __13__ trustee shall:

- immediately turnover to the debtor, or the chapter 11 trustee if one has been appointed, all records and property of the estate in his/her custody or control,

- ❏ within 30 days of the date of this order, file an accounting of all receipts and distributions made, together with a report on the administration of the case as required by 11 U.S.C. § 704(a)(9),

- ❏ within 30 days of the date of this Order file a Request for Payment of Administrative Expenses, if appropriate, and it is further

ORDERED that:

- ☒ the conversion is conditioned upon payment by the debtor(s) of all allowed chapter __13__ administrative expenses within __30__ days, and it is further

ORDERED that:

- ☒ the case shall not be dismissed in the event the debtor is unsuccessful in confirming a plan, but shall be converted to chapter 7, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

- • if the debtor is a corporation, a list of equity security holders as required by Fed. R. Bankr. P. 1007(a)(3),

- • a list containing the debtor's 20 largest unsecured creditors as required by Fed. R. Bankr. P. 1007(d), and it is further

ORDERED that if the debtor fails to file the documents set forth above within 14 days of the date of this Order, the case shall be dismissed or converted to chapter 7 without further notice. If you object to the dismissal or conversion of the case, you may submit a response in writing setting forth the reasons why the action would not be proper. Such response must be received by the court prior to the expiration of the 14 day submission period.

*rev.8/1/15*