44487R
MORTON & CRAIG LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for CAB East LLC, serviced by Ford Motor Credit Company LLC
JM5630_____

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

IN RE:  JAMES WALTER LUCAS
       BARBARA JEAN LUCAS

CHAPTER:  11
CASE NO: 16-32586 (VFP)
HEARING DATE:

NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS

CAB East LLC, serviced by Ford Motor Credit Company LLC hereby enters its appearance and the law firm of Morton & Craig LLC, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for CAB East LLC, serviced by Ford Motor Credit Company LLC with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100

CAB East LLC, serviced by Ford Motor Credit Company LLC , pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their

authorized agents, be given to CAB East LLC, serviced by Ford Motor Credit Company LLC by due service upon its undersigned attorneys, John R. Morton, Jr., Esquire, at the address stated above and also to it at the following address:

CAB East LLC, serviced by Ford Motor Credit Company LLC
National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80921

CAB East LLC, serviced by Ford Motor Credit Company LLC, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/  John R. Morton, Jr.
John R. Morton, Jr., Esquire
Morton & Craig LLC
Attorney for CAB East LLC,
serviced by Ford Motor Credit
Company LLC

Dated:  6/22/17