UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ 07834
Tel: 973-453-2838
Fax: 973-453-2869
info@sgoldsteinlaw.com
Scott J. Goldstein (016472004)
Amy L. Knapp (008872001)
Counsel for Debtors

Order Filed on June 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James and Barbara Lucas

Case No.:   16-32586

Chapter:   11

Judge:   Vincent F. Papalia

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page is **ORDERED**.

**DATED: June 23, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

After review of the application of _____the debtors-in-possession_____ for the reduction of time for a hearing on  a motion to use cash collateral _____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____6/29/2017_____ at \_\_10 am\_\_ in the United States Bankruptcy Court, _____50 Walnut Street, Newark, NJ_____, Courtroom No. \_\_3B\_\_ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
 The United States Trustee, all secured creditors, counsel for all secured creditors _____

 all other parties having requested notice _____
by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,    ☒ overnight mail,    ☐ regular mail,    ☒ email,    ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
 all other creditors and counsel and any other party having filed a notice of appearance in this case. \_\_\_

_____
by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,    ☒ overnight mail,    ☐ regular mail,    ☒ email,    ☒ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within \_\_\_1\_\_\_ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to counsel to all secured creditors and the United States Trustee

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail

    \_\_\_\_1\_\_\_\_ day(s) prior to the scheduled hearing; or

    ☐ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*