UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ 07834
Tel:  973-453-2838
Fax:  973-453-2869
info@sgoldsteinlaw.com
Scott J. Goldstein (016472004)
Amy L. Knapp (008872001)
Counsel for Debtors

Order Filed on June 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James and Barbara Lucas

Case No.:  16-32586

Chapter:  11

Judge:  Vincent F. Papalia

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following page is **ORDERED**.

**DATED: June 23, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of ___the debtors-in-possession___ for the reduction of time for a hearing on _a motion to use cash collateral_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___6/29/2017___ at __10 am__ in the United States Bankruptcy Court, _____50 Walnut Street, Newark, NJ_____, Courtroom No. __3B__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
The United States Trustee, all secured creditors, counsel for all secured creditors
all other parties having requested notice

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
all other creditors and counsel and any other party having filed a notice of appearance in this case.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☒ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to _counsel to all secured creditors and the United States Trustee_

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail ____1____ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:
James Walter Lucas
Barbara Jean Lucas
    Debtors

Case No. 16-32586-VFP
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 23, 2017
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2017.
db/jdb        James Walter Lucas,    Barbara Jean Lucas,    884 Sanford Ave,    Irvington, NJ    07111-1510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2017 at the address(es) listed below:
         Betsy Ann Rosenbloom    on behalf of Creditor    Bayview Loan Servicing, LLC brosenbloom@wcmolaw.com
         Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company LLC mortonlaw.bcraig@verizon.net, tfitz@mortoncraig.com;mhazlett@mortoncraig.com
         Justin Plean    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
         Justin Plean    on behalf of Creditor    The Bank of New York Mellon Trust Company jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
         Justin Plean    on behalf of Debtor James Walter Lucas jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
         Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com, gshasa@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
         Scott J. Goldstein    on behalf of Debtor James Walter Lucas sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
         Scott J. Goldstein    on behalf of Joint Debtor Barbara Jean Lucas sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
         Steven P. Kelly    on behalf of Creditor    Wilmington Savings Fund Society, Et Al... skelly@sterneisenberg.com, bkecf@sterneisenberg.com
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
         William M. E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
         William M.E. Powers    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
         William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                                                         TOTAL: 14