UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ 07834
Tel: 973-453-2838
Fax: 973-453-2869
Scott J. Goldstein, Esq. (016472004)
sjg@sgoldsteinlaw.com

In Re:

James Lucas & Barbara Lucas

Case No.:       16-32586

Chapter:        11

Adv. No.:

Hearing Date:   6/27/2017

Judge:          Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, Marissa R. Dontas.:

    ☐ represent the Debtors .in this matter.

    ☒ am the secretary/paralegal for Choose an item.., who represents Click or tap here to enter text. in this matter.

    ☐ am the Click or tap here to enter text.in this case and am representing myself.

2. On 6/23/2017., I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    **Application to Shorten Time; Proposed Order; Notice of Motion to use Cash Collateral; Application in Support; Declaration of Debtor in Posession; Proposed Interim Order; Proposed Final Order; Statement as to why no Brief is necessary**

2. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

3. Date: 6/23/2017                       /s/Marissa R. Dontas
                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>1085 Raymond Boulevard, Ste 2100<br>Newark, NJ 07102<br><br>Fax: 973-645-5993 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Facsimile<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bayview Financial Loan<br>Bankruptcy Dept<br>4425 Ponce de Leon Blvd Fl 5<br>Miami, FL  33146-1837<br><br>Fax: 877-360-9593 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Facsimile<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| City of Newark - Tax Department<br>920 Broad St<br>Newark, NJ  07102-2660<br><br>Fax: 973-733-5363 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Facsimile<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Credit One Bank NA<br>PO Box 98873<br>Las Vegas, NV  89193-8873<br><br>Fax: 702-957-5200 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Facsimile<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ditech Financial LLC<br>332 Minnesota St Ste 610<br>Saint Paul, MN  55101-7707<br><br>Fax: 866-870-9919 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Facsimile<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ford Motor Credit<br>PO Box 62180<br>Colorado Springs, CO  80962-2180<br><br>Fax: (313) 337-1160 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Facsimile<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hunter Warfield<br>4620 Woodland Corporate Blvd<br>Tampa, FL  33614-2415<br><br>**Fax**: (813) 283-4453 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Facsimile<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA  19101-7346<br><br>Fax: (855) 235-6787 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Facsimile<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA  92123-2255<br><br>**Fax Number**: 855-237-2392 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Facsimile<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ocwen<br>Attention: Bankruptcy<br>PO Box 24738<br>West Palm Beach, FL  33416-4738<br><br>Fax: 866-501-1610 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Facsimile<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Pressler & Pressler<br>7 Entin Rd<br>Parsippany, NJ  07054-5020<br><br>Fax: **( 973 ) 753-5353** | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Facsimile<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sears/Citibank, NA<br>PO Box 20363<br>Kansas City, MO  64195-0363<br><br>Fax: (605) 331-7518 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Facsimile<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Shellpoint Mortgage SE<br>55 Beattie Pl Ste 110<br>Greenville, SC  29601-5115<br><br>escalations@shellpointmtg.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>N.J. Division of Taxation Bankruptcy<br>PO Box 245<br>Trenton, NJ  08695-0245 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Priority Mail<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stern Eisenberg<br>Attn: Steven P. Kelly<br>1040 Kings Hwy N<br>Cherry Hill, NJ 08034<br><br>skelly@sterneisenberg.com<br>bkecf@sterneisenberg.com | Notice Party | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Robertson, Anschutz & Schneid, PL<br>Attn: Justin Plean<br>3010 North Military TrailSuite 300Boca Raton, FL 33431<br><br>jplean@rasflaw.com | Notice Party | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Powers Kirn LLC<br>Attn: William M.E. Powers<br>728 Marne Hwy # 200<br>Moorestown, NJ 08057<br><br>ecf@powerskirn.com | Notice Party | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group<br>Attn: Denise E. Carlon<br>701 Market St #5000<br>Philadelphia, PA 19106<br><br>dcarlon@kmllawgroup.com<br>bkgroup@kmllawgroup.com | Notice Party | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |