UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ 07834
Tel:  973-453-2838
Fax:  973-453-2869
sjg@sgoldsteinlaw.com

Order Filed on July 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James and Barbara Lucas

Case No.:  16-32586 (VFP)

Chapter:  11

Judge:  Vincent F. Papalia

**ORDER AUTHORIZING RETENTION OF**

Scott J. Goldstein, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: July 10, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain _____Scott J. Goldstein, Esq._____

as _____Counsel for the Debtor-in-Possession_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  280 West Main Street
   Denville, NJ 07834

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of the retention is the date the application was filed with the Court.

*rev.8/1/15*