**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Robertson, Anschutz & Schneid, PL**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone Number 561-241-6901
Attorneys For Secured Creditor

JUSTIN D. PLEAN, Esq. (JP - 5835)

**Order Filed on July 28, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**In Re:**

**James Walter Lucas**

        **Debtor,**

**Barbara Jean Lucas**

        **Joint Debtor.**

CASE NO.: 16-32586-VFP

CHAPTER 13

HEARING DATE: ~~March 16, 2017~~ at June 29, 2017 11am

JUDGE: Vincent F. Papalia

## ORDER VACATING THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: July 28, 2017**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**

Debtors:      James Walter Lucas and Barbara Jean Lucas
Case No.:      16-32586-VFP
Caption of Order:  **Order Vacating Automatic Stay**

---

Upon the motion of Robertson, Anschutz & Schneid, P.L., attorneys for Secured

Creditor, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE

REGISTERED HOLDERS OF CBA COMMERCIAL ASSETS, SMALL BALANCE

COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1, under

Bankruptcy Code § 362(d)(4) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED as follows:

1. Secured Creditor's Motion for Prospective Relief from Automatic Stay is GRANTED.

2. Based on the facts as presented in this case, the Court finds that a scheme to delay,

   hinder, and / or defraud Secured Creditor has transpired.

3. The automatic stay imposed by Bankruptcy Code § 362 is terminated  as to Secured

   Creditor's interest in the follow property, located at 376 Avon Avenue, Newark, NJ

   07108, and legally described as:

   > ALL THAT CERTAIN TRACT, LOT AND PARCEL OF LAND LYING AND
   > BEING IN THE CITY OF NEWARK, COUNTY OF ESSEX AND STATE OF
   > NEW JERSEY, AND BEING MORE PARTICULARLY DESCRIBED AS
   > FOLLOWS:
   >
   > BEGINNING AT THE CORNER FORMED BY THE INTERSECTION OF THE
   > EASTERLY LINE OF SOUTH TWELFTH STREET AND THE SOUTHERLY
   > LINE OF AVON AVENUE; THENCE RUNNING SOUTHERLY ALONG
   > SOUTH TWELFTH STREET ONE HUNDRED FEET; THENCE EASTERLY
   > PARALLEL WITH AVON AVENUE TWENTY ONE HUNDRED FEET TO

THE SOUTHERLY LINE OF AVON AVENUE; THENCE WESTERLY ALONG THAT LINE TWENTY FIVE FEET TO THE POINT AND PLACE OF BEGINNING.

FOR INFORMATION: BEING KNOWN AND DESIGNATED AS LOT NO. 1 BLOCK NO. 2650 IN THE TAX RECORDS OF THE CITY OF NEWARK

4. Pursuant to Bankruptcy Code § 362(d)(4):

   If recorded in compliance with applicable State laws governing notices of interests or liens in real property, an order entered under paragraph (4) shall be binding in any other case under this title purporting to affect such real property filed not later than 2 years after the date of the entry of such order by the court, except that a debtor in a subsequent case under this title may move for relief from such order based upon changed circumstances or for good cause shown, after notice and a hearing. Any Federal, State, or local governmental unit that accepts notices of interests or liens in real property shall accept any certified copy of an order described in this subsection for indexing and recording.

5. Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.