UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Peter J. D'Auria, Esq. (PD 3709)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-Mail:   Peter.J.D'Auria@usdoj.gov

Order Filed on September 29, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James Lucas and Barbara Lucas,

Debtors.

Chapter 11

Case No. 16-32586(VFP)

Status Conference Hearing Date:
Sept. 26, 2017 at 10:00 a.m.

Judge: Vincent F. Papalia

**ORDER ESTABLISHING DEADLINE FOR FILING OF MONTHLY OPERATING REPORTS**

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: September 29, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**

James Lucas and Barbara Lucas
Chapter 11 Case No. 16-32586(VFP)
**Order Setting Deadline for Filing of Monthly Operating Reports**

---

Upon consideration of the status of the case at the status conference held on September 26, 2017, and the record of the case indicating that no monthly operating reports have been filed by the Debtors since this case was converted to Chapter 11 on June 9, 2017, and upon the Court informing Debtors' counsel that the Court expects progress to be made by the Debtors with the filing of outstanding monthly operating reports by the next status conference date of November 9, 2017, and after consideration of the comments of counsel, and the Court having found cause for the entry of the within order, and for good cause shown, it is hereby **ORDERED AS FOLLOWS:**

1. The status conference in this case is continued to November 9, 2017 at 10:00 a.m.

2. All monthly operating reports through and including the period of October 2017 shall be filed no later than December 1, 2017.

3. CREDITORS AND OTHER PARTIES IN INTEREST TAKE NOTICE THAT if such monthly operating reports are not filed in compliance with Ordered paragraph 2 above, upon the filing of a certificate of non-compliance by a representative of the Office of the United States Trustee the Court may schedule a hearing to consider either conversion of this case to a Chapter 7 Proceeding or dismissal of this case.