| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Peter J. D'Auria, Esq. (PD 3709)<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>E-Mail:   Peter.J.D'Auria@usdoj.gov | **Order Filed on September 29, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>James Lucas and Barbara Lucas,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-32586(VFP)<br><br>Status Conference Hearing Date:<br>Sept. 26, 2017 at 10:00 a.m.<br><br>Judge: Vincent F. Papalia |

### ORDER ESTABLISHING DEADLINE FOR FILING OF MONTHLY OPERATING REPORTS

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: September 29, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)

James Lucas and Barbara Lucas
Chapter 11 Case No. 16-32586(VFP)
**Order Setting Deadline for Filing of Monthly Operating Reports**

---

Upon consideration of the status of the case at the status conference held on September 26, 2017, and the record of the case indicating that no monthly operating reports have been filed by the Debtors since this case was converted to Chapter 11 on June 9, 2017, and upon the Court informing Debtors' counsel that the Court expects progress to be made by the Debtors with the filing of outstanding monthly operating reports by the next status conference date of November 9, 2017, and after consideration of the comments of counsel, and the Court having found cause for the entry of the within order, and for good cause shown, it is hereby **ORDERED AS FOLLOWS:**

1. The status conference in this case is continued to November 9, 2017 at 10:00 a.m.

2. All monthly operating reports through and including the period of October 2017 shall be filed no later than December 1, 2017.

3. CREDITORS AND OTHER PARTIES IN INTEREST TAKE NOTICE THAT if such monthly operating reports are not filed in compliance with Ordered paragraph 2 above, upon the filing of a certificate of non-compliance by a representative of the Office of the United States Trustee the Court may schedule a hearing to consider either conversion of this case to a Chapter 7 Proceeding or dismissal of this case.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-32586-VFP
James Walter Lucas                                                        Chapter 11
Barbara Jean Lucas
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin          Page 1 of 1           Date Rcvd: Sep 29, 2017
                            Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2017.
db/jdb          James Walter Lucas,    Barbara Jean Lucas,    884 Sanford Ave,    Irvington, NJ   07111-1510
aty            +Law Offices of Scott J. Goldstein, LLC,    280 West Main Street,    Denville, NJ 07834-1233

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2017 at the address(es) listed below:
              Betsy Ann Rosenbloom    on behalf of Creditor    Bayview Loan Servicing, LLC
               brosenbloom@wcmolaw.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Justin  Plean    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Justin  Plean    on behalf of Creditor    The Bank of New York Mellon Trust Company
               jplean@rasflaw.com,    bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Miriam  Rosenblatt    on behalf of Creditor    Ocwen Loan Servicing, LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Scott J. Goldstein    on behalf of Debtor James Walter Lucas sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Joint Debtor Barbara Jean Lucas sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Steven P. Kelly    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                               TOTAL: 14