| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Peter J. D'Auria, Esq. (PD 3709)<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993 | |
| In Re:<br><br>James Walter & Barbara Jean Lucas<br><br>Debtors | Case No.: 16-32586 (VFP)<br><br>Next Hearing Date: Follow-up Status Conference Set for Nov. 9, 2017 at 10:00 a.m.<br><br>Judge: Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1.  I, Peter J. D'Auria, Esq.

    ☐ represent the _____ in the above-captioned matter.

    ■ am the Trial Attorney at the Office of United States Trustee who represents the United States Trustee in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On the dates indicated in the chart below, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - ORDER ESTABLISHING DEADLINE FOR FILING OF MONTHLY OPERATING REPORTS (Docket Entry 72)

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

    Dated: October 2, 2017         */s/ Peter J. D'Auria*
                                                         Peter J. D'Auria
                                                         Trial Attorney

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **James Walter Lucas & Barbara Lucas**<br>884 Sanford Ave<br>Irvington, NJ 07111-1510 | Debtor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other: facsimile |
| **Scott J. Goldstein, Esq.**<br>Law Offices of Scott J. Goldstein, LLC<br>280 West Main Street<br>Denville, NJ 07834 | Debtor's Counsel | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other: facsimile |
| **William M.E. Powers, III, Esq.**<br>Powers Kirn, LLC<br>P.O. Box 848<br>Moorestown, NJ 08057 | Counsel to Bayview Loan Servicing, LLC | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other: facsimile |
| **Betsy Ann Rosenbloom**, **Esq.**<br>Williams, Caliri, Miller & Otley, P.C.<br>1428 Route 23<br>PO Box 995<br>Wayne, NJ 07470 | Counsel to Bayview Loan Servicing, LLC | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other: facsimile |
| **John R. Morton, Jr., Esq.**<br>Law Offices of John R. Morton, Jr.<br>110 Marter Ave., Suite 301<br>Moorestown, NJ 08057 | Counsel to CAB East LLC, serviced by Ford Motor Credit Company LLC | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other: facsimile |
| **Justin Plean, Esq.**<br>Robertson, Anschutz & Schneid, PL<br>6409 Congress Avenue<br>Suite 100<br>Boca Raton, FL 33487 | Counsel to (i) Deutsche Bank National Trust Company, and (ii) The Bank of New York Mellon Trust Company | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other: facsimile |

| | | |
|---|---|---|
| **Denise E. Carlon**, **Esq.**<br>KML Law Group PC<br>Sentry Office Plaza<br>216 Haddon Avenue, Suite 206<br>Westmont, NJ 08108 | Counsel to Ditech Financial LLC | □ Hand-delivered<br>■ Regular mail<br>□ Certified mail/RR<br>□ E-mail<br>□Notice of Electronic Filing (NEF)<br>□ Other:  facsimile |
| **Laura M. Egerman**<br>RAS Citron, LLC<br>130 Clinton Road<br>Ste Lobby B, Suite 202<br>Fairfield, NJ  07004 | Counsel to Ditech Financial LLC | □ Hand-delivered<br>■ Regular mail<br>□ Certified mail/RR<br>□ E-mail<br>□Notice of Electronic Filing (NEF)<br>□ Other:  facsimile |
| **Miriam Rosenblatt**, **Esq.**<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487 | Counsel to Ocwen Loan Servicing, LLC | □ Hand-delivered<br>■ Regular mail<br>□ Certified mail/RR<br>□ E-mail<br>□Notice of Electronic Filing (NEF)<br>□ Other:  facsimile |
| **Vanessa D. Torres, Esq.**<br>Robertson, Anschutz & Schneid, PL<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487 | Counsel to Ditech Financial LLC | □ Hand-delivered<br>■ Regular mail<br>□ Certified mail/RR<br>□ E-mail<br>□Notice of Electronic Filing (NEF)<br>□ Other:  facsimile |
| **Steven P. Kelly, Esq.**<br>Stern & Eisenberg, P.C.<br>1581 Main Street, Suite 200<br>Warrington, PA 18976 | Counsel to Wilmington Savings Fund Society, *et al.* | □ Hand-delivered<br>■ Regular mail<br>□ Certified mail/RR<br>□ E-mail<br>□Notice of Electronic Filing (NEF)<br>□ Other:  facsimile |
| **Valerie Smith**<br>Synchrony Bank<br>c/o PRA Receivables Mgt., LLC<br>P.O. Box 41021<br>Norfolk, VA  23541 | PRA Receivables Management, LLC, as authorized agent for Synchrony Bank | □ Hand-delivered<br>■ Regular mail<br>□ Certified mail/RR<br>□ E-mail<br>□Notice of Electronic Filing (NEF)<br>□ Other:  facsimile |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.