UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT J GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com

Attorney for Barbara Lucas, Debtor.

In Re:

    Barbara Lucas,

                  Debtor.

Case No.: 16-32586
Adv. Pro. No.:
Chapter: 11
Hearing Date: November 9, 2017
Judge: Vincent F. Papalia

## ADJOURNMENT REQUEST

1. I, Scott J Goldstein,

    ☒ am the attorney for: Barbara Lucas, Debtor

    ☐ am self-represented

    and request an adjournment of the following hearing for the reason set forth below:

    Matter: 16-32586 – Status Conference

    Current hearing date and time: November 9, 2017 at 10:00 am

    New date requested: November 30, 2017

    Reason for adjournment request:
    Counsel has a conflict with all day hearings in another jurisdiction

2. Consent to adjournment:

    ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

*new.9/23/15*

I certify under penalty of perjury that the foregoing is true.

Date:   November 8, 2017            /s/Scott J. Goldstein
                                    Scott J Goldstein

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date:   11/30/2017 @ 10AM   ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*