## UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re James and Barbara Lucas

Case No. 16-32586
Reporting Period:  30-Jun-17

### MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | x | | |
| Cash disbursements journals | | x | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

11-8-17
_____
Date

_____
Signature of Joint Debtor

11/8/17
_____
Date

_____
Signature of Authorized Individual*

_____
Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re_____James & Barbara Lucas  t/a Worldwide Realty_____    Case No. _____

          Debtor                                                                 Reporting Period:_____June 2017_____

## BANK RECONCILIATIONS
### Continuation Sheet for MOR-1
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | 837 | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | 837 | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-)  OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
|   balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

In re _____

_____ Debtor

Case No. _____

Reporting Period: _____

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| BL Commissions | | 500 | | 2219 | 30-Jun | | 500 | | 500 |
| BL Commissions | | 1100 | | 2220 | 22-Jun | | 1100 | | 1600 |
| BL Commissions | | 100 | | 2221 | 22-Jun | | 100 | | 1700 |
| Verizon | | 274.5 | | Debit | 6-Jun | | 274.5 | | 274.5 |
| Verizon | | 255.5 | | Debit | 21-Jun | | 255.5 | | 530 |
| PESG | | 300 | | Debit | 23-Jun | | 300 | | 300 |
| FBP CC | | 30 | | Debit | 30-Jun | | 30 | | 30 |
| Service Charge | | 14 | | Debit | 30-Jun | | 14 | | 14 |
| FMIS Insurance | | 124.01 | | 2218 | 1-Jun | | 124.01 | | 124.01 |

FORM MOR-1b
(04/07)

In re_____
                Debtor

Case No._____
Reporting Period:_____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(04/07)

In re_____
         Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | ✓ | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | ✓ | |

| ASSETS | Month | Month |
|---|---|---|
| | Jun-17 | |
| Cash (Unrestricted) | 837 | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | | |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | 837 | |
| Total Equity (Deficit) | 837 | |
| Total Liabilities & Owners' Equity | 837 | |

# Wells Fargo Business Choice Checking

Account number: ⬤⬤⬤⬤⬤1099  ■  June 1, 2017 - June 30, 2017  ■  Page 1 of 5



WORLDWIDE REALTY LLC
889 SANFORD AVE
IRVINGTON NJ 07111-1511

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Cash flow is a key indicator of the financial health of your business. Find tips and strategies for effective cash flow management at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $725.34 |
| Deposits/Credits | 4,010.00 |
| Withdrawals/Debits | - 3,898.01 |
| **Ending balance on 6/30** | **$837.33** |
| Average ledger balance this period | $604.35 |

Account number:  **2000017921099**

**WORLDWIDE REALTY LLC**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  021200025

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ████████████  ■ June 1, 2017 - June 30, 2017  ■ Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/1 | | Online Transfer to Lucas J Checking xxxxxx2689 Ref #Ib03GnI6D6 on 05/31/17 | | 400.00 | 325.34 |
| 6/6 | | Billmatrix Billpayee 170605 13289185552 Billmatrix | | 3.50 | |
| 6/6 | | Fis*Verizon Bill Pay 170605 13289185551 Null Null | | 271.00 | 50.84 |
| 6/15 | | Deposit Made In A Branch/Store | 100.00 | | 150.84 |
| 6/20 | | Deposit Made In A Branch/Store | 600.00 | | 750.84 |
| 6/21 | | Deposit Made In A Branch/Store | 3,000.00 | | |
| 6/21 | | Billmatrix Billpayee 170620 13291039052 Billmatrix | | 3.50 | |
| 6/21 | | Fis*Verizon Bill Pay 170620 13291039051 Null Null | | 252.00 | 3,495.34 |
| 6/22 | 2220 | Cashed Check | | 1,100.00 | 2,395.34 |
| 6/23 | | Online Transfer to Lucas B Ref #Ib03Jjrjc7 Everyday Checking Car Insurance | | 300.00 | |
| 6/23 | 2218 | Check | | 124.01 | |
| 6/23 | | Public Service Pseg 006512844408 Worldwide Realty, LLC | | 300.00 | |
| 6/23 | | NJ Resb Trf Pmt NJ Resb Pm 091000012007270 Txp*B342622W*10230*170630*T*50000*****Worl\ | | 500.00 | 1,171.33 |
| 6/26 | 2221 | Cashed Check | | 100.00 | 1,071.33 |
| 6/30 | | Deposit Made In A Branch/Store | 310.00 | | |
| 6/30 | 2219 | Deposited OR Cashed Check | | 500.00 | |
| 6/30 | | Fpb CR Card Vru 062917 Cus72149411 James Lucas | | 30.00 | |
| 6/30 | | Monthly Service Fee | | 14.00 | 837.33 |
| Ending balance on 6/30 | | | | | 837.33 |
| Totals | | | $4,010.00 | $3,898.01 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2218 | 6/23 | 124.01 | 2220 | 6/22 | 1,100.00 | 2221 | 6/26 | 100.00 |
| 2219 | 6/30 | 500.00 | | | | | | |

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 06/01/2017 - 06/30/2017 | Standard monthly service fee $14.00 | You paid $14.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $604.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
| - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

Account number: ▓▓▓▓▓▓▓ ■ June 1, 2017 - June 30, 2017 ■ Page 3 of 5



---

### Monthly service fee summary (continued)
wxwx

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 600 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 18 | 200 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# IMPORTANT ACCOUNT INFORMATION

---

**Revised Agreement for Online Access**
We're updating our Online Access Agreement effective September 15, 2017.
To see what is changing, please visit wellsfargo.com/onlineupdates.

---

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Account Agreement ("Agreement") dated April 24, 2017. Effective August 15, 2017, in the section titled "Rights and Responsibilities", the subsections "When can you close your account?" and "If you request to close your account, we may allow you to keep funds in your account to cover outstanding Items to be paid" are deleted and replaced with the following:

**When can you close your account?**

You can request to close your account at any time if the account is in good standing (e.g., does not have a negative balance or restrictions such as legal order holds or court blocks on the account). At the time of your request, we will assist you in withdrawing or transferring any remaining funds, bringing your account balance to zero.
- All outstanding Items need to be processed and posted to your account before your request to close. Once the account is closed Items will be returned unpaid.
- Any recurring payments or withdrawals from your account need to be cancelled before your request to close (examples include bill payments, debit card payments, and direct deposits) otherwise, they may be returned unpaid.

We will not be liable for any loss or damage that may result from not honoring Items or recurring payments or withdrawals that are presented or received after your account is closed.

At the time of your request to close:
- For interest-earning accounts, it stops earning interest from the date you request to close your account.
- Overdraft Protection and/or Debit Card Overdraft Service will be removed on the date you request to close your account.
- The Agreement continues to apply.
- If you have requested to close your account and a positive balance remains, we may send you a check for the remaining balance. Even after your account is closed, you will remain responsible for any negative balance.

In California branches you can request to close your account at any time if the account does not have any restrictions such as legal order holds or court blocks. Even after your account is closed, you will remain responsible for any negative balance.

Account number: ▬▬▬▬▬  ■  June 1, 2017 - June 30, 2017  ■  Page 4 of 5



All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control.

Thank you for being a Wells Fargo customer. As a valued Wells Fargo customer, we hope you find this information helpful. Again, if you have questions or concerns about these changes, please contact your local banker or call the number listed on your statement.

Account number: ▬▬▬▬▬  ■ June 1, 2017 - June 30, 2017  ■ Page 5 of 5



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your                    $ _____
register or transfers into                          $ _____
your account which are not                      $ _____
shown on your statement.                       + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

In re ___James & Barabra Lucas___
Debtor

Case No. ___
Reporting Period: ___ June 2017

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Materials | | 250 | | 1148 | 5-Jun | | 250 | | 250 |
| Materials | | 1000 | | 1150 | 20-Jun | | 1000 | | 1250 |
| Materials | | 500 | | 1115 | 26-Jun | | 500 | | 1750 |
| Materials | | 100 | | Debit | 27-Jun | | 100 | | 1850 |
| Materials | | 500 | | Debit | 27-Jun | | 500 | | 2350 |
| Utica Ins | | 295.79 | | Debit | 15-Jun | | 295.79 | | 295.79 |
| Galatic Ions | | 367.79 | | Debit | 15-Jun | | 367.79 | | 367.79 |
| Service Charge Checks | | 164.07 | | Debit | 30-Jun | | 164.07 | | 164.07 |
| Personal | | 5000 | | Debit | 20-Jun | | 5000 | | 5000 |
| Loan to Worldwide Realty | | 2000 | | 1149 | 12-Jun | | 2000 | | 2000 |

In re____James & Barabar Lucas_____          Case No. _____
                       Debtor          Reporting Period:_____August 2017____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re____James & Babara Lucas_____
        Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | ✓ |

| ASSETS | Month | Month |
|---|---|---|
|  | Aug-17 |  |
| Cash (Unrestricted) | 2662.16 |  |
| Cash (Restricted) |  |  |
| Accounts Receivable (Net) |  |  |
| Inventory |  |  |
| Notes Receivable |  |  |
| Prepaid Expenses |  |  |
| Other (Attach List) |  |  |
| Total Current Assets |  |  |
| **Property, Plant & Equipment** |  |  |
| Real Property & Improvements |  |  |
| Machinery & Equipment |  |  |
| Furniture, fixtures & Office Equipment |  |  |
| Vehicles |  |  |
| Leasehold Improvements |  |  |
| Less: Accumulated Depreciation/Depletion |  |  |
| Total Property, Plant & Equipment |  |  |
| Due from Affiliates & Insiders |  |  |
| Other (Attach List) |  |  |
| Total Assets |  |  |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** |  |  |
| Accounts Payable |  |  |
| Taxes Payable |  |  |
| Notes Payable |  |  |
| Professional Fees |  |  |
| Secured Debt |  |  |
| Due to Affiliates & Insiders |  |  |
| Other (Attach List) |  |  |
| Total Postpetition Liabilities |  |  |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** |  |  |
| Secured Debt - Per Plan |  |  |
| Priority Debt - Per Plan |  |  |
| Unsecured Debt - Per Plan |  |  |
| Other (Attach List) - Per Plan |  |  |
| Total Pre-petition Liabilities |  |  |
| Total Liabilities |  |  |
| **Equity** |  |  |
| Common Stock |  |  |
| Retained Earnings (Deficit) | 2662.16 |  |
| Total Equity (Deficit) | 2662.16 |  |
| Total Liabilities & Owners' Equity | 2662.16 |  |


## investors Bank

101 Wood Avenue South • Iselin, NJ • 08830

**855-iBank4U (855.422.6548)**
**myinvestorsbank.com**


Banking in *your* best interest.

**RETURN SERVICE REQUESTED**

WORLDWIDE CONSTRUCTION & INVESTMENTS LLC
884 SANFORD AVE
IRVINGTON NJ 07111-1510

   

Member FDIC

## BUSINESS CHECKING

| | | | |
|---|---|---|---|
| *Account #* | XXXXXXX2495 | *Beginning Balance* | $8,899.81 |
| *Statement Period* | | *Deposits/Credits* | $3,940.00 |
| From | 06/01/17 | *Interest Paid* | $0.00 |
| Through | 06/30/17 | *Checks/Debits* | -$10,177.65 |
| *Average Balance* | $6,143.76 | *Service Charges* | $0.00 |
| *Earned Interest This Period* | $0.00 | *Ending Balance* | $2,662.16 |
| *YTD Interest* | $0.00 | *# Deposits/Credits* | 3 |
| *YTD Withholding* | $0.00 | *# Checks/Debits* | 10 |
| *Annual Percentage Yield Earned (APYE)* | 0.00% | | |

## ACCOUNT ACTIVITY DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 06/01 | BEGINNING BALANCE | | | $8,899.81 |
| 06/05 | CHECK #1148 | | $250.00- | $8,649.81 |
| 06/06 | DEPOSIT | $565.00 | | $9,214.81 |
| 06/12 | CHECK #1149 | | $2,000.00- | $7,214.81 |
| 06/15 | UTICA FIRST INS  INS PREM | | $295.79- | $6,919.02 |
| | ART5048624 | | | |
| 06/15 | GLAIC        PHONE PAY | | $367.79- | $6,551.23 |
| | 000000834750760 | | | |
| 06/20 | WITHDRAWAL | | $5,000.00- | $1,551.23 |
| 06/20 | CHECK #1150 | | $1,000.00- | $551.23 |

# IMPORTANT NOTICE
## ABOUT YOUR EMV CHIP CARD
**Investors Bank debit cards with EMV chip can only be used at ATMs that are upgraded with this technology.**

To find a non-Investors ATM' that is compatible with the EMV chip cards visit:
**www.myinvestorsbank.com/atm**

After you search for a location, be sure to select "Chip-Enabled" in the filter.

Member FDIC   *Non-Investors ATMs may charge a fee in addition to any fee that Investors Bank might charge.

### IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transaction (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Please contact us at the telephone number or address listed on the front of this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt or if you believe a transfer was made using information from your check without your permission. We must hear from you no later than 30 days after we sent you the FIRST statement on which the problem or error appeared.

1.  Provide your name and account number.
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Provide us with the dollar amount of the suspected error.

We will investigate your complaint and will credit any error promptly. If we need more time to complete the investigation, we may take up to 45 days to investigate your   complaint or question. If Investors Bank decides to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will  have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint in writing and we do not receive it   within 10 business days, we may not re-credit your account.

If we decide that there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

### LOST OR STOLEN ATM OR VISA DEBIT CARD

Contact us immediately if your Investors ATM or VISA Debit Card is lost or stolen. During normal business hours, Monday through Friday, call 855-iBank4U. After hours, call 1-800-472-3272.

For more complete details, see the Terms and Conditions agreement that governs your account.

---

#### THIS SECTION IS DESIGNED TO HELP YOU BALANCE YOUR STATEMENT

| LIST | | ENTER | |
|------|--|-------|--|
| NOT CHARGED TO ACCOUNT | | AS PER STATEMENT | $ _____ |
| CHECK NUMBER | $ AMOUNT | | |
| | | ADD | |
| | | DEPOSITS YOU HAVE MADE SINCE THE DATE ON THIS STATEMENT | $ _____ |
| | | | _____ |
| | | | _____ |
| | | TOTAL | $ _____ |
| | | SUBTRACT | |
| | | CHECKS OUTSTANDING | |
| | | BALANCE | $ _____ |
| | | BALANCE SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER YOU RECORD ALL ITEMS PRINTED ON THIS STATEMENT THAT WERE NOT ENTERED IN YOUR CHECKBOOK. | |

---

### FINANCE CHARGE

We calculate the FINANCE CHARGE on your account by applying the applicable DAILY PERIODIC RATE to the BALANCE SUBJECT TO FINANCE CHARGE in your account at the end of each day. We get the BALANCE SUBJECT TO FINANCE CHARGE by taking the balance you owed at the end of the previous billing cycle (shown on the statement as the PREV. BALANCE). We then reduce that PREV. BALANCE by the amount of any unpaid FINANCE CHARGES or other charges included in it and any payments or other credits applied to your account prior to the end of the day in question. We then increase this amount by the amount of any loan advances and adjustments charged to your account prior to the end of the day in question.

### BILLING RIGHTS SUMMARY

In case of errors or questions about your bill:

If you think your bill is wrong or if you need more information about a transaction on your bill, write us on a separate sheet at our address shown on the face of the statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information: (1) Your name and account number. (2) The dollar amount of the suspected error. (3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### HOW TO MAKE PAYMENT

Payments received prior to 5:00 p.m. at the Bank address shown on the face of your statement will be credited as of day of receipt. Payments can be made at a Branch, over the phone or online.  Payments made at  other locations of the Bank may result in a delay in crediting your payments (but not more than 5 days).





101 Wood Avenue South • Iselin, NJ • 08830

**855-iBank4U (855.422.6548)**
**myinvestorsbank.com**

## ACCOUNT ACTIVITY DETAIL (continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| 06/22 | DEPOSIT | $3,250.00 | | $3,801.23 |
| 06/26 | CHECK #1115 | | $500.00- | $3,301.23 |
| 06/27 | DEPSOLWSTVEHREG | | $100.00- | $3,201.23 |
| | NJWEB90201 | | | |
| | TXP*BF14D70135F8F*90201*170630 | | | |
| 06/27 | WITHDRAWAL | | $500.00- | $2,701.23 |
| 06/30 | DEPOSIT | $125.00 | | $2,826.23 |
| 06/30 | DELUXE BUS SYS.  BUS PRODS | | $164.07- | $2,662.16 |
| | 80231020 | | | |
| 06/30 | ENDING BALANCE | | | $2,662.16 |

## CHECK REGISTER

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 0 | 06/15 | $367.79# | 1148* | 06/05 | $250.00 | 1150 | 06/20 | $1,000.00 |
| 1115* | 06/26 | $500.00 | 1149 | 06/12 | $2,000.00 | | | |

*(# AFTER THE CHECK AMOUNT INDICATES ACH CHECK - * INDICATES NON-CONSECUTIVE CHECK NUMBER(S))*



101 Wood Avenue South • Iselin, NJ • 08830

**855-iBank4U (855.422.6548)**
**myinvestorsbank.com**

THIS PAGE LEFT INTENTIONALLY BLANK