UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re James and Barbara Lucas

Worldwide Realty

Case No. 16-32586
Reporting Period:_____August 2017__

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
|    Schedule of Professional Fees Paid | MOR-1b | | | |
|    Copies of bank statements | | | | |
|    Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
|    Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_11-7-17_____
Date

_____
Signature of Joint Debtor

_11-7-17_____
Date

_____
Signature of Authorized Individual*

_____
Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re_____James & Barbara Lucas
Debtor
Worldwide Realty # 21099

Case No. _____
Reporting Period:_____August 2017

## BANK RECONCILIATIONS
Continuation Sheet for MOR-1
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | $3,680 | | | | | | |
| | | | | | | | | |
| BANK BALANCE | | $3,680 | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-)  OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

FORM MOR-1a
(04/07)

In re ___ James & Barabra Lucas ___
Debtor

Case No. ___
Reporting Period: ___ August 2017 ___

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Brenda Hudson Commission | | 650 | | 2245 | 18-Aug | | 650 | | 650 |
| BL Commissions | | 190 | | 2251 | 31-Aug | | 190 | | 3290 |
| Garden State MLS Fee | | 100 | | 2247 | 31-Aug | | 100 | | 275 |
| Rent Expense | | 725 | | 2246 | 23-Aug | | 750 | | 750 |
| Rent Expense | | 1950 | | 2250 | 30-Aug | | 1950 | | 2700 |
| Service Charge | | 14 | | Debit | 31-Aug | | 14 | | 42 |
| Verizon | | 252.83 | | Debit | 4-Aug | | 282.83 | | 564.05 |
| Verizon | | 265.5 | | Debit | 17-Aug | | 265.5 | | 829.55 |
| Verizon | | 268.72 | | Debit | 24-Aug | | 268.72 | | 1098.27 |
| BL Commissions | | 715 | | 2233 | | | 715 | | 4005 |
| BL Commissions | | 500 | | 2234 | | | 500 | | 4505 |
| Rents to Landlord | | 3100 | | 2235 | | | 3100 | | 5800 |
| BL Commissions | | 600 | | 2236 | | | 600 | | 6105 |
| Rents to Landlord | | 4875 | | 2237 | | | 4875 | | 10675 |
| BL Commissions | | 600 | | 2238 | | | 600 | | 5705 |
| BL Commissions | | 350 | | 2239 | | | 350 | | 6055 |
| BL Commissions | | 700 | | 2240 | | | 700 | | 6755 |
| PSEG | | 956.25 | | 2241 | | | 956.25 | | 1256.25 |
| Personal | | 1300 | | 2242 | | | 1300 | | 1300 |
| Office | | 881.25 | | 2253 | | | 881.25 | | 881.25 |

FORM MOR-1b
(04/07)

In re_____

         Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

In re_____          Case No. _____
         Debtor          Reporting Period:_____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:_____ James & Barbara Lucas          Bank:____ Wells Fargo

Bankruptcy Number:_____          Account Number:____████1099_____

Date of Confirmation:_____          Account Type:_____ Checking

Reporting Period (month/year):_____ August 2017_____

       Beginning Cash Balance:                              $_____          4929.75

All receipts received by the debtor:

       Cash Sales:                                          $_____          17743.44

       Collection of Accounts Receivable:                   $_____

       Proceeds from Litigation (settlement or otherwise):  $_____

       Sale of Debtor's Assets:                             $_____

       Capital Infusion pursuant to the Plan:               $_____

       Total of cash received:                              $_____

Total of cash available:                                 $9,309

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

       Disbursements made under the plan, excluding the administrative
       claims of bankruptcy professionals:              $_____

       Disbursements made pursuant to the administrative claims of
       bankruptcy professionals:                             0

       All other disbursements made in the ordinary course:  $18,993.55

       Total Disbursements                                   #########

Ending Cash Balance                                       $3,680

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____          _____
Date                      Name/Title

Debtor:_____

Case Number:_____

| ASSETS | Month | Month |
|---|---|---|
| | Aug-17 | |
| Cash (Unrestricted) | 3,680 | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | | |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | 3,680 | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

Worldwide Realty LLC (Wells Fargo xx21099)
Statement of Income
31-Aug-17

| | | |
|---|---:|---:|
| Income - Closings | | 9,200 |
| Management Fees | | 1,355 |
| Refund class action | | 63 |
| Rent | | 4,625 |
| | | 15,243 |

| | | |
|---|---:|---:|
| Advertising | | |
| Bank Charges | 14 | |
| Closing Peoceeds | | |
| Commissions Barb L | 5,000 | |
| Commissions-Agents | 7,553 | |
| Management Fee | | |
| Insurance | 715 | |
| Rent | 3,975 | |
| Repairs | 350 | |
| Telephone | 787 | |
| Utilities | | |
| | | 18,394 |

| | | |
|---|---:|---:|
| Net | | (3,151) |

| | | |
|---|---:|---:|
| Personal Activity | | |
| Escrow Funds dep in wrong act | | 2,500 |
| Gift | | 600 |

| | | |
|---|---:|---:|
| Net | | (1,251) |

# Wells Fargo Business Choice Checking

Account number: ⬛⬛⬛⬛⬛⬛1099 ▪ August 1, 2017 - August 31, 2017 ▪ Page 1 of 5



WORLDWIDE REALTY LLC
889 SANFORD AVE
IRVINGTON NJ 07111-1511

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

---

## Your Business and Wells Fargo

Cash flow is a key indicator of the financial health of your business. Find tips and strategies for effective cash flow management at wellsfargoworks.com.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

---

**Other Wells Fargo Benefits**

**Apply for a Commercial Equity Line of Credit and enjoy a low rate of Prime + 0% on your balance through December 31, 2018**
Whether you are planning to make property improvements, expand your business, or purchase either property or large equipment, we want to help you with your financing. Small business owners and real estate investors can get up to $500,000 in commercial real estate financing that starts as a 5-year, Prime-based revolving equity line after which the balance converts to an adjustable 15-year amortized loan for a total term of 20 years.

Key benefits of our real estate secured financing:
- No application fee, and no appraisal fee
- Low 1% origination fee due at closing

**To learn more, or apply for this great offer, please call: 1-866-416-4320, Monday - Friday, 8:00 a.m. to 5:00 p.m. Pacific Time.**

Note: All financing is subject to credit approval. Some restrictions may apply.

Account number: ███████   ▣ August 1, 2017 - August 31, 2017   ▣ Page 2 of 5



## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $4,929.75 |
| Deposits/Credits | 17,743.44 |
| Withdrawals/Debits | - 18,993.55 |
| Ending balance on 8/31 | $3,679.64 |
| Average ledger balance this period | $4,638.69 |

Account number: ███████

**WORLDWIDE REALTY LLC**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021200025

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/1 | | Deposit Made In A Branch/Store | 6,600.00 | | |
| 8/1 | 2234 | Cashed Check | | 500.00 | 11,029.75 |
| 8/2 | | Deposit Made In A Branch/Store | 155.00 | | |
| 8/2 | 2235 | Deposited OR Cashed Check | | 3,100.00 | |
| 8/2 | 2236 | Cashed Check | | 600.00 | |
| 8/2 | 2233 | Check | | 715.00 | 6,769.75 |
| 8/4 | 2237 | Deposited OR Cashed Check | | 4,875.00 | |
| 8/4 | | Billmatrix Billpayfee 170803 13296476352 Billmatrix | | 3.50 | |
| 8/4 | | Fis*Verizon Bill Pay 170803 13296476351 Verizon Main Vru | | 249.33 | |
| 8/4 | 2238 | Check | | 600.00 | 1,041.92 |
| 8/8 | | Deposit Made In A Branch/Store | 2,600.00 | | |
| 8/8 | | Deposit Made In A Branch/Store | 1,200.00 | | |
| 8/8 | 2239 | Check | | 350.00 | 4,491.92 |
| 8/9 | | Deposit Made In A Branch/Store | 1,200.00 | | |
| 8/9 | 2240 | Cashed Check | | 700.00 | 4,991.92 |
| 8/10 | | Deposit Made In A Branch/Store | 175.00 | | 5,166.92 |
| 8/14 | 2241 | Deposited OR Cashed Check | | 956.25 | 4,210.67 |
| 8/15 | | Deposit Made In A Branch/Store | 1,250.00 | | |
| 8/15 | 2242 | Cashed Check | | 1,300.00 | 4,160.67 |
| 8/16 | | Deposit Made In A Branch/Store | 2,500.00 | | 6,660.67 |
| 8/17 | | Billmatrix Billpayfee 170816 13298196312 Billmatrix | | 3.50 | |
| 8/17 | | Fis*Verizon Bill Pay 170816 13298196311 Null Null | | 262.00 | 6,395.17 |
| 8/18 | 2245 | Deposited OR Cashed Check | | 650.00 | |
| 8/18 | 2244 | Deposited OR Cashed Check | | 881.25 | 4,863.92 |
| 8/23 | 2246 | Check | | 725.00 | 4,138.92 |
| 8/24 | | Billmatrix Billpayfee 170823 13298951002 Billmatrix | | 3.50 | |
| 8/24 | | Fis*Verizon Bill Pay 170823 13298951001 Null Null | | 265.22 | 3,870.20 |
| 8/28 | | Deposit Made In A Branch/Store | 2,000.00 | | |
| 8/28 | | Deposit Made In A Branch/Store | 63.44 | | 5,933.64 |
| 8/30 | 2250 | Check | | 1,950.00 | 3,983.64 |
| 8/31 | 2251 | Cashed Check | | 190.00 | |
| 8/31 | 2247 | Check | | 100.00 | |
| 8/31 | | Monthly Service Fee | | 14.00 | 3,679.64 |
| Ending balance on 8/31 | | | | | 3,679.64 |
| **Totals** | | | **$17,743.44** | **$18,993.55** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Account number: ███████    ◼ August 1, 2017 - August 31, 2017    ◼ Page 3 of 5



## Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 2233 | 8/2 | 715.00 | 2239 | 8/8 | 350.00 | 2245 | 8/18 | 650.00 |
| 2234 | 8/1 | 500.00 | 2240 | 8/9 | 700.00 | 2246 | 8/23 | 725.00 |
| 2235 | 8/2 | 3,100.00 | 2241 | 8/14 | 956.25 | 2247 | 8/31 | 100.00 |
| 2236 | 8/2 | 600.00 | 2242 | 8/15 | 1,300.00 | 2250 * | 8/30 | 1,950.00 |
| 2237 | 8/4 | 4,875.00 | 2244 * | 8/18 | 881.25 | 2251 | 8/31 | 190.00 |
| 2238 | 8/4 | 600.00 | | | | | | |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 08/01/2017 - 08/31/2017 | Standard monthly service fee $14.00 | You paid $14.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $4,639.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
|   – Average ledger balances in business checking, savings, and time accounts | | |
|   – Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
|   – For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

WX/WX

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 48 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | $0.00 |

# IMPORTANT ACCOUNT INFORMATION

Beginning in August 2017, we are enhancing the description of certain non-consumer ACH debit entries to include "Business to Business ACH". This entry description may appear on your statements and online banking transaction histories. The terms governing these entries remain the same and are found in the Business Account Agreement section titled "Funds transfer service" under the

Account number: ▓▓▓▓▓▓▓▓▓▓    ▪ August 1, 2017 - August 31, 2017    ▪ Page 4 of 5



subsection "ACH Transactions". Under ACH rules, a Business to Business ACH debit entry has a return time frame of one business day from the date the entry posted to your account. In order for the Bank to meet this deadline, you are required to notify us to return any Business to Business ACH debit entry as unauthorized by the cutoff time which is currently 3:00 PM Central Time. If you do not notify us within one business day from the date the unauthorized entry is posted to your account, we will not be able to return it without the cooperation and agreement of the originating bank and the originator of the debit entry. Any other effort to recover the funds must occur solely between you and the originator of the entry.

Account number: ██████████  ◼ August 1, 2017 - August 31, 2017  ◼ Page 5 of 5



## General statement policies for Wells Fargo Bank

◼ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your        $ _____
   register or transfers into         $ _____
   your account which are not         $ _____
   shown on your statement.         + $ _____
   . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801