| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Peter J. D'Auria, Esq. (PD 3709)<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>E-Mail:   Peter.J.D'Auria@usdoj.gov |

**Order Filed on December 4, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>James Lucas and Barbara Lucas,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-32586(VFP)<br><br>Status Conference Hearing Date:<br>Nov. 30, 2017 at 10:00 a.m.<br><br>Judge: Vincent F. Papalia |

**ORDER ESTABLISHING DEADLINE FOR FILING OF PLAN AND DISCLOSURE STATEMENT**

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: December 4, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**

James Lucas and Barbara Lucas
Chapter 11 Case No. 16-32586(VFP)
**Order Setting Deadline for Filing of Plan and Disclosure Statement**

---

Upon consideration of the status of the case at the status conference held on November 30, 2017, and the record of the case indicating that no plan or disclosure statement has been filed to date, and after consideration of the comments of counsel, and the Court having found cause for the entry of the within order, and for good cause shown, it is hereby **ORDERED AS FOLLOWS:**

1. The status conference in this case is continued to February 8, 2018 at 10:00 a.m.

2. The Debtor shall file a Plan and Disclosure Statement no later than February 2, 2018.

3. CREDITORS AND OTHER PARTIES IN INTEREST TAKE NOTICE THAT if such Plan and Disclosure Statement is/are not filed in compliance with Ordered paragraph 2 above, upon the filing of a certificate of non-compliance by a representative of the Office of the United States Trustee the Court may schedule a hearing to consider either conversion of this case to a Chapter 7 Proceeding or dismissal of this case.