UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                                CASE NO.: 16-32586-VFP

CHAPTER 11

JAMES WALTER LUCAS and
BARBARA JEAN LUCAS,

  Debtors.

_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

RAS CITRON, LLC
BANKRUPTCY DEPARTMENT
130 CLINTON ROAD, SUITE 202
FAIRFIELD, NJ 07004

                                           RAS Citron, LLC
                                           Authorized Agent for Secured Creditor
                                           130 Clinton Road, Suite 202
                                           Fairfield, NJ 07004
                                           Telephone: 973-575-0707
                                           Facsimile: 973-404-8886
                                           By: /s/Laura Egerman
                                           Laura Egerman, Esquire
                                           Email: legerman@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 16, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ 07834

JAMES WALTER LUCAS
884 SANFORD AVE
IRVINGTON, NJ 07111-1510

BARBARA JEAN LUCAS
884 SANFORD AVE
IRVINGTON, NJ 07111-1510

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

 

RAS Citron, LLC
Authorized Agent for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
By: /s/Laura Egerman
Laura Egerman, Esquire
Email: legerman@rasnj.com