Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−32586−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James Walter Lucas  
884 Sanford Ave  
Irvington, NJ 07111−1510

Barbara Jean Lucas  
884 Sanford Ave  
Irvington, NJ 07111−1510

Social Security No.:
xxx−xx−5317                                                    xxx−xx−9510

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/22/18 at 10:00 AM

to consider and act upon the following:

Status Conference Hearing Scheduled. (related document:1 Chapter 13 Voluntary Petition Filed by Scott J. Goldstein on behalf of James Walter Lucas, Barbara Jean Lucas. filed by Debtor James Walter Lucas, Joint Debtor Barbara Jean Lucas) Status Conference Hearing scheduled for 7/25/2017 at 10:00 AM at VFP − Courtroom 3B, Newark. (jf)

Dated: 3/13/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court