| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| | **Order Filed on March 15, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>JAMES LUCAS and BARBARA LUCAS,<br><br>Debtors. | Case No.:    16-32586 (VFP)<br><br>Chapter:    11<br><br>Hearing Date:  n/a<br><br>Judge:    Vincent F. Papalia |

# ORDER ESTABLISHING DEADLINE FOR FILING
# FIRST AMENDED PLAN AND DISCLOSURE STATEMENT,
# SCHEDULING A PEREMPTORY STATUS CONFERENCE
# AND GRANTING RELATED RELIEF

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 15, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Case name: | In re James Lucas and Barbara Lucas |
| Case no.: | 16-32586 (VFP) |
| Caption of Order: | Order Establishing Deadline for Filing First Modified Plan and Disclosure Statement, Scheduling a Peremptory Status Conference and Granting Related Relief |

This matter is before the United States Bankruptcy Court for the District of New Jersey following entry of the December 4, 2017 Order (Dkt. No. 82) which required the Debtors to file a Chapter 11 Plan and Disclosure Statement no later than February 2, 2018; scheduled a status conference for February 8, 2018; and provided that, upon the filing of a certification by the Office of the United States Trustee that Debtors had not complied with the filing requirement, the Court may schedule a hearing to consider conversion or dismissal of this case;

And the Debtors, through Counsel, having filed a Combined Plan and Disclosure Statement (the "Combined Plan") on February 4, 2018 (Dkt. No. 85); and the February 8, 2018 status conference having consequently been canceled; and Counsel having thereafter advised the Court's staff that he intended to withdraw and refile the Combined Plan in order to correct errors; and Counsel having failed to refile the Plan as of the date of entry of this Order; it is therefore

**ORDERED**:

1. The Status Conference is rescheduled for March 22, 2018 at 10:00 a.m. as a peremptory date and shall not be adjourned or withdrawn without leave of the Court.
2. The Debtors shall file a First Modified Plan and Disclosure Statement by March 16, 2018.
3. If the Debtors choose to file a Combined First Modified Plan and Disclosure Statement (the "Submission"), the Submission will nevertheless be scheduled for separate hearings to approve the Disclosure Statement and to confirm the Plan, unless (i) the Submission is accompanied by a Motion, which states authority for a collapsed hearing and which the Court shall hear at the Court's convenience; and (ii) the Court enters an Order authorizing a collapsed hearing.
4. If the Debtors do not file a First Modified Plan and Disclosure Statement in compliance with paragraph 2 above, then, upon the filing of a certificate of non-compliance by a representative of the Office of the United States Trustee, the Court may schedule a hearing to consider either conversion of this case to one under Chapter 7 or dismissal of this case.