UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on March 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JAMES LUCAS and BARBARA LUCAS,

Debtors.

Case No.:      16-32586 (VFP)

Chapter:       11

Hearing Date:  n/a

Judge:         Vincent F. Papalia

# ORDER ESTABLISHING DEADLINE FOR FILING
# FIRST AMENDED PLAN AND DISCLOSURE STATEMENT,
# SCHEDULING A PEREMPTORY STATUS CONFERENCE
# AND GRANTING RELATED RELIEF

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 15, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Case name:         In re James Lucas and Barbara Lucas
Case no.:          16-32586 (VFP)
Caption of Order:  Order Establishing Deadline for Filing First Modified Plan and Disclosure
                   Statement, Scheduling a Peremptory Status Conference and Granting
                   Related Relief

---

This matter is before the United States Bankruptcy Court for the District of New Jersey following entry of the December 4, 2017 Order (Dkt. No. 82) which required the Debtors to file a Chapter 11 Plan and Disclosure Statement no later than February 2, 2018; scheduled a status conference for February 8, 2018; and provided that, upon the filing of a certification by the Office of the United States Trustee that Debtors had not complied with the filing requirement, the Court may schedule a hearing to consider conversion or dismissal of this case;

And the Debtors, through Counsel, having filed a Combined Plan and Disclosure Statement (the "Combined Plan") on February 4, 2018 (Dkt. No. 85); and the February 8, 2018 status conference having consequently been canceled; and Counsel having thereafter advised the Court's staff that he intended to withdraw and refile the Combined Plan in order to correct errors; and Counsel having failed to refile the Plan as of the date of entry of this Order; it is therefore

**ORDERED**:

1. The Status Conference is rescheduled for March 22, 2018 at 10:00 a.m. as a peremptory date and shall not be adjourned or withdrawn without leave of the Court.

2. The Debtors shall file a First Modified Plan and Disclosure Statement by March 16, 2018.

3. If the Debtors choose to file a Combined First Modified Plan and Disclosure Statement (the "Submission"), the Submission will nevertheless be scheduled for separate hearings to approve the Disclosure Statement and to confirm the Plan, unless (i) the Submission is accompanied by a Motion, which states authority for a collapsed hearing and which the Court shall hear at the Court's convenience; and (ii) the Court enters an Order authorizing a collapsed hearing.

4. If the Debtors do not file a First Modified Plan and Disclosure Statement in compliance with paragraph 2 above, then, upon the filing of a certificate of non-compliance by a representative of the Office of the United States Trustee, the Court may schedule a hearing to consider either conversion of this case to one under Chapter 7 or dismissal of this case.

United States Bankruptcy Court
District of New Jersey

In re:  
James Walter Lucas  
Barbara Jean Lucas  
    Debtors

Case No. 16-32586-VFP  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 19, 2018  
                Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.
```
db/jdb          James Walter Lucas,   Barbara Jean Lucas,   884 Sanford Ave,   Irvington, NJ   07111-1510
aty           +Law Offices of Scott J. Goldstein, LLC,   280 West Main Street,   Denville, NJ 07834-1233
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:
```
          Betsy Ann Rosenbloom    on behalf of Creditor    Bayview Loan Servicing, LLC
           brosenbloom@wcmolaw.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
           LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Justin  Plean    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Justin  Plean    on behalf of Creditor    The Bank of New York Mellon Trust Company
           jplean@rasflaw.com,    bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Miriam  Rosenblatt    on behalf of Creditor    Ocwen Loan Servicing, LLC bkyecf@rasflaw.com,
           mrosenblatt@rasflaw.com
          Scott J. Goldstein    on behalf of Debtor James Walter Lucas sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          Scott J. Goldstein    on behalf of Joint Debtor Barbara Jean Lucas sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          Steven P. Kelly    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
           skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M. E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                             TOTAL: 14
```