UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re James and Barbara Lucas

Worldwide Realty

Case No. 16-32586
Reporting Period: _____ November 2017 __

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____  12/29/17
Signature of Debtor         Date

_____  12/29/17
Signature of Joint Debtor   Date

_____  _____
Signature of Authorized Individual*   Date

_____  _____
Printed Name of Authorized Individual   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re _____ James & Barbara Lucas
    Debtor
Worldwide Realty

Case No. 16-32586
Reporting Period: November 2017

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| BALANCE PER BOOKS | | $11,625 | | | | | | |
| BANK BALANCE | | $11,625 | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |
| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| CHECKS OUTSTANDING | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| OTHER | | | | | | | | |

FORM MOR-1a
(04/07)

In re: James & Barbara Lucas
Debtor

Worldwide Realty

Case No. 16325-86

Reporting Period: November 2017

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| T-Mobile | | | | Debit | 31-Oct | | 48 | | 48 |
| Insurance | | | | 141 | 3-Nov | 1,580 | | 1,580 | |
| Insurance 280 Clinton Pl | | | | 142 | 8-Nov | 379 | | 349 | |
| Insurance | | | | 143 | 6-Nov | 184 | | 184 | |
| Personal Exp | | | | 144 | 14-Nov | 148 | | 148 | |
| PSEG | | | | 145 | 17-Nov | 221 | | 221 | |
| Medical Expense | | | | 146 | 10-Nov | 15 | | 15 | |
| Rochedale Ins | | | | 147 | 17-Nov | 49 | | 49 | |
| ADT - Security | | | | 148 | 10-Nov | 158 | | 158 | |
| NJ Water | | | | Debit | 10-Nov | 56 | | 56 | |
| Medical Expense | | | | Debit | Various | 313 | | 313 | |
| PSEG | | | | Debit | 24-Nov | 217 | | 217 | |
| Grocery | | | | Debit | Various | 1,026 | | 1,026 | |
| Verizon | | | | Debit | Various | 407 | | 407 | |
| Personal Exp | | | | Debit | Various | 2,015 | | 2,015 | |
| Auto | | | | Debit | 22-Nov | 68 | | 68 | |
| Wells Fargo | | | | Debit | 24-Nov | 16 | | 16 | |
| Ocwen | | | | Debit | 8-Nov | 1,467 | | 1,467 | |
| Ditech | | | | Debit | 8-Nov | 1,880 | | 1,880 | |
| Bayview | | | | Debit | 8-Nov | 1,935 | | 1,935 | |
| Penn Finl | | | | Debit | 8-Nov | 2,103 | | 2,103 | |
| Insurance | | | | Debit | 6-Nov | 183 | | 183 | |

FORM MOR-1b
(04/07)

In re _James Lucas / Barbara Lucas_
    Debtor

Case No. 16-32586
Reporting Period: November 2017

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | 0-30 | Number of Days Past Due 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re James and Barbara Lucas

Worldwide Realty

Case No. 16-32586
Reporting Period: _____ November 2017 \_\_

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

_____
Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re _____ James & Barbara Lucas  
            Debtor  
Worldwide Realty

Case No. _____  
Reporting Period: _____ November 2017

**Continuation Sheet for MOR-1**  
A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | $17,945 | | | | | | |
| **BANK BALANCE** | | $17,945 | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| **OTHER** | | | | | | | | |

FORM MOR-1a  
(04/07)

In re: James & Barbara Lucas
Debtor

Worldwide Realty

Case No. _____
Reporting Period: Novewmber 2017

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Advertizing | | | | 2274 | 7-Nov | 209 | | | 209 |
| Rent | | | | 2275 | 1-Nov | 1,530 | | | 1,580 |
| Commisison - B Lucas | | | | 2277 | 2-Nov | 2,000 | | | 2,000 |
| Commisison - B Lucas | | | | 2279 | 6-Nov | 650 | | | 650 |
| Agent Commission | | | | 2280 | 7-Nov | 7,800 | | | 7,800 |
| Insurance | | | | 2281 | 8-Nov | 129 | | | 129 |
| NJ Water | | | | 2282 | 1-Nov | 93 | | | 93 |
| Commisison - B Lucas | | | | 2285 | 27-Nov | 400 | | | 400 |
| Commisison - B Lucas | | | | 2286 | 20-Nov | 200 | | | 200 |
| Rent | | | | 2290 | 27-Nov | 1,530 | | | 1,530 |
| Commisison - B Lucas | | | | 2291 | 27-Nov | 200 | | | 200 |
| Verizon | | | | Debit | 7-Nov | 288 | | | 288 |

FORM MOR-1b (04/07)

In re_____          Case No._____
           Debtor                     Reporting Period:_____November 2017_

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| | | | Number of Days Past Due | | | |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(04/07)

In re _____
                Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | |

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ____James & Barbara Lucas__    Bank: _____Wells Fargo

Bankruptcy Number: _____    Account Number: ____ 1760

Date of Confirmation: _____    Account Type: ___Checking_____

Reporting Period (month/year): _____11/2017_____

    Beginning Cash Balance:    5,274

All receipts received by the debtor:

    Cash Sales:    $____27,700

    Collection of Accounts Receivable:    $_____

    Proceeds from Litigation (settlement or otherwise):    $_____

    Sale of Debtor's Assets:    $_____

    Capital Infusion pursuant to the Plan:    $_____0.00

    Total of cash received:    $__ 27,700

Total of cash available:    $_____32,974

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:    $_____

    Disbursements made pursuant to the administrative claims of bankruptcy professionals:    $_____

    All other disbursements made in the ordinary course:    $___15,029

    Total Disbursements    $_15,029

Ending Cash Balance    $___17,945

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____    _____
Date    Name/Title

Debtor: _____

Case Number: _____

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re James and Barbara Lucas

Worldwide Construciton

Case No. 16-32586

Reporting Period: _____November 2017\_\_

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

_____
Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re _____ James & Barbara Lucas
Debtor
Worldwide Construction

Case No. _____
Reporting Period: _____ November 2017

### Continuation Sheet for MOR-1
A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| BALANCE PER BOOKS | | $12,137 | | | | | | |
| BANK BALANCE | | $12,137 | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

OTHER

FORM MOR-1a
(04/07)

In re: James & Barbara Lucas
Debtor
Worldwide Construction

Case No. _____
Reporting Period: Novewmber 2017

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Enter HVAC | | | | Debit | 1-Nov | | 58 | | 58 |
| General Plumbing Supplies | | | | Debit | 2-Nov | | 313 | | 313 |
| Auto Zone | | | | Debit | 6-Nov | | 37 | | 37 |
| Crosstown Plumbing | | | | Debit | 6-Nov | | 0 | | 0 |
| Home Depot | | | | Debit | 9-Nov | | 76 | | 76 |
| Enter HVAC | | | | Debit | 9-Nov | | 261 | | 261 |
| General Plumbing Supplies | | | | Debit | 13-Nov | | 45 | | 45 |
| ACL Hardware | | | | Debit | 17-Nov | | 70 | | 70 |
| ACL Hardware | | | | Debit | 17-Nov | | 10 | | 10 |
| Workin' Gear | | | | Debit | 21-Nov | | 282 | | 282 |
| General Plumbing Supplies | | | | Debit | 21-Nov | | 1,013 | | 1,013 |
| Home Depot | | | | Debit | 22-Nov | | 33 | | 33 |
| Woroco Gas | | | | Debit | 24-Nov | | 81 | | 81 |

FORM MOR-1b
(04/07)

In re _____          Case No. _____
            Debtor                      Reporting Period: _____ November 2017

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Column group header: Number of Days Past Due (spans 31-60, 61-90, Over 90).

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(04/07)

In re_____
        Debtor

# ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

# DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | |

FORM MOR-5
(04/07)

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ____James & Barbara Lucas__         Bank: _____Wells Fargo

Bankruptcy Number: _____             Account Number: ____ 2495 Worldwide Consruction

Date of Confirmation: _____             Account Type: ___Checking_____

Reporting Period (month/year): _____11/2017_____

    Beginning Cash Balance:                              10,862

All receipts received by the debtor:

    Cash Sales:                                          3,575

    Collection of Accounts Receivable:                   $_____

    Proceeds from Litigation (settlement or otherwise):  $_____

    Sale of Debtor's Assets:                             $_____

    Capital Infusion pursuant to the Plan:               $_____0.00

    Total of cash received:                              $__ 3,575

Total of cash available:                                 $____14,437

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
    claims of bankruptcy professionals:                  $_____

    Disbursements made pursuant to the administrative claims of
    bankruptcy professionals:                            $_____

    All other disbursements made in the ordinary course: $___2,280

    Total Disbursements                                  $_2,280

Ending Cash Balance                                      $___12,157

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____    _____
Date                      Name/Title

Debtor:_____

Case Number:_____