Form 195 – ntchrgdsclstat

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 16−32586−VFP
                Chapter: 11
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Walter Lucas                              Barbara Jean Lucas
   884 Sanford Ave                                  884 Sanford Ave
   Irvington, NJ 07111−1510               Irvington, NJ 07111−1510

Social Security No.:
   xxx−xx−5317                                     xxx−xx−9510

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISCLOSURE STATEMENT

     A Disclosure Statement was filed by James Walter Lucas on July 11, 2018 , pursuant to Fed. R. Bankr. P. 3016.

     The Court shall conduct a hearing as to the adequacy of such statement before Honorable Vincent F. Papalia on :

Date:                August 23, 2018
Time:               11:00 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     Copies of the Disclosure Statement have been provided to the United States Trustee, the attorney and Chairman of the Creditors Committee, if any, the Trustee, if any, and the Securities and Exchange Commission. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

     Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the attorney and the Chairman of the Creditors Committee, if any, no later than 14 days before the date of the hearing scheduled above.

     To request copies of the Disclosure Statement, contact the proponent of the Disclosure Statement at:

Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ 07834
973−453−2838

Dated: July 17, 2018
JAN: jf

                                                                                            Jeanne Naughton
                                                                                           Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                              Case No. 16-32586-VFP
James Walter Lucas                                                  Chapter 11
Barbara Jean Lucas
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Jul 17, 2018
                              Form ID: 195                 Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
db/jdb         James Walter Lucas,    Barbara Jean Lucas,    884 Sanford Ave,    Irvington, NJ  07111-1510
aty           +Law Offices of Scott J. Goldstein, LLC,    280 West Main Street,    Denville, NJ 07834-1233
cr            +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
               Colorado Springs, CO 80962-2180
cr            +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr            +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue,
               Suite 100,    Boca Raton, FL 33487-2853
cr            +The Bank of New York Mellon Trust Company,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Ave.,    Suite 100,    Boca Raton, FL 33487-2853
cr            +Wilmington Savings Fund Society, Et Al...,    Stern & Eisenberg,    1581 Main Street,   Suite 200,
               Suite 200,    Warrington, PA 18976-3400
516519990      Bayview Financial Loan,    2601 S Bayshore Dr Fl 4,    Miami, FL  33133-5413
516759667     +Bayview Loan Servicing, LLC,    Powers Kirn, LLC,    PO Box 848,    Moorestown, NJ 08057-0848
516842931     +City of Newark,    Department of Water and Sewer Utilities,    C/O Law Department,
               920 Broad Street, Rm. 316,    Newark, NJ 07102-2609
516850836     +City of Newark,    Tax Collector,    c/o Law Department,    920 Broad Street, Rm. 316,
               Newark, NJ 07102-2609
516519992      City of Newark - Tax Department,    920 Broad St,    Newark, NJ 07102-2660
516553311     +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson, Anschutz & Schneid, PL,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516519995    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
              (address filed with court: Ditech Financial LLC,     332 Minnesota St Ste 610,
               Saint Paul, MN  55101-7707)
516759602      Deutsche Bank National Trust Company, as Trustee f,    Ocwen Loan Servicing, LLC,
               Attn: Bankruptcy Department,    PO Box 24605,    West Palm Beach, FL 33416-4605
516630329     +Ditech Financial LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
516519996    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit,     PO Box 62180,
               Colorado Springs, CO  80962-2180)
516589580      NNPL Trust Series 2012-1,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
               Greenville, SC  29603-0826
516520000      Ocwen,   Attention: Bankruptcy,    PO Box 24738,    West Palm Beach, FL  33416-4738
516520002     +Ocwen/litton,    4828 Loop Central Dr,    Houston, TX 77081-2193
516520003      Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ  07054-5020
516520006    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,     N.J. Division of Taxation Bankruptcy Sec,
               PO Box 245,    Trenton, NJ  08695-0245)
516520004      Sears/Citibank, NA,    PO Box 20363,    Kansas City, MO  64195-0363
516520005      Shellpoint Mortgage SE,    55 Beattie Pl Ste 110,    Greenville, SC  29601-5115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: cio.bncmail@irs.gov Jul 17 2018 23:16:33       Dist Dir of IRS,
               Insolvency Function,    PO Box 724,    Springfield, NJ  07081-0724
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 17 2018 23:17:11       U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 17 2018 23:17:09       United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516519991     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 17 2018 23:17:40
               Bayview Financial Loan,    Bankruptcy Dept,    4425 Ponce de Leon Blvd Fl 5,
               Miami, FL 33146-1873
516519994      E-mail/PDF: creditonebknotifications@resurgent.com Jul 17 2018 23:15:03       Credit One Bank NA,
               PO Box 98872,    Las Vegas, NV  89193-8872
516519993      E-mail/PDF: creditonebknotifications@resurgent.com Jul 17 2018 23:15:02       Credit One Bank NA,
               PO Box 98873,    Las Vegas, NV  89193-8873
516715658      E-mail/Text: bankruptcy.bnc@ditech.com Jul 17 2018 23:16:44
               Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
516519997      E-mail/Text: HWIBankruptcy@hunterwarfield.com Jul 17 2018 23:17:14       Hunter Warfield,
               4620 Woodland Corporate Blvd,    Tampa, FL  33614-2415
516615227      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2018 23:15:04
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516519999      E-mail/Text: bankruptcydpt@mcmcg.com Jul 17 2018 23:17:08       Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA  92123-2255
516520001      Fax: 407-737-5634 Jul 17 2018 23:47:52      Ocwen Loan Servicing,    1661 Worthington Rd Ste 100,
               West Palm Beach, FL  33409-6493
517127125     +Fax: 407-737-5634 Jul 17 2018 23:47:52      Ocwen Loan Servicing, LLC,
               Attn: Cashiering Department,    1661 Worthington Road, Suite 100,
               West Palm Beach, FL 33409-6493
```

```
District/off: 0312-2         User: admin              Page 2 of 2                    Date Rcvd: Jul 17, 2018
                             Form ID: 195             Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516668832       +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:15:30       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516544990       +E-mail/Text: HWIBankruptcy@hunterwarfield.com Jul 17 2018 23:17:14      Talmadge Village LLC,
                 c/o Hunter Warfield,    4620 Woodland Corporate Blvd,    Tampa, FL 33614-2415
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +DITECH FINANCIAL LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
517337106*      +Ditech Financial LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue,,
                 Suite 100,    Boca Raton, FL 33487-2853
516544946*     ++FORD MOTOR CREDIT COMPANY,     P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:   Ford Motor Credit Company LLC,    PO BOX 62180,
                 Colorado Springs, CO 80962-4400)
516881255*     ++FORD MOTOR CREDIT COMPANY,     P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:   Ford Motor Credit Company LLC,    PO Box 62180,
                 Colorado Springs, CO 80962-4400)
516519998*      Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA   19101-7346
                                                                                        TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
```
              Betsy Ann Rosenbloom    on behalf of Creditor    Bayview Loan Servicing, LLC
               brosenbloom@wcmolaw.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Justin Plean    on behalf of Creditor    The Bank of New York Mellon Trust Company
               jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Justin Plean    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Miriam Rosenblatt    on behalf of Creditor    Ocwen Loan Servicing, LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Scott J. Goldstein    on behalf of Joint Debtor Barbara Jean Lucas sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Debtor James Walter Lucas sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Steven P. Kelly    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                              TOTAL: 14
```