Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 16−32586−VFP
                Chapter: 11
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James Walter Lucas                  Barbara Jean Lucas
884 Sanford Ave                      884 Sanford Ave
Irvington, NJ 07111−1510            Irvington, NJ 07111−1510

Social Security No.:
   xxx−xx−5317                        xxx−xx−9510

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on July 17, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 107 − 104
Order and Notice on Disclosure Statement. (related document:104 Disclosure Statement filed by Debtor James Walter Lucas, Joint Debtor Barbara Jean Lucas). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/16/2018. Hearing on Disclosure Statement set for 8/23/2018 at 11:00 AM at VFP − Courtroom 3B, Newark. Objections due by 8/9/2018. (jf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 17, 2018
JAN: jf

                                                                          Jeanne Naughton
                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-32586-VFP
James Walter Lucas                                                        Chapter 11
Barbara Jean Lucas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                Page 1 of 1           Date Rcvd: Jul 17, 2018
                               Form ID: orderntc          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
db/jdb         James Walter Lucas,   Barbara Jean Lucas,   884 Sanford Ave,   Irvington, NJ   07111-1510
aty           +Law Offices of Scott J. Goldstein, LLC,   280 West Main Street,   Denville, NJ 07834-1233
cr            +CAB East LLC, serviced by Ford Motor Credit Compan,   P.O. Box 62180,
               Colorado Springs, CO 80962-2180
cr            +DEUTSCHE BANK NATIONAL TRUST COMPANY,   Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
cr            +DITECH FINANCIAL LLC,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
cr            +Ocwen Loan Servicing, LLC,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue,
               Suite 100,   Boca Raton, FL 33487-2853
cr            +The Bank of New York Mellon Trust Company,   Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Ave.,   Suite 100,   Boca Raton, FL 33487-2853
cr            +Wilmington Savings Fund Society, Et Al...,   Stern & Eisenberg,   1581 Main Street,   Suite 200,
               Suite 200,   Warrington, PA 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
              Betsy Ann Rosenbloom    on behalf of Creditor    Bayview Loan Servicing, LLC
               brosenbloom@wcmolaw.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Justin  Plean    on behalf of Creditor    The Bank of New York Mellon Trust Company
               jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Justin  Plean    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Miriam  Rosenblatt    on behalf of Creditor    Ocwen Loan Servicing, LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Scott J. Goldstein    on behalf of Joint Debtor Barbara Jean Lucas sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Debtor James Walter Lucas sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Steven P. Kelly    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                             TOTAL: 14