Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−32586−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James Walter Lucas | Barbara Jean Lucas |
| 884 Sanford Ave | 884 Sanford Ave |
| Irvington, NJ 07111−1510 | Irvington, NJ 07111−1510 |

Social Security No.:
   xxx−xx−5317                                                xxx−xx−9510

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/29/18 at 11:00 AM

to consider and act upon the following:

*117* − Order to Show Cause Why Case Should Not Be Converted or Dismissed under 11 U.S.C. § 1112(b)(4) and Granting Related Relief If an objection is filed a hearing will be held on: 11/29/2018 at 11:00 am Courtroom 3B. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/9/2018. Objection to Order to Show Cause due by 11/27/2018. (mcp)

*118* − Chapter 11 Plan Filed by Scott J. Goldstein on behalf of Barbara Jean Lucas, James Walter Lucas. (Goldstein, Scott)

*119* − Amended Disclosure Statement Filed by Scott J. Goldstein on behalf of Barbara Jean Lucas, James Walter Lucas. (Goldstein, Scott)

Dated: 11/27/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court