Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−32586−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  James Walter Lucas                      Barbara Jean Lucas
  884 Sanford Ave                         884 Sanford Ave
  Irvington, NJ 07111−1510                Irvington, NJ 07111−1510

Social Security No.:
  xxx−xx−5317                             xxx−xx−9510

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/29/18 at 11:00 AM

to consider and act upon the following:

*117* − Order to Show Cause Why Case Should Not Be Converted or Dismissed under 11 U.S.C. § 1112(b)(4) and Granting Related Relief If an objection is filed a hearing will be held on: 11/29/2018 at 11:00 am Courtroom 3B. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/9/2018. Objection to Order to Show Cause due by 11/27/2018. (mcp)

*118* − Chapter 11 Plan Filed by Scott J. Goldstein on behalf of Barbara Jean Lucas, James Walter Lucas. (Goldstein, Scott)

*119* − Amended Disclosure Statement Filed by Scott J. Goldstein on behalf of Barbara Jean Lucas, James Walter Lucas. (Goldstein, Scott)


Dated: 11/27/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-32586-VFP
James Walter Lucas                                                  Chapter 11
Barbara Jean Lucas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Nov 27, 2018
                              Form ID: ntchrgbk        Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2018.
db/jdb          James Walter Lucas,   Barbara Jean Lucas,   884 Sanford Ave,   Irvington, NJ  07111-1510
aty            +Law Offices of Scott J. Goldstein, LLC,   280 West Main Street,   Denville, NJ 07834-1233
cr             +CAB East LLC, serviced by Ford Motor Credit Compan,   P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
cr             +DITECH FINANCIAL LLC,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
cr             +Ocwen Loan Servicing, LLC,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue,
                 Suite 100,   Boca Raton, FL 33487-2853
cr             +The Bank of New York Mellon Trust Company,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.,   Suite 100,   Boca Raton, FL 33487-2853
cr             +Waterfall Victoria Grantor Trust II, Series G,   1040 N. Kings Highway. Suite 407,
                 Cherry Hill, NJ 08034-1925
cr             +Wilmington Savings Fund Society, Et Al...,   Stern & Eisenberg,   1581 Main Street,   Suite 200,
                 Suite 200,   Warrington, PA 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2018 at the address(es) listed below:
              Betsy Ann Rosenbloom   on behalf of Creditor   Bayview Loan Servicing, LLC
               brosenbloom@wcmolaw.com
              Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.   on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Justin  Plean   on behalf of Creditor    The Bank of New York Mellon Trust Company
               jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Justin  Plean   on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman   on behalf of Creditor   Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Miriam  Rosenblatt   on behalf of Creditor   Ocwen Loan Servicing, LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Scott J. Goldstein   on behalf of Joint Debtor Barbara Jean Lucas sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein   on behalf of Debtor James Walter Lucas sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Steven P. Kelly   on behalf of Creditor   Waterfall Victoria Grantor Trust II, Series G
               skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
              Steven P. Kelly   on behalf of Creditor   Wilmington Savings Fund Society, Et Al...
               skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III   on behalf of Creditor   Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers   on behalf of Creditor   Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers, III   on behalf of Creditor   Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                             TOTAL: 15