Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−32586−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Walter Lucas                              Barbara Jean Lucas
   884 Sanford Ave                                 884 Sanford Ave
   Irvington, NJ 07111−1510                        Irvington, NJ 07111−1510

Social Security No.:
   xxx−xx−5317                                     xxx−xx−9510

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on December 4, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 125 − 118
Order Approving Disclosure Statement and Fixing time for filing Acceptances or Rejections of Plan, combined with Notice Therof (related document:118 Chapter 11 Plan filed by Debtor James Walter Lucas, Joint Debtor Barbara Jean Lucas). . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/4/2018. Confirmation hearing to be held on 1/24/2019 at 11:00 AM at VFP − Courtroom 3B, Newark. Last day to Object to Confirmation 1/17/2019. Last day to file ballots is 1/17/2019. (jf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 4, 2018
JAN: jf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:
James Walter Lucas
Barbara Jean Lucas
    Debtors

Case No. 16-32586-VFP
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 2   Date Rcvd: Dec 04, 2018
                    Form ID: orderntc   Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.
```
db/jdb         James Walter Lucas,    Barbara Jean Lucas,    884 Sanford Ave,    Irvington, NJ 07111-1510
aty           +Law Offices of Scott J. Goldstein, LLC,    280 West Main Street,    Denville, NJ 07834-1233
cr            +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
               Colorado Springs, CO 80962-2180
cr            +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr            +DITECH FINANCIAL LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
cr            +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue,
               Suite 100,    Boca Raton, FL 33487-2853
cr            +The Bank of New York Mellon Trust Company,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Ave.,    Suite 100,    Boca Raton, FL 33487-2853
cr            +Waterfall Victoria Grantor Trust II, Series G,    1040 N. Kings Highway. Suite 407,
               Cherry Hill, NJ 08034-1925
cr            +Wilmington Savings Fund Society, Et Al...,    Stern & Eisenberg,    1581 Main Street,    Suite 200,
               Suite 200,    Warrington, PA 18976-3403
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:
```
              Betsy Ann Rosenbloom    on behalf of Creditor    Bayview Loan Servicing, LLC
               brosenbloom@wcmolaw.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Justin Plean    on behalf of Creditor    The Bank of New York Mellon Trust Company
               jplean@rasflaw.com,    bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Justin Plean    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Miriam Rosenblatt    on behalf of Creditor    Ocwen Loan Servicing, LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Scott J. Goldstein    on behalf of Joint Debtor Barbara Jean Lucas sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Debtor James Walter Lucas sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Steven P. Kelly    on behalf of Creditor    Waterfall Victoria Grantor Trust II, Series G
               skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Dec 04, 2018
                              Form ID: orderntc        Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                TOTAL: 15