UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)

BRIAN D. SPECTOR, ESQ.
DOUGLAS A. GOLDSTEIN, ESQ.
SPECTOR & EHRENWORTH, P.C.
30 Columbia Turnpike, Suite 202
Florham Park, New Jersey 07932-2261
Tel.: (973) 593-4800
Fax:  (973) 593-4848
e-mail: dgoldstein@selawfirm.com
Attorneys for Creditor, City of Newark,
   New Jersey

In Re:

JAMES WALTER LUCAS and
BARBARA JEAN LUCAS,

Debtors.

Case No.:    16-32586 (VFP)

Chapter:    11

Judge:    Vincent F. Papalia

## NOTICE OF APPEARANCE

Please take notice that, in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of creditor, City of Newark, New Jersey. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Douglas A. Goldstein, Esq.
Spector & Ehrenworth, P.C.
30 Columbia Turnpike, Suite 202
Florham Park, New Jersey 07932
dgoldstein@selawfirm.com

DOCUMENTS:

☒    All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒    All documents and pleadings of any nature.

Dated: January 22, 2019

*/s/ Douglas A. Goldstein*
Douglas A. Goldstein