| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SCOTT J GOLDSTEIN<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>280 West Main Street<br>Denville, NJ 07834<br>(973) 453-2838<br>sjg@sgoldsteinlaw.com<br><br>Attorney for Barbara Lucas and James Lucas, Debtors. | |

| In Re:<br><br>Barbara Lucas<br>James Lucas,<br><br>Debtors. | Case No.: 16-32586<br>Adv. Pro. No.:<br>Chapter: 11<br>Hearing Date: February 28, 2019<br>Judge: VFP |
|---|---|

## ADJOURNMENT REQUEST

1. I, Scott J Goldstein,

    ☒ am the attorney for: Barbara Lucas and James Lucas, Debtors

    ☐ am self-represented

    and request an adjournment of the following hearing for the reason set forth below:

    Matter:   Confirmation Hearing

    Current hearing date and time:   February 28 at 10:00 am

    New date requested:   March 28, 2019

    Reason for adjournment request:
    Objections to confirmation require adjournment to resolve

2. Consent to adjournment:

    ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

*new.9/23/15*

I certify under penalty of perjury that the foregoing is true.

Date:  2/27/2019                           /s/Scott J. Goldstein
                                           Scott J Goldstein

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date:   3/28/2019 @ 11:00am   ☐ Peremptory

☐ Granted over objection(s)   New hearing date:  _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*