| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT J GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com

Attorney for Barbara Lucas and James Lucas, Debtors.

In Re:

    Barbara Lucas
    James Lucas,

                    Debtors.

Case No.: 16-32586
Adv. Pro. No.:
Chapter: 11
Hearing Date: March 28, 2019
Judge: VFP

## ADJOURNMENT REQUEST

1. I, Scott J Goldstein,

    ☒ am the attorney for: Barbara Lucas and James Lucas, Debtors

    ☐ am self-represented

    and request an adjournment of the following hearing for the reason set forth below:

    Matter: Confirmation

    Current hearing date and time: March 28, 2019 at 10:00 am

    New date requested: May 23, 2019

    Reason for adjournment request:
    Secured creditor needs to do an appraisal of real property

2. Consent to adjournment:

    ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

*new.9/23/15*

I certify under penalty of perjury that the foregoing is true.

Date: March 26, 2019          /s/Scott J. Goldstein
                              Scott J Goldstein

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date:  5/9/2019 @ 11am    ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*