UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)

BRIAN D. SPECTOR, ESQ.
DOUGLAS A. GOLDSTEIN, ESQ.
SPECTOR & EHRENWORTH, P.C.
30 Columbia Turnpike, Suite 202
Florham Park, New Jersey 07932-2261
Tel.: (973) 593-4800
Fax: (973) 593-4848
e-mail: dgoldstein@selawfirm.com
Attorneys for Creditor, City of Newark,
   New Jersey

In Re:

JAMES WALTER LUCAS and
BARBARA JEAN LUCAS,

Debtors.

Case No.: 16-32586 (VFP)

Chapter: 11

Judge: Vincent F. Papalia

Hearing Date: 5/9/19 at 11:00 a.m.

## CERTIFICATE OF SERVICE

1. I, Douglas A. Goldstein
   ☒ represent creditor, City of Newark, New Jersey in the above captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On May 2, 2019, I deposited in a U.S. Post Office box for delivery the following pleadings and/or documents to the parties listed in the chart below:

   a. Objection of City of Newark, New Jersey to Confirmation of Fifth Amended Chapter 11 Plan of James Walter Lucas and Barbara Jean Lucas;

   b. Certification of Pamela Wilder in Support of Objection of City of Newark, New Jersey to Confirmation of Fifth Amended Chapter 11 Plan of James Walter Lucas and Barbara Jean Lucas.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

|  | /s/ Douglas A. Goldstein |
|---|---|
|  | Douglas A. Goldstein |

Dated: May 3, 2019
       Florham Park, New Jersey

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the U.S. Trustee<br>One Newark Center<br>1085 Raymond Blvd.<br>Suite 2100<br>Newark, New Jersey 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by court*) |
| Scott J. Goldstein, Esq.<br>280 West Main Street<br>Denville, New Jersey 07834 | Attorney for Debtors | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by court*) |
| Barbara Jean Lucas and James Walter Lucas<br>884 Sanford Avenue<br>Irvington, New Jersey 07111-1510 | Debtors | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by court*) |