UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT J GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com

Attorney for Barbara Lucas and James Lucas, Debtors.

In Re:

    Barbara Lucas
    James Lucas,

                   Debtors.

| | |
|---|---|
| Case No. | 16-32586 |
| Adv. Pro. No. | |
| Chapter | 11 |
| Hearing Date: | May 9, 2019 |
| Judge: | VFP |

## ADJOURNMENT REQUEST

1. I, Scott J Goldstein,

   ☒ am the attorney for: Barbara Lucas and James Lucas, Debtors

   ☐ am self-represented

   and request an adjournment of the following hearing for the reason set forth below:

   Matter:   Status/Confirmation

   Current hearing date and time:   May 9, 2019 at 11:00 am

   New date requested:   June 13, 2019

   Reason for adjournment request:
   Counsel for DIP has a calendar conflict

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

*new.9/23/15*

I certify under penalty of perjury that the foregoing is true.

Date:   May 8, 2019                              /s/Scott J. Goldstein
                                                 Scott J Goldstein

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date:   June 13, 2019 @11am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date:              ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*