| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>BRIAN D. SPECTOR, ESQ.<br>DOUGLAS A. GOLDSTEIN, ESQ.<br>SPECTOR & EHRENWORTH, P.C.<br>30 Columbia Turnpike, Suite 202<br>Florham Park, New Jersey 07932-2261<br>Tel.: (973) 593-4800<br>Fax: (973) 593-4848<br>e-mail: dgoldstein@selawfirm.com<br>Attorneys for Creditor, City of Newark,<br>  New Jersey | |
| In Re:<br><br>JAMES WALTER LUCAS and<br>BARBARA JEAN LUCAS,<br><br>                                Debtors. | Case No.:   16-32586 (VFP)<br><br>Chapter:         11<br><br>Judge:   Vincent F. Papalia |

**CERTIFICATE OF SERVICE**

1. I, Douglas A. Goldstein
   ☒ represent creditor, City of Newark, New Jersey in the above captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On July 22, 2019, I sent a copy of the following document to the party listed in the chart below:

   a. Consent Order for Relief from Automatic Stay and For Surrender of Debtors' Interest in Real Estate Located at 290-296 Lyons Avenue, Newark, New Jersey

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                            /s/ Douglas A. Goldstein
                                                            Douglas A. Goldstein

Dated: July 23, 2019
       Florham Park, New Jersey

K:\N253.0004\Pleadings\Cert. of Service (Consent Order #145).001.wpd
Spector & Ehrenworth, P.C. File no. N253.0004

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Scott J. Goldstein, Esq.<br>280 West Main Street<br>Denville, New Jersey 07834 | Attorney for Debtors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by court*) |