| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT J GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com

Attorney for Barbara Lucas and James Lucas, Debtors.

| In Re: | Case No. | 16-32586 |
|---|---|---|
| Barbara Lucas<br>James Lucas,<br>Debtors. | Adv. Pro. No. | |
| | Chapter | 11 |
| | Hearing Date: | July 25, 2019 |
| | Judge: | VFP |

## ADJOURNMENT REQUEST

1. I, Scott J Goldstein,

    ☒ am the attorney for: Barbara Lucas and James Lucas, Debtors

    ☐ am self-represented

    and request an adjournment of the following hearing for the reason set forth below:

    Matter:

    Current hearing date and time:    July 25, 2019 at 11:00 am

    New date requested:    August 22, 2019

    Reason for adjournment request:
    need to reballot and get consent orders on one last mortgage

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

*new.9/23/15*

I certify under penalty of perjury that the foregoing is true.

Date: July 24, 2019                                  /s/Scott J. Goldstein
                                                     Scott J Goldstein

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted              New hearing date:   8/22/2019 @ 11:00am   ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*