UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

STEVEN P. KELLY, ESQUIRE
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407,
Cherry Hill, New Jersey 08034
Telephone: (609) 397-9200
FACSIMILE: (856) 667-1456
(COUNSEL FOR CREDITOR)

**Order Filed on July 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Barbara Jean Lucas and James Walter Lucas

        Debtor

Case Number: 16-32586-VFP

Chapter 11

Judge: Vincent F. Papalia

## ORDER APPROVING STIPULATION/CONDITIONAL ORDER

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: July 24, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(page 2)
Debtor:  Barbara Jean Lucas and James Walter Lucas
Case Number: 16-32586-VFP
Caption of Order:  Order Settling/Resolving Objection to Confirmation of Plan

_____

Upon the Objection to Confirmation of Waterfall Victoria Grantor Trust II, Series G to Debtors' Fifth Amended Chapter 11 Plan, through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code as to certain property, 280-282 Clinton Place, Newark, New Jersey 07112 ("Property"), and the parties agreeing to the entry of the Order settling the Objection and for cause shown, it is hereby ORDERED and DECREED as follows:

1. Waterfall Victoria Grantor Trust II, Series G filed its Objection to Confirmation of Debtors' Fifth Amended Chapter 11 Plan on February 7, 2019;

2. Objecting Creditor shall retain its first mortgage lien on the Property;

3. As part of Debtors' Fifth Amended Chapter 11 Plan, Debtors seeks to modify Objecting Creditor's Claim;

4. The Parties hereby agree to set a value of the Property at $120,000.00, in accordance with the Broker Price Opinion done by the Objecting Creditor;

5. In consideration of the aforementioned, the Objecting Creditor's Objection to Confirmation of Debtors' Fifth Amended Plan can be marked **RESOLVED**.

6. The parties agree that this Consent Order in no way alters, amends or invalidates any applicable bankruptcy or non-bankruptcy remedies afforded to them.

7. Facsimile signatures shall be as valid as original signatures and this Consent Order/Stipulation may be signed in counterparts.


/s/ Steven P. Kelly
Steven P. Kelly, Esquire                         Scott J. Goldstein, Esquire
Stern & Eisenberg, P.C.                          Law Offices of Scott J. Goldstein, LLC
Attorney for Objecting Creditor                  Attorney for Debtors