UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

STEVEN P. KELLY, ESQUIRE
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407,
Cherry Hill, New Jersey 08034
Telephone: (609) 397-9200
FACSIMILE: (856) 667-1456
(COUNSEL FOR CREDITOR)

In Re:

Barbara Jean Lucas and James Walter Lucas

      Debtor

**Order Filed on July 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case Number: 16-32586-VFP

Chapter 11

Judge: Vincent F. Papalia

## ORDER APPROVING STIPULATION/CONDITIONAL ORDER

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: July 24, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(page 2)
Debtor: Barbara Jean Lucas and James Walter Lucas
Case Number: 16-32586-VFP
Caption of Order: Order Settling/Resolving Objection to Confirmation of Plan

Upon the Objection to Confirmation of Waterfall Victoria Grantor Trust II, Series G to Debtors' Fifth Amended Chapter 11 Plan, through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code as to certain property, 280-282 Clinton Place, Newark, New Jersey 07112 ("Property"), and the parties agreeing to the entry of the Order settling the Objection and for cause shown, it is hereby ORDERED and DECREED as follows:

1. Waterfall Victoria Grantor Trust II, Series G filed its Objection to Confirmation of Debtors' Fifth Amended Chapter 11 Plan on February 7, 2019;

2. Objecting Creditor shall retain its first mortgage lien on the Property;

3. As part of Debtors' Fifth Amended Chapter 11 Plan, Debtors seeks to modify Objecting Creditor's Claim;

4. The Parties hereby agree to set a value of the Property at $120,000.00, in accordance with the Broker Price Opinion done by the Objecting Creditor;

5. In consideration of the aforementioned, the Objecting Creditor's Objection to Confirmation of Debtors' Fifth Amended Plan can be marked **RESOLVED**.

6. The parties agree that this Consent Order in no way alters, amends or invalidates any applicable bankruptcy or non-bankruptcy remedies afforded to them.

7. Facsimile signatures shall be as valid as original signatures and this Consent Order/Stipulation may be signed in counterparts.

/s/ Steven P. Kelly
Steven P. Kelly, Esquire
Stern & Eisenberg, P.C.
Attorney for Objecting Creditor

Scott J. Goldstein, Esquire
Law Offices of Scott J. Goldstein, LLC
Attorney for Debtors

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 16-32586-VFP
James Walter Lucas                                              Chapter 11
Barbara Jean Lucas
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 1              Date Rcvd: Jul 25, 2019
                               Form ID: pdf903        Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2019.
db/jdb          James Walter Lucas,   Barbara Jean Lucas,   884 Sanford Ave,   Irvington, NJ  07111-1510
aty            +Law Offices of Scott J. Goldstein, LLC,   280 West Main Street,   Denville, NJ 07834-1233

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:
          Betsy Ann Rosenbloom    on behalf of Creditor   Bayview Loan Servicing, LLC
           brosenbloom@wcmolaw.com
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas A. Goldstein    on behalf of Creditor   City of Newark, New Jersey
           dgoldstein@selawfirm.com,  bspector@selawfirm.com
          John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
           LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Justin Plean    on behalf of Creditor   The Bank of New York Mellon Trust Company
           jplean@rasflaw.com,  bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Justin Plean    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Laura M. Egerman    on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
           AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE
           CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROU bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor   Ditech Financial LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Miriam Rosenblatt    on behalf of Creditor   Ocwen Loan Servicing, LLC
           miriam.rosenblatt@mhllp.com,  mrosenblatt@rasflaw.com
          Scott J. Goldstein    on behalf of Debtor James Walter Lucas sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          Scott J. Goldstein    on behalf of Joint Debtor Barbara Jean Lucas sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          Steven P. Kelly    on behalf of Creditor   Wilmington Savings Fund Society, Et Al...
           skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
          Steven P. Kelly    on behalf of Creditor   Waterfall Victoria Grantor Trust II, Series G
           skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M. E. Powers, III    on behalf of Creditor   Bayview Loan Servicing, LLC ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor   Bayview Loan Servicing, LLC ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor   Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                   TOTAL: 17