UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT J GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com

Attorney for Barbara Lucas and James Lucas, Debtors.

| In Re: | Case No. | 16-32586 |
|---|---|---|
| Barbara Lucas | Adv. Pro. No. | |
| James Lucas, | Chapter | 11 |
| Debtors. | Hearing Date: | August 22, 2019 |
| | Judge: | VFP |

## ADJOURNMENT REQUEST

1. I, Scott J Goldstein,

    ☒ am the attorney for: Barbara Lucas and James Lucas, Debtors

    ☐ am self-represented

    and request an adjournment of the following hearing for the reason set forth below:

    Matter:   Status Conference/Confirmation Hearing

    Current hearing date and time:   August 22, 2019 at 10:00 am

    New date requested:   September 26, 2019

    Reason for adjournment request:
    Waiting on a consent order from a secured creditor

2. Consent to adjournment:

    ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

*new.9/23/15*

I certify under penalty of perjury that the foregoing is true.

Date: August 20, 2019         /s/Scott J. Goldstein
                              Scott J Goldstein

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted         New hearing date: 9/26/2019 @ 11:00am   ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*