|  |  |  |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SCOTT J GOLDSTEIN<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>280 West Main Street<br>Denville, NJ 07834<br>(973) 453-2838<br>sjg@sgoldsteinlaw.com<br><br>Attorney for Barbara Lucas and James Lucas, Debtors. | | |
| In Re:<br><br>Barbara Lucas<br>James Lucas,<br><br>　　　　　　　　Debtors. | Case No.<br>Adv. Pro. No.<br>Chapter<br>Hearing Date:<br>Judge: | 16-32586<br><br>11<br>November 14, 2019<br>VFP |

## ADJOURNMENT REQUEST

1. I, Scott J Goldstein,

   ☒ am the attorney for: Barbara Lucas and James Lucas, Debtors

   ☐ am self-represented

   and request an adjournment of the following hearing for the reason set forth below:

   Matter: Status/Confirmation

   Current hearing date and time: November 14, 2019 at 11:00 am

   New date requested: December 12, 2019

   Reason for adjournment request:
   Counsel requires time to get operating reports in and finalize the last elements for confirmation.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

*new.9/23/15*

I certify under penalty of perjury that the foregoing is true.

Date:   November 13, 2019          /s/Scott J. Goldstein
                                   Scott J Goldstein

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date:   12/12/2019 @ 11:00am   ☐ Peremptory

☐ Granted over objection(s)   New hearing date:              ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*