| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | **Order Filed on November 14, 2019**<br>**by Clerk**<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **RAS Citron, LLC**<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | Case No.: 16-32586-VFP<br><br>Chapter 13  11<br><br>Hearing Date:   December 12, 2019<br><br>Judge:  Vincent F. Papalia |
| **In Re:**<br><br>**JAMES WALTER LUCAS**<br>**and BARBARA JEAN LUCAS,**<br><br>    **Debtor.** | |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN FILED BY THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-C

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

DATED: November 14, 2019

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

THIS MATTER having come before the Court on the Objection to Confirmation of Plan (Docket #128) filed by RAS Citron, LLC, counsel for Secured Creditor, THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-C ("Secured Creditor"), as to the real property commonly known as 298-300 CLINTON PLACE, NEWARK, NEW JERSEY 07112 (the "Property"), and the Law Offices of Scott J. Goldstein, LLC representing the debtors JAMES WALTER LUCAS AND BARBARA JEAN LUCAS (the "Debtors"), and the parties agreeing to the entry of the Order settling the Objection, and for good cause shown; it is ORDERED AND DECREED as follows:

1.      The treatment of Secured Creditor's Class 2b Secured Claim is modified as follows: the Secured Claim of Secured Creditor will be crammed down to $175,665.89, which amount will be paid over a three hundred sixty (360) month term, at 5.50% interest in monthly installments of $997.41 in principal and interest to be paid commencing on the first day of the first full month after entry of this order, and thereafter, on the first day of each successive month until paid in full, which will not exceed the date of October 10, 2049. The balance of the claim shall be reclassified as a General Unsecured Claim and paid in accordance with the treatment afforded Class 5 creditors.

2.      If payments due under the Plan or this Consent Order are not received by Secured Creditor within ten (10) days of the date due, Secured Creditor shall provide Debtor with written notice of the default, by postage pre-paid first class U.S. Mail at the address cited below.  If the default is not cured within fourteen (14) days of notice being sent, Secured Creditor shall be allowed to proceed with any and all non-bankruptcy remedies provided under state law or the existing loan documents, without any further or other order, notice, or proceeding of this Court. Debtor agrees not to interfere with Secured Creditor's rights and remedies upon default.

James Walter Lucas and Barbara Jean Lucas
884 Stanford Ave.
Irvington, NJ 07111

3. The Debtors shall pay and maintain directly any tax imposed by local or state governments with respect to this Property and shall insure the Property as required by the loan documents, with Secured Creditor identified as loss payee, evidence of such declaration shall be provided to Secured Creditor within thirty (30) days of entry of this order, annually on January 1

of each year, and upon reasonable request by Secured Creditor.  I  In the event that the Debtor defaults on such obligations, Secured Creditor shall be allowed to advance funds necessary to cure such default and shall be reimbursed for said advances from the Debtor and against the collateral, and, in Secured Creditor's discretion, to impose an escrow impound monthly obligation consistent with expected future accruals to protect its interest in the Property.

4.   In the event of an uncured default, dismissal, conversion to another chapter under the Bankruptcy Code, transfer of the Property, or refiling under any chapter of the Bankruptcy Code, the terms of this Order with respect to the amount of the Secured Claim shall be void, and Secured Creditor shall retain its lien in the full unmodified amount due under the Note and Deed of Trust prior to the commencement of this Bankruptcy Case less contractual application of any payments made since the filing of this Bankruptcy Case.

The undersigned hereby consent to the form and entry of the within order.

**Law Office of Scott J. Goldstein, LLC**
Attorney for Debtors,
*James Walter Lucas and*
*Barbara Jean Lucas*

By: _____
　　　Scott J. Goldstein Esq.

Dated: 11/19/19

**RAS Citron, LLC**
Attorneys for *The Bank of New York Mellon*
*as Trustee for the Benefit of the Certificate*
*Holders of Popular ABS, Inc. Mortgage*
*Pass-Through Certificates Series 2006-C*

By: _____

Dated: 11.14.2019

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-32586-VFP
James Walter Lucas                                              Chapter 11
Barbara Jean Lucas
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Nov 15, 2019
                              Form ID: pdf903      Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db/jdb         James Walter Lucas,   Barbara Jean Lucas,   884 Sanford Ave,   Irvington, NJ  07111-1510
aty           +Law Offices of Scott J. Goldstein, LLC,   280 West Main Street,   Denville, NJ 07834-1233

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
          Betsy Ann Rosenbloom    on behalf of Creditor   Bayview Loan Servicing, LLC
           brosenbloom@wcmolaw.com
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas A. Goldstein    on behalf of Creditor   City of Newark, New Jersey
           dgoldstein@selawfirm.com,  bspector@selawfirm.com
          John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
           LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Justin Plean    on behalf of Creditor   The Bank of New York Mellon Trust Company
           jplean@rasflaw.com,  bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Justin Plean    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Laura M. Egerman    on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
           AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE
           CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROU bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor   Ditech Financial LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Miriam Rosenblatt    on behalf of Creditor   Ocwen Loan Servicing, LLC
           miriam.rosenblatt@mhllp.com,  mrosenblatt@rasflaw.com
          Scott J. Goldstein    on behalf of Debtor James Walter Lucas sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          Scott J. Goldstein    on behalf of Joint Debtor Barbara Jean Lucas sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          Steven P. Kelly    on behalf of Creditor   Wilmington Savings Fund Society, Et Al...
           skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
          Steven P. Kelly    on behalf of Creditor   Waterfall Victoria Grantor Trust II, Series G
           skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M. E. Powers, III    on behalf of Creditor   Bayview Loan Servicing, LLC ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor   Bayview Loan Servicing, LLC ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor   Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                               TOTAL: 17