| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (NEWARK)** | |
| RAS Crane, LLC<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone: 470-321-7112<br>Facsimile: 404-393-1425<br>Attorneys For Secured Creditor | Case No.: 16-32586-VFP<br><br>Chapter 11<br><br>Judge: Vincent F. Papalia |
| **In Re:**<br><br>James Walter Lucas,<br>   and,<br>Barbara Jean Lucas,<br>   Debtors. | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

Name of Secured Creditor:                                             Court Claim # (if known): 4-1
Waterfall Victoria Grantor Trust II, Series G

Old Address of Secured Creditor:
Statebridge Company, LLC
Attn: Bankruptcy Department
5680 Greenwood Plaza Blvd, Suite 100S
Greenwood Village, CO 801

New Name and/or Address where NOTICES to Secured Creditor should be sent:
Statebridge Company, LLC
6061 South Willow Dr, Ste 300
Greenwood Village, CO  80111

Phone:  720-931-6218

Name and/or Address where PAYMENTS to Secured Creditor should be sent (if different from above):
Same as above

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: /s/ Sindi Mncina                                             Date: November 13, 2019
    Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 20, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ  07834

JAMES WALTER LUCAS
884 SANFORD AVE
IRVINGTON, NJ  07111-1510

BARBARA JEAN LUCAS
884 SANFORD AVE
IRVINGTON, NJ  07111-1510

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ  07102


RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/ Sindi Mncina
Email: smncina@rascrane.com