UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re James and Barbara Lucas

Worldwide Construction

Case No. 16-32586
Reporting Period: _____ October 2019

### MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

12-9-19
Date

_____
Signature of Joint Debtor

12-9-19
Date

_____
Signature of Authorized Individual*

_____
Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re_____James & Barbara Lucas
         Debtor
Worldwide Construction

Case No. _____
Reporting Period:_____ October 2019
                 4

**Continuation Sheet for MOR-1**
A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | $29 | | | | | | |
| | | | | | | | | |
| BANK BALANCE | | $29 | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

In re_____James & Barbara Lucas_____      Case No. _____
                        Debtor                                                                   Reporting Period:___ October 2019

Worldwide Construction

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| ATM | Withdrawl | | | Debit | 3-Oct | | 100 | | |
| NJMVC | Auto Expense | | | Debit | 7-Oct | | 130 | | |
| Exxon | Auto Expense | | | Debit | 7-Oct | | 10 | | |
| Verizon | Cell Phone | | | Debit | 9-Oct | | 75 | | |
| ATM | Withdrawl | | | Debit | 15-Oct | | 200 | | |
| Verizon | Cell Phone | | | Debit | 15-Oct | | 75 | | |
| Service Charge | Bank Fee | | | Debit | 15-Oct | | 15 | | |
| AKAR | Supplies | | | Debit | 17-Oct | | 20 | | |
| Autozone | Auto Expense | | | Debit | 28-Oct | | 188 | | |
| IRS | Estimated Tax | | | Debit | 28-Oct | | 300 | | |
| NJMVC | Auto Expense | | | Debit | 30-Oct | | 68 | | |
| Home Depot | Supplies | | | Debit | 30-Oct | | 9 | | |
| Home Depot | Supplies | | | Debit | 30-Oct | | 15 | | |
| Home Depot | Supplies | | | Debit | 30-Oct | | 29 | | |
| Wonoco | Auto Expense | | | Debit | 31-Oct | | 20 | | |
| Verona Ind | Supplies | | | Debit | 31-Oct | | 1,588 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

In re_____James & Barbara Lucas_____     Case No. _____
                    Debtor                                Reporting Period:_____ October 2019

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re_____James & Barbara Lucas_____
          Debtor

# ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:____James & Barbara Lucas__        Bank:___ Wells Fargo

Bankruptcy Number:_____        Account Number:___XX2495

Date of Confirmation:_____        Account Type:___Checking_____

Reporting Period (month/year):_____ 10 / 2019_____

Worldwide Construction

Beginning Cash Balance:        575

All receipts received by the debtor:

Cash Sales:        2,296

Collection of Accounts Receivable:        $____

Proceeds from Litigation (settlement or otherwise):        $_____

Sale of Debtor's Assets:        $_____

Capital Infusion pursuant to the Plan:        0

Total of cash received:        2,296

Total of cash available:        $2,871

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative
claims of bankruptcy professionals:        0

Disbursements made pursuant to the administrative claims of
bankruptcy professionals:        $_____

All other disbursements made in the ordinary course:        $2,842

Total Disbursements        $2,842

Ending Cash Balance        $29

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct
to the best of my knowledge and belief.

12-9-19
Date                    Name/Title

Debtor: _Barbara Lucas_

Case Number: _1632586_

| ASSETS | Month | Month |
|---|---|---|
| | Oct-19 | |
| Cash (Unrestricted) | 29 | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | | |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | 29 | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

Worldwide Construction LLC (Investors xx2495)
Statement of Income
For  Month Ending October 30, 2019

| | | |
|---|---|---|
| Income - Repairs | | 2,296 |
| | Total | 2,296 |
| | | |
| Materials | 1,961 | |
| Auto Exp | 416 | |
| Bank Charges | 15 | |
| Telephone | 149 | |
| Dues & Subs | | |
| Insurance | | |
| | | 2,541 |
| | | |
| Net | | (245) |
| | | |
| Medical | | |
| Fed Inc Tax | | 300 |
| IRA Contribution | | |
| | | 300 |
| | | |
| Net | | (545) |

Worldwide Construction LLC
Investors Bank xxx2495
October 2019

| Date | Payee | Ck # | Amount | ATM/Cash | Auto | Parts | Medical | Fed Taxes | NJ Tax | Ins | Telphone | B.Lucas | Repairs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-Oct | ATM | | 100.00 | | | 100.00 | | | | | | | |
| 7-Oct | NJMVC | | 130.00 | | 130.00 | | | | | | | | |
| | Exxon | | 10.00 | | 10.00 | | | | | | | | |
| 9-Oct | Verizon | | 74.64 | | | | | | | | 74.64 | | |
| 15-Oct | ATM | | 200.00 | | | 200.00 | | | | | | | |
| | Verizon | | 74.64 | | | | | | | | 74.64 | | |
| | SC | | 15.00 | 15.00 | | | | | | | | | |
| 17-Oct | AKAR | | 20.00 | | | 20.00 | | | | | | | |
| 28-Oct | Autozone | | 188.00 | | 188.00 | | | | | | | | |
| | IRS | | 300.00 | | | | | 300.00 | | | | | |
| 30-Oct | NJMVC | | 68.00 | | 68.00 | | | | | | | | |
| | Home Depot | | 9.21 | | | 9.21 | | | | | | | |
| | Home Depot | | 15.48 | | | 15.48 | | | | | | | |
| | Home Depot | | 28.88 | | | 28.88 | | | | | | | |
| 31-Oct | Cinoco | | 20.00 | | 20 | | | | | | | | |
| | Verona Ind | | 1,587.66 | | | 1,587.66 | | | | | | | |
| | | | 2,841.51 | - | 15.00 | 416.00 | 1,961.23 | - | 300.00 | - | - | 149.28 | - | - |

Worldwide Construction LLC
Investors Bank xxx2495

October 2019

|  | Deposits | Trans B Lucas | Everyday | Return | Income Repair |
|---|---|---|---|---|---|
| 7-Oct | 123.12 |  |  |  | 123.12 |
| 15-Oct | 172.38 |  |  |  | 172.38 |
| 17-Oct | 1,000.00 |  |  |  | 1,000.00 |
| 18-Oct | 1,000.00 |  |  |  | 1,000.00 |
|  | 2,295.50 | - | - | - | - | 2,295.50 |

 **investors** Bank

101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
investorsbank.com



Now your
Debit card comes
with an On/Off
Switch.

*Introducing our new app*

*Your*Secure

Member FDIC

WORLDWIDE CONSTRUCTION & INVESTMENTS LLC
884 SANFORD AVE
IRVINGTON NJ 07111-1510

| BUSINESS CHECKING | | | |
|---|---|---|---|
| **Account #** | XXXXXXX2495 | Beginning Balance | $575.01 |
| Statement Period | | Deposits/Credits | $2,295.50 |
| From | 10/01/19 | Interest Paid | $0.00 |
| Through | 10/31/19 | Checks/Debits | -$2,826.51 |
| Average Balance | $1,151.30 | Service Charges | $15.00 |
| Earned Interest This Period | $0.00 | Ending Balance | $29.00 |
| | | # Deposits/Credits | 4 |
| Annual Percentage Yield Earned (APYE) | 0.00% | # Checks/Debits | 15 |
| | | YTD Interest | $0.00 |
| | | YTD Withholding | $0.00 |

**ACCOUNT ACTIVITY DETAIL**

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 10/01 | BEGINNING BALANCE | | | $575.01 |
| 10/03 | DC#3932 ATM W/D INVESTORS *Supplies* | | $100.00- | $475.01 |
| | 829 SANFORD AVENUE | | | |
| | NEWARK NJ 003890 | | | |
| 10/07 | DC#3932 VSA CRT CASH APP*C | $123.12 *Job done* | | $598.13 |
| | CASH APP*CASH OUT | | | |
| | VISA DIRECT CA 278702 | | | |



Save big with a Jumbo loan!

## IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS

Contact the Bank immediately f your statement is incorrect or if you need more information about any non-electronic transaction (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Please contact us at the telephone number or address listed on the front of this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt or if you believe a transfer was made using information from your check without your permission. We must hear from you no later than 30 days after we sent you the FIRST statement on which the problem or error appeared.

1. Provide your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Provide us with the dollar amount of the suspected error.

We will investigate your complaint and will credit any error promptly. If we need more time to complete the investigation, we may take up to 45 days to investigate your complaint or question. If Investors Bank decides to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint in writing and we do not receive it within 10 business days, we may not re-credit your account.

If we decide that there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

## LOST OR STOLEN ATM OR VISA DEBIT CARD

Contact us immediately if your Investors ATM or VISA Debit Card is lost or stolen. During normal business hours, Monday through Friday, call 855-iBank4U. After hours, call 1-800-472-3272.

For more complete details, see the Terms and Conditions agreement that governs your account.

---

### THIS SECTION IS DESIGNED TO HELP YOU BALANCE YOUR STATEMENT

LIST

NOT CHARGED TO ACCOUNT

| CHECK NUMBER | $ AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

ENTER

AS PER STATEMENT $ _____

ADD
DEPOSITS YOU HAVE
MADE SINCE THE DATE
ON THIS STATEMENT $ _____

_____
_____

TOTAL $ _____

SUBTRACT
CHECKS OUTSTANDING

BALANCE $ _____

BALANCE SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER YOU RECORD ALL ITEMS PRINTED ON THIS STATEMENT THAT WERE NOT ENTERED IN YOUR CHECKBOOK

---

### FINANCE CHARGE

We calculate the FINANCE CHARGE on your account by applying the applicable DAILY PERIODIC RATE to the BALANCE SUBJECT TO FINANCE CHARGE in your account at the end of each day. We get the BALANCE SUBJECT TO FINANCE CHARGE by taking the balance you owed at the end of the previous billing cycle (shown on the statement as the PREV. BALANCE). We then reduce that PREV. BALANCE by the amount of any unpaid FINANCE CHARGES or other charges included in it and any payments or other credits applied to your account prior to the end of the day in question. We then increase this amount by the amount of any loan advances and adjustments charged to your account prior to the end of the day in question.

### BILLING RIGHTS SUMMARY

In case of errors or questions about your bill:

If you think your bill is wrong or if you need more information about a transaction on your bill, write us on a separate sheet at our address shown on the face of the statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information: (1) Your name and account number. (2) The dollar amount of the suspected error. (3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### HOW TO MAKE PAYMENT

Payments received prior to 5:00 p.m. at the Bank address shown on the face of your statement will be credited as of day of receipt. Payments can be made at a Branch, over the phone or online. Payments made at other locations of the Bank may result in a delay in crediting your payments (but not more than 5 days).

 

Member FDIC

EQUAL HOUSING LENDER


## ACCOUNT ACTIVITY DETAIL (continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| 10/07 | DC#3932 SIG PUR NJMVC NEWA *Supplies* NJMVC NEWARK NEWARK NJ 053940 | | $130.00- | $468.13 |
| 10/07 | DC#3932 SIG PUR EXXONMOBIL *Gas* EXXONMOBIL 47975 NEWARK NJ 012163 | | $10.00- | $458.13 |
| 10/09 | DC#3932 SIG PUR VZWRLSS*PR *Cell Bill* VZWRLSS*PREPAID PYM 888-294-6804 FL 017472 | | $74.64- | $383.49 |
| 10/15 | DC#3932 VSA CRT CASH APP*C *Job done* CASH APP*CASH OUT VISA DIRECT CA 255705 | $172.38 | | $555.87 |
| 10/15 | DC#3932 ATM W/D INVESTORS *Supplies* 27 PROSPECT STREET EAST ORANGE, NJ 006785 | | $200.00- | $355.87 |
| 10/15 | DC#3932 SIG PUR VZWRLSS*PR VZWRLSS*PREPAID PYM 888-294-6804 FL 087390 | | $74.64- | $281.23 |
| 10/15 | SERVICE CHARGE DEBIT | | $15.00- | $266.23 |
| 10/17 | DEPOSIT *Job done* | $1,000.00 | | $1,266.23 |
| 10/17 | DC#3932 SIG PUR AKAR AUTOM *Supplies* AKAR AUTOMOTIVE EAST ORANGE NJ 031078 | | $20.00- | $1,246.23 |
| 10/18 | DEPOSIT *Job done* | $1,000.00 | | $2,246.23 |
| 10/28 | DC#3932 PIN PUR AUTOZONE *Truck part* AUTOZONE 5266 1128 IRVINGTON NJ 506328 | | $188.00- | $2,058.23 |
| 10/28 | CHECK #1228 *IRS Personal* | | $300.00- | $1,758.23 |
| 10/30 | DC#3932 SIG PUR NJMVC NEWA *supplies* NJMVC NEWARK NEWARK NJ 094071 | | $68.00- | $1,690.23 |
| 10/30 | DC#3932 PIN PUR THE HOME D *Supplies* THE HOME DEPOT 980 NEWARK NJ 594747 | | $9.21- | $1,681.02 |
| 10/30 | DC#3932 PIN PUR THE HOME D *Supplies* THE HOME DEPOT 980 NEWARK NJ 976749 | | $15.48- | $1,665.54 |
| 10/30 | DC#3932 SIG PUR THE HOME D *Supplies* THE HOME DEPOT #098 NEWARK NJ 033969 | | $28.88- | $1,636.66 |
| 10/31 | DC#3932 SIG PUR CONOCO GAS *Gas* CONOCO GAS STATION NEWARK NJ 001773 | | $20.00- | $1,616.66 |



**investors** Bank

101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
investorsbank.com

## ACCOUNT ACTIVITY DETAIL (continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| 10/31 | DC#3932 PIN PUR VERONA IND | | $1,587.66- | $29.00 |
| | VERONA INDUSTRIAL & | | | |
| | NEWARK NJ 996370 | | | |
| 10/31 | ENDING BALANCE | | | $29.00 |

## CHECK REGISTER

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 1228 | 10/28 | $300.00 | | | | | | |

(# AFTER THE CHECK AMOUNT INDICATES ACH CHECK - * INDICATES NON-CONSECUTIVE CHECK NUMBER(S))