UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re James and Barbara Lucas

Personal

Case No. 16-32586
Reporting Period:_____ October 2019

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

12-9-19
Date

_____
Signature of Joint Debtor

12-9-19
Date

_____
Signature of Authorized Individual*

_____
Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership, a manager or member if debtor is a limited liability company.

In re_____James & Barbara Lucas      Case No. _____

                 Debtor      Reporting Period:_____ October 2019

Personal      4

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | $2,313 | | | | | | |
| | | | | | | | | |
| BANK BALANCE | | $2,313 | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
|   balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

In re_____James & Barbara Lucas_____          Case No. _____
                    Debtor                                     Reporting Period:___ October 2019

Personal

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| ATM | Withdrawl | | | Debit | October | | 872 | | |
| Barbara Lucas | 200 Clinton | | | 272 | 4-Oct | | 1,000 | | |
| Barbara Lucas | Roof Repair | | | 274 | 7-Oct | | 500 | | |
| Burger King | Meals | | | Debit | 30-Sep | | 10 | | |
| Car Wash | Auto Expense | | | Debit | 25-Oct | | 21 | | |
| Chipotle | Meals | | | Debit | 3-Oct | | 10 | | |
| Dunkin | Meals | | | Debit | October | | 44 | | |
| Dollar Tree | Personal | | | Debit | 27-Sep | | 33 | | |
| Drive NJ | Auto Insurance | | | Debit | 27-Sep | | 304 | | |
| Ditech Finacial | Mortgage | | | Debit | 10-Oct | | 1,956 | | |
| Dollar Tree | Personal | | | Debit | 27-Sep | | 10 | | |
| Home Depot | Repairs | | | Debit | October | | 72 | | |
| Humana | Dental | | | Debit | 30-Sep | | 200 | | |
| Supra | Key Fee | | | Debit | 27-Sep | | 15 | | |
| Supra | Key Fee | | | Debit | 22-Oct | | 15 | | |
| Mother Care | State of NJ | | | Debit | 30-Sep | | 300 | | |
| Mother Care | State of NJ | | | Debit | 21-Oct | | 300 | | |
| PHH Mortgage | Mortgage | | | Debit | 10-Oct | | 1,556 | | |
| PSEG | Utilities | | | Debit | 4-Oct | | 100 | | |
| Santander | Auto Payment | | | Debit | 7-Oct | | 568 | | |
| Service Charge | Wells Fargo | | | Debit | October | | 56 | | |
| Shop Rite | Personal | | | Debit | October | | 272 | | |
| Stop & Shop | Personal | | | Debit | October | | 640 | | |
| Strawberry Fields | Personal | | | Debit | 9-Oct | | 9 | | |
| Verizon | Telephone | | | Debit | 3-Oct | | 233 | | |
| Tenent | Rent | | | Debit | 10-Oct | | 500 | | |
| Postage | Personal | | | Debit | 9-Oct | | 19 | | |
| Verizon | Cell Phone | | | Debit | 25-Oct | | 556 | | |
| Woroco | Auto Expense | | | Debit | 27-Sep | | 20 | | |
| Wendy's | Meals | | | Debit | 7-Oct | | 9 | | |
| Wire Fee | Wells Fargo | | | Debit | 21-Oct | | 43 | | |
| Woroco | Auto Expense | | | Debit | 30-Sep | | 20 | | |
| Woroco | Auto Expense | | | Debit | 7-Oct | | 25 | | |
| Bayview | Mortgage | | | Debit | 10-Oct | | 1,923 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

In re_____James & Barbara Lucas_____
                          Debtor

Case No. _____
Reporting Period:_____ October 2019

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re_____James & Barbara Lucas_____
                    Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | |

### OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
### POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:____James & Barbara Lucas__          Bank:____ Wells Fargo

Bankruptcy Number:_____          Account Number:___XX4386

Date of Confirmation:_____          Account Type:___Checking_____

Reporting Period (month/year):_____ 10 / 2019_____          Personal

        Beginning Cash Balance:                              2,778

All receipts received by the debtor:

        Cash Sales:                                          9,327

        Collection of Accounts Receivable:          $_____

        Proceeds from Litigation (settlement or otherwise):   $_____

        Sale of Debtor's Assets:                    $_____

        Capital Infusion pursuant to the Plan:               2383

        Total of cash received:                              11,710

Total of cash available:                                     $14,488

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

        Disbursements made under the plan, excluding the administrative
            claims of bankruptcy professionals:                   0

        Disbursements made pursuant to the administrative claims of
            bankruptcy professionals:               $_____

        All other disbursements made in the ordinary course:   $12,175

        Total Disbursements                                  $12,175

Ending Cash Balance                                          $2,313

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct
to the best of my knowledge and belief.

12-9-19                          _James Lucas_
Date                             Name/Title

Debtor: _Barbara Lucas_

Case Number: _16-32586_

| ASSETS | Month | Month |
|---|---|---|
| | Oct-19 | |
| Cash (Unrestricted) | 2,313 | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | | |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | 2,313 | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

# Wells Fargo Everyday Checking

October 25, 2019 ▪ Page 1 of 6



JAMES LUCAS
BARBARA LUCAS
DEBTOR IN POSSESSION
CH 11 CASE 16-32586 (NJ)
884 SANFORD AVE
IRVINGTON NJ 07111-1510

## Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833

*En español:* 1-877-727-2932

한국어 1-800-288-2288   (6 am to 7 pm PT, M-F)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ✓ |

## Activity summary

| | |
|---|---|
| Beginning balance on 9/27 | $2,777.78 |
| Deposits/Additions | 11,709.88 |
| Withdrawals/Subtractions | - 12,174.91 |
| **Ending balance on 10/25** | **$2,312.75** |

Account number

JAMES LUCAS
BARBARA LUCAS
DEBTOR IN POSSESSION
CH 11 CASE 16-32586 (NJ)

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  021200025

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(347)
Sheet Seq = 0021544
Sheet 00001 of 00003


WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/27 | | ATM Cash Deposit on 09/27 187 Maplewood Avenue Maplewood NJ 0009428 ATM ID 0866P Card 5744 | 300.00 *commission P/* | | |
| 9/27 | | Purchase authorized on 09/25 Supra 877-699-6787 OR S469268531573394 Card 5744 *Key fee* | | 14.99 | |
| 9/27 | | Purchase authorized on 09/26 Woroco Gas Newark NJ S589269538658942 Card 5744 *gas* | | 20.00 | |
| 9/27 | | Purchase authorized on 09/27 The Home Depot #0915 Vauxhall NJ P00309270497995023 Card 5744 *supplies home* | | 31.80 | |
| 9/27 | | Purchase authorized on 09/27 Deals 1713 Springf Maplewood NJ P0000000637152151 Card 5744 *home supplies* | | 32.72 | |
| 9/27 | | Purchase authorized on 09/27 Shoprite Union S1 Union NJ P00469270770637123 Card 5744 *grocery* | | 83.46 | |
| 9/27 | | Purchase authorized on 09/27 Dollar Tr 2485 Route 2 Union NJ P0000000532644569 Card 5744 *supplies* | | 9.60 | |
| 9/27 | | Purchase with Cash Back $ 20.00 authorized on 09/27 Stop & Shop 2817 South Orange NJ P00469270834003912 Card 5744 *grocery* | | 59.65 | |
| 9/27 | | Drive NJ Ins Ins Prem 190927 14827654 Barba Barbara Lucas *vehicle insuran* | | 303.66 | 2,521.90 |
| 9/30 | | Wire Trans Svc Charge - Sequence: 190930311962 Srf# Ow00000554361765 Trn#190930311962 Rfb# Ow00000554361765 *fee* | | 30.00 | |
| 9/30 | | Purchase authorized on 09/26 Burger King #624 Clark NJ S469269637993199 Card 5744 *breakfast* | | 10.01 | |
| 9/30 | | Purchase authorized on 09/27 Dunkin #346683 Q35 Vauxhall NJ S389270499424209 Card 5744 *breakfast* | | 7.23 | |
| 9/30 | | Purchase authorized on 09/27 Woroco Gas Newark NJ S389270587218015 Card 5744 *gas* | | 20.00 | |
| 9/30 | | Purchase with Cash Back $ 20.00 authorized on 09/29 Stop & Shop 2817 South Orange NJ P00389272500002370 Card 5744 *grocery* | | 53.54 | |
| 9/30 | | Purchase authorized on 09/29 Stop & Shop 0852 Union NJ P00309272805747882 Card 5744 *grocery* | | 26.86 | |
| 9/30 | | WT Fed#02488 State Employees Cu /Ftr/Bnf=Gayle Moses Srf# Ow00000554361765 Trn#190930311962 Rfb# Ow00000554361765 *mother care* | | 300.00 | |
| 9/30 | | ATM Withdrawal authorized on 09/30 7 Third St South Orange NJ 0006801 ATM ID 6450U Card 5744 *household* | | 300.00 | |
| 9/30 | | Humanadental I-Payments 190926 Wn1Wn0550733 Barbara J Lucas *insurance 2* | | 200.00 | 1,574.26 |
| 10/1 | | ATM Cash Deposit on 10/01 187 Maplewood Avenue Maplewood NJ 0000126 ATM ID 0866P Card 5744 *Med- benifit refund* | 179.40 | | |
| 10/1 | | Purchase authorized on 10/01 Stop & Shop 2817 South Orange NJ P00469274800427702 Card 5744 *grocery* | | 26.40 | 1,727.26 |
| 10/2 | | ATM Check Deposit on 10/02 187 Maplewood Avenue Maplewood NJ 0000417 ATM ID 0866P Card 5744 *James johnlone* | 458.78 | | |
| 10/2 | | Purchase authorized on 10/01 Dunkin #355124 Hillside NJ S589274679819185 Card 5744 *breakfast* | | 8.06 | |
| 10/2 | | Purchase authorized on 10/02 The Home Depot #0915 Vauxhall NJ P00589275506451979 Card 5744 *supplies* | | 4.78 | |
| 10/2 | | Purchase authorized on 10/02 Stop & Shop 0852 Union NJ P00589275689949207 Card 5744 *grocery* | | 14.00 | 2,159.20 |
| 10/3 | | ATM Cash Deposit on 10/03 187 Maplewood Avenue Maplewood NJ 0000594 ATM ID 0866P Card 5744 *commission Pay* | 980.00 | | |
| 10/3 | | Purchase authorized on 10/01 Chipotle 2256 Clark NJ S389274660271493 Card 5744 *lunch* | | 9.70 | |
| 10/3 | | Purchase authorized on 10/02 Dunkin #346683 Q35 Vauxhall NJ S589275507454278 Card 5744 *coffee* | | 2.76 | |
| 10/3 | | Purchase authorized on 10/03 Shoprite Clark S1 Clark NJ P00469276635108942 Card 5744 *grocery* | | 65.86 | |
| 10/3 | | Purchase with Cash Back $ 40.00 authorized on 10/03 Stop & Shop 2817 South Orange NJ P00589276805292718 Card 5744 *grocery* | | 66.52 | |
| 10/3 | | Billmatrix Billpayfee 191002 7883263662 Billmatrix *fee* | | 3.50 | |



**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/3 | | Fis*Verizon Bill Pay 1910C2 7883263661 Null Null *Phone bill* | | 229.62 | 2,761.24 |
| 10/4 | | ATM Check Deposit on 10/04 187 Maplewood Avenue Maplewood NJ 0000692 ATM ID 0866P Card 5744 *rent tenent* | 800.00 | | |
| 10/4 | | ATM Check Deposit on 10/04 187 Maplewood Avenue Maplewood NJ 0000693 ATM ID 0866P Card 5744 *rent from windside* | 600.00 | | |
| 10/4 | | ATM Check Deposit on 10/04 187 Maplewood Avenue Maplewood NJ 0000694 ATM ID 0866P Card 5744 *rent 290 Clinton* | 1,200.00 | | |
| 10/4 | | Purchase authorized on 1C/03 Dunkin #343741 Q35 Clark NJ S589276637015915 Card 5744 *breakfast* | | 3.08 | |
| 10/4 | 272 | Cashed Check *Barbara repairs 200 Clinton* | | 1,000.00 | |
| 10/4 | | Purchase authorized on 10/04 Stop & Shop 0852 1201 Union NJ P00000000377826671 Card 5744 *grocery* | | 44.19 | |
| 10/4 | | Purchase with Cash Back $ 20.00 authorized on 10/04 Stop & Shop 2817 407 V South Orange NJ P0000000672538392 Card 5744 *grocery* | | 37.76 | |
| 10/7 | | Public Service Pseg 007413552606 Barbara Lucas | | 100.00 | 4,176.21 |
| 10/7 | | Deposit Made In A Branch/Store *rent 290 Lyons* | 2,600.00 | | |
| 10/7 | | Purchase authorized on 10/05 Wendy's 208 Clark NJ S389276644660843 Card 5744 *lunch* | | 8.82 | |
| 10/7 | | Purchase authorized on 10/04 Woroco Gas Newark Newark NJ S309277595928090 Card 5744 *gas* | | 25.00 | |
| 10/7 | | Purchase authorized on 10/04 Dunkin #355124 Hillside NJ S389277739144394 Card 5744 *breakfast* | | 2.76 | |
| 10/7 | 274 | Cashed Check *Barbara rootrepair* | | 500.00 | |
| 10/7 | | Non-WF ATM Withdrawal authorized on 10/05 511 East Third Street Bethlehem PA 00389278570590774 ATM ID Pasbea18 Card 5744 *House hold supplies* | | 306.00 | |
| 10/7 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 10/7 | | Purchase authorized on 10/X6 Stop & Shop 2817 407 V South Orange NJ P000000000277640458 Card 5744 *grocery* | | 50.91 | |
| 10/7 | | ATM Withdrawal authorized on 10/07 1221 Liberty Ave. Hillside NJ 0002134 ATM ID 0867x Card 5744 *Supplies hose* | | 60.00 | |
| 10/8 | | Santander Consumer 191005 0020698977 Barbara J Lucas *rent* | | 567.70 | 5,252.52 |
| 10/8 | | Purchase authorized on 10/08 Shoprite Clark S1 Clark NJ P00469281643098777 Card 5744 *grocery* | | 57.03 | 5,195.49 |
| 10/9 | | SSA Treas 310 Xxsoc Sec 100919 xxxxx9510A SSA Barbara J Lucas *ss security* | 1,290.00 | | |
| 10/9 | | ATM Check Deposit on 10/09 187 Maplewood Avenue Maplewood NJ 0001569 ATM ID 0866P Card 5744 *rent tenent* | 600.00 | | |
| 10/9 | | Purchase authorized on 10/C9 USPS PO 33484502 195 Mapl Maplewood NJ P00309282635282602 Card 5744 *postage* | | 19.25 | |
| 10/9 | | Purchase with Cash Back $ 20.00 authorized on 10/09 Shoprite Clark S1 Clark NJ P00589282642584647 Card 5744 *grocery* | | 65.91 | |
| 10/9 | | Purchase authorized on 10/09 Strawberry Fields Froz Maplewood NJ P00000000073946082 Card 5744 *lunch* | | 8.73 | |
| 10/9 | | Purchase authorized on 10/09 The Home Depot #0915 Vauxhall NJ P00469282781032011 Card 5744 *Supplies* | | 13.84 | 6,977.76 |
| 10/10 | | Purchase authorized on 10/09 Dunkin #355124 Hillside NJ S309282693935093 Card 5744 *breakfast* | | 12.23 | |
| 10/10 | | Phhmortgage Svcs Phhmtg Svc 191010 7091009147 Barbara Lucas *Mortgage* | | 1,555.68 | |
| 10/10 | | Wu Bayviewloan Wu/Bayview 191010 0200049351 Barbara Lucas *mortgage* | | 1,923.00 | |
| 10/11 | 275 | Ditech-Financial Mortgage 151009 5245087 Barbara *Lucas* *mortgage* | | 1,956.21 | 1,530.64 |
| 10/15 | | Deposited OR Cashed Check *tenent rent* | | 500.00 | 1,030.64 |
| 10/15 | | Non-WF ATM Withdrawal authorized on 10/12 511 East Third Street Bethlehem PA 00389235670989152 ATM ID Pasbea03 Card 7725 *house hold* | | 206.00 | |
| 10/15 | | Non-Wells Fargo ATM Transaction Fee *fee* | | 2.50 | |
| 10/15 | | Purchase authorized on 10/12 Stop & Shop 2817 407 V South Orange NJ P00000000379594304 Card 7725 *grocery* | | 39.08 | |
| 10/15 | | Purchase authorized on 10/14 Stop & Shop 0852 1201 Union NJ P00000000373643752 Card 7725 *grocery* | | 66.54 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/15 | | Purchase authorized on 10/14 The Home Depot #0915 Vauxhall NJ P00469287826999273 Card 7725 | _Supplies_ | 12.77 | |
| 10/15 | | Purchase authorized on 10/15 Stop & Shop 0852 1201 Union NJ P00000000870778198 Ca'd 7725 | _grocery_ | 15.62 | 688.13 |
| 10/16 | | SSA Treas 310 Xxsoc Sec 101619 xxxxx5317A SSA James W Lucas | 1,093.00 | _Sscurty_ | 1,781.13 |
| 10/18 | | ATM Cash Deposit on 10/18 187 Maplewood Avenue Maplewood NJ 0003008 ATM ID 0866P Card 7725 | 500.00 | | 2,281.13 |
| 10/21 | | Wire Trans Svc Charge - Sequence: 191021023254 Srf# Ow00000572967304 Trn#' 91021023254 Rfb# Ow00000572967304 | _rent tenant_ | 30.00 | |
| 10/21 | | Purchase authorized on 10/18 Dunkin #343741 Q35 Clark NJ S469291631167107 Card 7725 | _fee_ | 7.60 | |
| 10/21 | | WT Fed#03884 State Employees Cu /Ftr/Bnf=Gayle Moses Srf# Ow00000572967304 Trn#1910210... | _breakfast_ | 300.00 | |
| 10/21 | | Purchase authorized on 10/21 Stop & Shop 2817 407 V South Orange NJ P00000000635:29024 Card 7725 | _Moncare_ | 59.00 | 1,884.53 |
| 10/22 | | Purchase authorized on 10/21 Supra 8776996787 OR S469275731652097 Card 5744 | _grocery_ | 14.99 | |
| 10/22 | | Purchase authorized on 10/22 Stop & Shop 0852 1201 Union NJ P00000000839134703 Card 7725 | _Key grocery_ | 32.43 | 1,837 11 |
| 10/23 | | Purchase authorized on 10/23 Stop & Shop 2817 407 V South Orange NJ P0000000008362?2662 Card 7725 | _grocery_ | 47 31 | 1,789 80 |
| 10/24 | | ATM Check Deposit on 10/24 187 Maplewood Avenue Maplewood NJ 0004090 ATM ID 0866P Card 7725 | 108.70 | _refund insurance_ | |
| 10/24 | | ATM Cash Deposit on 10/24 187 Maplewood Avenue Maplewood NJ 0004091 ATM ID 0866P Card 7725 | 1,000.00 | _commission pay_ | |
| 10/24 | | Purchase authorized on 10/24 The Home Depot #0915 Vauxhall NJ P00469297743314138 Card 7725 | _Supplies_ | 9.12 | 2,689.38 |
| 10/25 | | Purchase authorized on 10/24 Cleanway Hand Carw South Orange NJ S46929771956C979 Card 7725 | _Car wash_ | 20.95 | |
| 10/25 | | Billmatrix Billpayfee 191024 6370085872 Billmatrix | | 3.50 | |
| 10/25 | | Fis*Verizon Bill Pay 191024 6370085871 Null Null | _phone bill_ | 552.18 | 2,312.75 |
| Ending balance on 10/25 | | | | | 2,312.75 |
| Totals | | | $11,709.88 | $12,174.91 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 272 | 10/4 | 1,000.00 | 274 * | 10/7 | 500.00 | 275 | 10/11 | 500.00 |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/27/2019 - 10/25/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $688.13 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $2,383.00 ☑ |




---

**Monthly service fee summary (continued)**

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 44 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($1).00 discount)  ☐

RC/RC

---



---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.    $ ____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ ____

**C** Add **A** and **B** to calculate the subtotal.    = $ ____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ ____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register    = $ ____

## General statement policies for Wells Fargo Bank

▪ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

▪ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved.NMLSR ID 399801    Member FDIC

James & Barbara Lucas - D I P (Wells Fargo Everyday    4386 )
Statement of Income
 Month Ending  October  31, 2019

Income - Rent
      Commission - B. Lucas      2,280
      Property Mgr
      Rents      5,200
      Rent - WWR      600
      James Income      459

                        8,539

Accounting Services
Auto Exp      654
Bank Charges      65
Commissions
Alarm
Insurance      394
Meals      81
Mortgage      5,435
Office Supplies
Postage      19
Repairs      1,544
Taxes
Telephone      788
Uniform
Utilities      100
                    9,080

Net      (541)

Personal Activity

Draw      1,530.00
Soc Sec      (2,383.00)
Medical      (179.00)
Grocery      954.00
Lottery Winnings
                    (78.00)

Net      (463.00)

James & Barbara Lucas  
Everyday Checking    Wells Fargo  
Oct 1 - Oct 31, 2019

| Date | Payee | Ck # | Amount | Mortg | Groc | B Lucas | Donation | Ins | Auto | Tel | Meals | Alarm | Medical | Computer | Office x | Water | Utilities | SC | Taxes | Postage | Cont Ed | Repairs | Transfer | Rent | JL Suppy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27-Sep | Key | | 14.99 | | | | | | | | | | | | | | | | | | | 14.99 | | | |
| | Wareco | | 20.00 | | | | | | 20.00 | | | | | | | | | | | | | | | | |
| | Home Depot | | 31.80 | | | 31.80 | | | | | | | | | | | | | | | | | | | |
| | Deals | | 32.72 | | 32.72 | | | | | | | | | | | | | | | | | | | | |
| | Shoprite | | 83.46 | | 83.46 | | | | | | | | | | | | | | | | | | | | |
| | Dollar Tree | | 9.60 | | 9.60 | | | | | | | | | | | | | | | | | | | | |
| | Stop&Shop | | 59.65 | | 59.65 | | | | | | | | | | | | | | | | | | | | |
| | Deive NJ | | 303.66 | | | | | 303.66 | | | | | | | | | | | | | | | | | |
| 30-Sep | SC | | 30.00 | | | | | | | | | | | | | | | 30.00 | | | | | | | |
| | Burger King | | 10.01 | | | | | | | | 10.01 | | | | | | | | | | | | | | |
| | DD | | 7.23 | | | | | | | | 7.23 | | | | | | | | | | | | | | |
| | Worco | | 20.00 | | | | | | 20.00 | | | | | | | | | | | | | | | | |
| | Stop&Shop | | 53.54 | | 53.54 | | | | | | | | | | | | | | | | | | | | |
| | Stop&Shop | | 26.86 | | 26.86 | | | | | | | | | | | | | | | | | | | | |
| | Mother care | | 300.00 | | | 300.00 | | | | | | | | | | | | | | | | | | | |
| | ATM | | 300.00 | | | 300.00 | | | | | | | | | | | | | | | | | | | |
| | Hunana | | 200.00 | | | | | 200.00 | | | | | | | | | | | | | | | | | |
| 1-Oct | Stop&Shop | | 26.40 | | 26.40 | | | | | | | | | | | | | | | | | | | | |
| 2-Oct | DD | | 8.06 | | | | | | | | 8.06 | | | | | | | | | | | | | | |
| | Home Depot | | 4.78 | | | 4.78 | | | | | | | | | | | | | | | | | | | |
| | Stop&Shop | | 14.00 | | 14.00 | | | | | | | | | | | | | | | | | | | | |
| 3-Oct | Chipotle | | 9.70 | | | | | | | | 9.70 | | | | | | | | | | | | | | |
| | DD | | 2.76 | | | | | | | | 2.76 | | | | | | | | | | | | | | |
| | Shoprite | | 65.86 | | 65.86 | | | | | | | | | | | | | | | | | | | | |
| | Stop&Shop | | 66.52 | | 66.52 | | | | | | | | | | | | | | | | | | | | |
| | Tel | | 3.50 | | | | | | | 3.50 | | | | | | | | | | | | | | | |
| 3-Oct | Verizon | | 229.62 | | | | | | | 229.62 | | | | | | | | | | | | | | | |
| 4-Oct | DD | | 3.08 | | | | | | | | 3.08 | | | | | | | | | | | | | | |
| | BL | 272 | 1,000.00 | 200Clinton | | | | | | | | | | | | | | | | | | 1,000.00 | | | |
| | Stop&Shop | | 44.19 | | 44.19 | | | | | | | | | | | | | | | | | | | | |
| | Stop&Shop | | 37.76 | | 37.76 | | | | | | | | | | | | | | | | | | | | |
| | PSE&G | | 100.00 | | | | | | | | | | | | | | 100.00 | | | | | | | | |
| 7-Oct | Wendy's | | 8.82 | | | | | | | | 8.82 | | | | | | | | | | | | | | |
| | Worco | | 25.00 | | | | | | 25.00 | | | | | | | | | | | | | | | | |
| | DD | | 2.76 | | | | | | | | 2.76 | | | | | | | | | | | | | | |
| | BL | 274 | 500.00 | roof | | | | | | | | | | | | | | | | | | 500.00 | | | |
| | ATM | | 306.00 | | | 306.00 | | | | | | | | | | | | | | | | | | | |
| | SC | | 2.50 | | | | | | | | | | | | | | | 2.50 | | | | | | | |
| | Stop&Shop | | 50.91 | | 50.91 | | | | | | | | | | | | | | | | | | | | |
| | ATM | | 60.00 | | | 60.00 | | | | | | | | | | | | | | | | | | | |
| | Santander | | 567.70 | | | | | | 567.70 | | | | | | | | | | | | | | | | |
| 8-Oct | Shoprite | | 57.03 | | 57.03 | | | | | | | | | | | | | | | | | | | | |
| 9-Oct | USPS | | 19.25 | | | | | | | | | | | | | | | | | 19.25 | | | | | |
| | Sheprite | | 65.91 | | 65.91 | | | | | | | | | | | | | | | | | | | | |
| | StrawberryFields | | 8.73 | | | | | | | | 8.73 | | | | | | | | | | | | | | |
| | Home Depot | | 13.84 | | | | | | | | | | | | | | | | | | | 13.84 | | | |
| 10-Oct | DD | | 12.23 | | | | | | | | 12.23 | | | | | | | | | | | | | | |
| | Ph mortg | | 1,555.68 | 1,555.68 | | | | | | | | | | | | | | | | | | | | | |
| | WuBayview | | 1,923.00 | 1,923.00 | | | | | | | | | | | | | | | | | | | | | |
| | Ditech-Fin | | 1,956.21 | 1,956.21 | | | | | | | | | | | | | | | | | | | | | |
| | Tentant Rent | | 500.00 | | | | | | | | | | | | | | | | | | | | | 500.00 | |
| 15-Oct | ATM | | 206.00 | | | 206.00 | | | | | | | | | | | | | | | | | | | |
| | SC | | 2.50 | | | | | | | | | | | | | | | 2.50 | | | | | | | |
| | Stop&Shop | | 39.08 | | 39.08 | | | | | | | | | | | | | | | | | | | | |
| | Stop&Shop | | 66.54 | | 66.54 | | | | | | | | | | | | | | | | | | | | |
| | Home Depot | | 12.77 | | | 12.77 | | | | | | | | | | | | | | | | | | | |
| | Stop&Shop | | 15.62 | | 15.62 | | | | | | | | | | | | | | | | | | | | |
| 21-Oct | Wire Fee | | 30.00 | | | | | | | | | | | | | | | 30.00 | | | | | | | |
| | DD | | 7.60 | | | | | | | | 7.60 | | | | | | | | | | | | | | |
| | Mom | | 300.00 | | | 300.00 | | | | | | | | | | | | | | | | | | | |
| | Stop&Shop | | 59.00 | | 59.00 | | | | | | | | | | | | | | | | | | | | |
| 22-Oct | Key | | 14.99 | | | | | | | | | | | | | | | | | | | 14.99 | | | |
| | Stop&Shop | | 32.43 | | 32.43 | | | | | | | | | | | | | | | | | | | | |
| 23-Oct | Stop&Shop | | 47.31 | | 47.31 | | | | | | | | | | | | | | | | | | | | |
| 24-Oct | Home Depot | | 9.12 | | | 9.12 | | | | | | | | | | | | | | | | | | | |
| 25-Oct | Car Wash | | 20.95 | | | | | | 20.95 | | | | | | | | | | | | | | | | |
| | Verizon | | 555.68 | | | | | | | 555.68 | | | | | | | | | | | | | | | |
| | | | 12,174.91 | 5,434.89 | 954.39 | 1,530.47 | - | 503.66 | 653.65 | 788.80 | 80.98 | - | - | - | - | - | 100.00 | 65.00 | - | 19.25 | - | 1,543.82 | - | 500.00 | - |

James & Barbara Lucas
Everyday Checking   Wells Fargo   1386
2019                              statement Oct 1 - Oct 31, 2019

| | Deposits | Trans 1099 | NJ Tax | Commission | Rent | SSA B.L. | SSA J.L. | Job - JL | Misc | Ins Refund |
|---|---|---|---|---|---|---|---|---|---|---|
| 27-Sep | 300.00 | | | 300.00 | | | | | | |
| 1-Oct | 179.40 | | | | | | | | 179.40 | med ben |
| 2-Oct | 458.78 | | | | | | | 458.78 | | |
| 3-Oct | 980.00 | | | 980.00 | | | | | | |
| 4-Oct | 800.00 | | | | 800.00 | | | | | |
| | 600.00 | WW | | | 600.00 | | | | | |
| | 1,200.00 | 280Clinton | | | 1,200.00 | | | | | |
| 7-Oct | 2,600.00 | 490Lyons | | | 2,600.00 | | | | | |
| 9-Oct | 1,290.00 | | | | | 1,290.00 | | | | |
| | 600.00 | | | | 600.00 | | | | | |
| 16-Oct | 1,093.00 | | | | | | 1,093.00 | | | |
| 18-Oct | 500.00 | | | | 500.00 | | | | | |
| 24-Oct | 108.70 | | | | | | | | | 108.70 |
| 24-Oct | 1,000.00 | | | 1,000.00 | | | | | | |
| | 11,709.88 | - | - | - | 2,280.00 | 6,300.00 | 1,290.00 | 1,093.00 | 458.78 | 179.40 | 108.70 |