UNITED STATES BANKRUPTCY COURT
_________ DISTRICT OF __________

In re James and Barbara Lucas

Worldwide Realty

Case No. 16-32586
Reporting Period:_____ October 2019

## MONTHLY OPERATING REPORT

File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

James Lucas
Signature of Debtor

12-9-19
Date

Barbara Lucas
Signature of Joint Debtor

12/9/19
Date

____________________
Signature of Authorized Individual*

____________________
Date

____________________
Printed Name of Authorized Individual

____________________
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re_______James & Barbara Lucas
Debtor
Worldwide Realty

Case No. ______________________________
Reporting Period:______ October 2019
4

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | $2,175 | | | | | | |
| BANK BALANCE | | $2,175 | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| OTHER | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

In re______James & Barbara Lucas______________________
Debtor
Worldwide Realty

Case No. ______________________
Reporting Period:___ October 2019

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check | | Amount Paid | | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Date | Fees | Expenses | Fees | Expenses |
| Landlord | Management Fee | | | 2521 | 2-Oct | | 1,530 | | |
| Worldwide | Rent | | | 2523 | 4-Oct | | 600 | | |
| Agent | Commission | | | 2522 | 7-Oct | | 2,231 | | |
| Barbara Lucas | Commission | | | 2524 | 9-Oct | | 2,500 | | |
| Barbara Lucas | Commission | | | 2526 | 9-Oct | | 600 | | |
| Barbara Lucas | Commission | | | 2527 | 10-Oct | | 500 | | |
| Barbara Lucas | Commission | | | 2528 | 11-Oct | | 500 | | |
| PSEG | Utility | | | Debit | 15-Oct | | 700 | | |
| Barbara Lucas | Repairs | | | 2530 | 15-Oct | | 900 | | |
| Barbara Lucas | Repairs | | | 2531 | 21-Oct | | 600 | | |
| Magizine | Office Expense | | | 2525 | 21-Oct | | 229 | | |
| Agent | Commission | | | 2534 | 22-Oct | | 73 | | |
| Listing Fee | Office Expense | | | 2532 | 23-Oct | | 75 | | |
| Photos | Office Expense | | | 2533 | 25-Oct | | 150 | | |
| PSEG | Utility | | | 2536 | 31-Oct | | 261 | | |
| Service Fee | Wells Fargo | | | Debit | 31-Oct | | 14 | | |

In re James & Barbara Lucas
Debtor

Case No. ____________
Reporting Period: October 2019

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re______James & Barbara Lucas__________________
Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | |

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:____James & Barbara Lucas__ Bank:___ Wells Fargo

Bankruptcy Number:____________________ Account Number:___XX1099

Date of Confirmation:____________________ Account Type:___Checking____________________

Reporting Period (month/year):______ 10 / 2019______________ Worldwide Realty

Beginning Cash Balance: 1,841

All receipts received by the debtor:

Cash Sales: 11,798

Collection of Accounts Receivable: $____

Proceeds from Litigation (settlement or otherwise): $________________

Sale of Debtor's Assets: $________________

Capital Infusion pursuant to the Plan: 0

Total of cash received: 11,798

Total of cash available: $13,639

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: 0

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $________________

All other disbursements made in the ordinary course: $11,464

Total Disbursements $11,464

Ending Cash Balance $2,175

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

12-9-19
Date

[signature]
Name/Title

Debtor: [signature]

Case Number: 16-32586

| ASSETS | Month | Month |
|---|---|---|
| | Oct-19 | |
| Cash (Unrestricted) | 2,175 | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | | |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | 2,175 | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |




WORLDWIDE REALTY LLC
889 SANFORD AVE
IRVINGTON NJ 07111-1511

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $1,840.93 |
| Deposits/Credits | 11,797.50 |
| Withdrawals/Debits | - 11,463.03 |
| **Ending balance on 10/31** | **$2,175.40** |
| Average ledger balance this period | $3,338.68 |

Account number:

**WORLDWIDE REALTY LLC**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021200025

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.




## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/2 | 2521 | Check — managing landlord check - tenant | | 1,530.00 | 310.93 |
| 10/3 | | Deposit Made In A Branch/Store — closing | 2,975.00 | | 3,285.93 |
| 10/4 | 2523 | Deposited OR Cashed Check — withdrawal rent pd | | 600.00 | 2,685.93 |
| 10/7 | 2522 | Check — Agent commission | | 2,231.25 | 454.68 |
| 10/8 | | Deposit Made In A Branch/Store — closing | 8,725.00 | | 9,179.68 |
| 10/9 | 2524 | Cashed Check — Barbara commission | | 2,500.00 | |
| 10/9 | 2526 | Deposited OR Cashed Check — Barbara commission | | 600.00 | 6,079.68 |
| 10/10 | 2527 | Check — Barbara commission | | 500.00 | 5,579.68 |
| 10/11 | 2528 | Check — Barbara commiss | | 500.00 | 5,079.68 |
| 10/15 | | Public Service Pseg 007335223903 Barbara Lucas — service | | 700.00 | |
| 10/15 | 2530 | Check — Barbara - office repairs | | 900.00 | 3,479.68 |
| 10/21 | | Deposit Made In A Branch/Store — management fee | 97.50 | | |
| 10/21 | 2531 | Cashed Check — Barbara - roof repair + ceiling | | 600.00 | |
| 10/21 | 2525 | Check — magazine marketing | | 229.00 | 2,748.18 |
| 10/22 | 2534 | Check — Agent commission | | 73.13 | 2,675.05 |
| 10/23 | 2532 | Check — listing fee | | 75.00 | 2,600.05 |
| 10/25 | 2533 | Check — photos - marketing | | 150.00 | 2,450.05 |
| 10/31 | 2536 | Check — Gas - Electric PSEG | | 260.65 | |
| 10/31 | | Monthly Service Fee | | 14.00 | 2,175.40 |
| **Ending balance on 10/31** | | | | | **2,175.40** |
| **Totals** | | | **$11,797.50** | **$11,463.03** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2521 | 10/2 | 1,530.00 | 2526 | 10/9 | 600.00 | 2532 | 10/23 | 75.00 |
| 2522 | 10/7 | 2,231.25 | 2527 | 10/10 | 500.00 | 2533 | 10/25 | 150.00 |
| 2523 | 10/4 | 600.00 | 2528 | 10/11 | 500.00 | 2534 | 10/22 | 73.13 |
| 2524 | 10/9 | 2,500.00 | 2530 * | 10/15 | 900.00 | 2536 * | 10/31 | 260.65 |
| 2525 | 10/21 | 229.00 | 2531 | 10/21 | 600.00 | | | |

* *Gap in check sequence.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2019 - 10/31/2019 | Standard monthly service fee $14.00 | You paid $14.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $3,339.00 ☐ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
| - Average ledger balances in business checking savings, and time accounts | | |






## Monthly service fee summary (continued)

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit<br>- For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

WX/WX

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 21 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Sheet Seq = 0065572
Sheet 00002 of 00002




## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . $ ________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ ________
$ ________
$ ________
+ $ ________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . - $ ________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . $ ________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Total amount** $ ________

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

Worldwide Realty LLC (Wells Fargo x) 1099)
Statement of Income
Month Ending October 31, 2019

| | | | |
|---|---|---|---|
| Income | Closing Fees | | 11,700 |
| | Management Fee | | |
| | Consultation Fee | | 98 |
| | Commissions | | |
| | Rent | | |
| | | | 11,798 |
| Alarm Service | | | |
| Auto | | | |
| Bank Charges | | 14 | |
| Commissions Barb L | | 4,100 | |
| Commissions-Agents | | 2,304 | |
| Fire Inspections | | | |
| Insurance | | | |
| Listing Fees | | 75 | |
| Management Fee | | 1,530 | |
| Marketing | | 379 | |
| Office Repairs | | 1,500 | |
| Rent | | 600 | |
| Supplies | | | |
| Telephone | | | |
| Transfer | | | |
| Utilities | | 961 | |
| | | | 11,463 |
| Net | | | 335 |

Worldwide Realty LLC
Wells Fargo 1099
Oct 1, 2019 - Oct 31, 2019

| | Deposits | | | Commission | Agent Dues | Agent Paid | Closing | Management Fee | Rent | Consultation |
|---|---|---|---|---|---|---|---|---|---|---|
| 3-Oct | 2,975.00 | | | | | | 2,975.00 | | | |
| 8-Oct | 8,725.00 | | | | | | 8,725.00 | | | |
| 21-Oct | 97.50 | | | | | | | 97.50 | | |
| | 11,797.50 | - | - | - | - | - | 11,700.00 | 97.50 | - | - |

Worldwide Realtv LLC
Wells Fargo .099
Oct 1 - Oct 31 2019

| Date | Payee | Ck # | Amount | | Auto | Uiil | B Lucas | Marketing | Office | Repairs | Telphone | Mgt Fee | ListingFee | Rent | Insurance | Agent Commission | Church Donation | Supplies | Alarm | Transfer | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-Oct | Landlord | 2521 | 1,530.00 | | | | | | | | | 1,530.00 | | | | | | | | | |
| 4-Oct | World Wide | 2523 | 600.00 | | | | | | | | | | | 600.00 | | | | | | | |
| 7-Oct | Agent | 2522 | 2,231.25 | | | | | | | | | | | | | 2,231.25 | | | | | |
| 9-Oct | BL | 2524 | 2,500.00 | commission | | | 2,500.00 | | | | | | | | | | | | | | |
| | BL | 2526 | 600.00 | commission | | | 600.00 | | | | | | | | | | | | | | |
| 10-Oct | BL | 2527 | 500.00 | commission | | | 500.00 | | | | | | | | | | | | | | |
| 11-Oct | BL | 2528 | 500.00 | commission | | | 500.00 | | | | | | | | | | | | | | |
| 15-Oct | PSE&G | | 700.00 | | | 700.00 | | | | | | | | | | | | | | | |
| | BL | 2530 | 900.00 | Office | | | | | | 900.00 | | | | | | | | | | | |
| 21-Oct | BL | 2531 | 600.00 | | | | | | | 600.00 | | | | | | | | | | | |
| | Magazlne | 2525 | 229.00 | | | | | 229.00 | | | | | | | | | | | | | |
| 22-Oct | Agent | 2534 | 73.13 | | | | | | | | | | | | | 73.13 | | | | | |
| 23-Oct | | 2532 | 75.00 | | | | | | | | | | 75.00 | | | | | | | | |
| 25-Oct | Photos | 2533 | 150.00 | | | | | 150.00 | | | | | | | | | | | | | |
| 31-Oct | PSE&G | 2536 | 260.65 | | | 260.65 | | | | | | | | | | | | | | | |
| 31-Oct | | | 14.00 | | | | | | | | | | | | | | | | | | 14.00 |
| | | | 11,463.03 | - | - | 960.65 | 4,100.00 | 379.00 | - | 1,500.00 | - | 1,530.00 | 75.00 | 600.00 | - | 2,304.38 | - | - | - | - | 14.00 |