UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT J GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com
Attorney for Barbara Lucas and James Lucas, Debtors

In Re:

Barbara Lucas, James Lucas
                Debtors.

Case No.: 16-32586
Chapter:
Hearing Date: 12/12/2019
Judge: VFP

## CERTIFICATION OF BALLOTING

| | Impaired Yes/No | Number of Ballots Cast | Number of Ballots Accepting | Number of Ballots Rejecting | Percentage of Ballots Accepting | Dollar Amount of Ballots Accepting | Dollar Amount of Ballots Rejecting | Percentage of Dollar Amount Accepting | Accept Yes/No |
|---|---|---|---|---|---|---|---|---|---|
| **CLASS 1** | N | | | | | | | | |
| **CLASS 2a** | Y | | | | | | | | |
| **CLASS 2b** | Y | 1 | 1 | 0 | 100 | 120000 | 0.00 | 100% | Yes |
| **CLASS 2c** | Y | | | | | | | | |
| **CLASS 3** | Y | | | | | | | | |
| **CLASS 4a** | Y | | | | | | | | |
| **CLASS 4b** | Y | | | | | | | | |
| **CLASS 5** | Y | | | | | | | | |

**\*\* Add additional classes as necessary.**

If any ballots have not been included in this tally, provide an explanation: the ballots for Classes 1, 2a, 2c, 3, 4a, 4b and 5 were not returned

I, Scott J Goldstein_____, the ☒ attorney for the debtors in possession, the plan proponents in this case, certify under penalty of perjury that the above is true.

Date: 12/12/2019

/s/Scott J. Goldstein
Signature

*new.8/1/15*

2