UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT J GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com
Attorney for Barbara Lucas and James Lucas, Debtors

In Re:

Barbara Lucas, James Lucas
     Debtors.

Case No.: 16-32586
Chapter:
Hearing Date: 12/12/2019
Judge: VFP

## CERTIFICATION OF BALLOTING

| | Impaired Yes/No | Number of Ballots Cast | Number of Ballots Accepting | Number of Ballots Rejecting | Percentage of Ballots Accepting | Dollar Amount of Ballots Accepting | Dollar Amount of Ballots Rejecting | Percentage of Dollar Amount Accepting | Accept Yes/No |
|---|---|---|---|---|---|---|---|---|---|
| **CLASS 1** | N | | | | | | | | |
| **CLASS 2a** | Y | | | | | | | | |
| **CLASS 2b** | Y | 1 | 1 | 0 | 100 | 120000 | 0.00 | 100% | Yes |
| **CLASS 2c** | Y | | | | | | | | |
| **CLASS 3** | Y | | | | | | | | |
| **CLASS 4a** | Y | | | | | | | | |
| **CLASS 4b** | Y | | | | | | | | |
| **CLASS 5** | Y | | | | | | | | |

** Add additional classes as necessary.

If any ballots have not been included in this tally, provide an explanation: the ballots for Classes 1, 2a, 2c, 3, 4a, 4b and 5 were not returned

I, Scott J Goldstein, the ☒ attorney for the debtors in possession, the plan proponents in this case, certify under penalty of perjury that the above is true.

Date: 12/12/2019

/s/Scott J. Goldstein
Signature

*new.8/1/15*

2

LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NEW JERSEY 07834
TEL: 973-453-2838
FAX: 973-453-2869
SJG@SGOLDSTEINLAW.COM
Scott J. Goldstein, Esq. (016472004)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Newark VICINAGE

| In re: Barbara Lucas and James Lucas  Chapter 11 Debtor | Case No. 16-32586  Chapter 11  Hon. Vincent F. Papalia |
|---|---|

### CLASS 2b BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Barbara Lucas filed a plan of reorganization dated November 26, 2018 (the *Plan*) for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (the *Disclosure Statement*). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Scott J Goldstein, Esq., Law Office of Scott J Goldstein LLC, 280 West Main Street, Denville, NJ 07834, tel: (973) 453-2838, facsimile (973) 453-2869.

Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Claim has been placed in class 2b under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Scott J Goldstein, Law Office of Scott J Goldstein LLC, 280 West Main Street, Denville, NJ 07834 on or before January 17, 2019, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN:**

The undersigned, the holder of a Class **2b** claim against the Debor in the unpaid amount of $ 120,000.00

☒ Accepts the Plan

☐ Rejects the Plan

Dated:    Print or type Name: Steven P. Kelly

Signature: SP Kelly

Title (if corporation or partnership: Attorney

Address: 1581 Main Street

Suite 200

Warrington, PA 18976

---

**RETURN THIS BALLOT TO:**

Law Office of Scott J Goldstein LLC

280 West Main Street

Denville, NJ 07834