**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE: JAMES WALTER LUCAS and  　　　　　　　　　　CASE NO.: 16-32586-VFP
BARBARA JEAN LUCAS

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>New Residential Mortgage LLC</u><br>Name of Transferee | <u>Ditech Financial LLC fka Green Tree Servicing LLC</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | Court Claim # (if known): <u>6-1</u><br>Amount of Claim: <u>$320,679.11</u><br>Date Claim Filed: <u>03/22/2017</u> |
| Phone: <u>800-365-7107</u><br>Last Four Digits of Acct #: <u>8026</u> | Phone: <u>(888) 298-7785</u><br>Last Four Digits of Acct #: <u>7283</u> |

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Laura Egerman</u>  　　　　　　　　　　Date: <u>January 9, 2020</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE: JAMES WALTER LUCAS and　　　　　　　　　　　　　　CASE NO.: 16-32586-VFP
BARBARA JEAN LUCAS

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on <u>January 9, 2020</u>, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States

Mail to the following parties:

James Walter Lucas
884 Sanford Ave
Irvington, NJ 07111-1510

Barbara Jean Lucas
884 Sanford Ave
Irvington, NJ 07111-1510


And via electronic mail to:

Scott J. Goldstein
Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ 07834

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

　　　　　　　　　　　　　　　　　　　　RAS CRANE LLC
　　　　　　　　　　　　　　　　　　　　Authorized Agent for Secured Creditor
　　　　　　　　　　　　　　　　　　　　10700 Abbott's Bridge Road, Suite 170
　　　　　　　　　　　　　　　　　　　　Duluth, GA 30097
　　　　　　　　　　　　　　　　　　　　Telephone: 470-321-7112
　　　　　　　　　　　　　　　　　　　　Facsimile: 404-393-1425

　　　　　　　　　　　　　　　　　　　　By: <u>/s/ Laura Egerman</u>
　　　　　　　　　　　　　　　　　　　　Email: <u>legerman@rasnj.com</u>