Form 147 – ntccnfpln

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−32586−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James Walter Lucas | Barbara Jean Lucas |
| 884 Sanford Ave | 884 Sanford Ave |
| Irvington, NJ 07111−1510 | Irvington, NJ 07111−1510 |

Social Security No.:
  xxx−xx−5317                                                   xxx−xx−9510

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on January 15, 2020.

    IT IS FURTHER NOTICED,

1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022−1(a).

2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause extend the time for closing the case. Local Rule 3022−1(b).

3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016−1(i).

Dated: January 16, 2020
JAN: jf

                                                              Jeanne Naughton
                                                              Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                         Case No. 16-32586-VFP
James Walter Lucas                                             Chapter 11
Barbara Jean Lucas
       Debtors                 CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 3             Date Rcvd: Jan 16, 2020
                              Form ID: 147             Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
db/jdb         James Walter Lucas,   Barbara Jean Lucas,   884 Sanford Ave,   Irvington, NJ 07111-1510
aty           +Law Offices of Scott J. Goldstein, LLC,   280 West Main Street,   Denville, NJ 07834-1233
cr            +CAB East LLC, serviced by Ford Motor Credit Compan,   P.O. Box 62180,
               Colorado Springs, CO 80962-2180
cr            +City of Newark, New Jersey,   Office of Corporation Counsel,   920 Broad Street,   Room 316,
               Newark, NJ 07102-2609
cr            +DEUTSCHE BANK NATIONAL TRUST COMPANY,   Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
cr            +Ocwen Loan Servicing, LLC,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue,
               Suite 100,   Boca Raton, FL 33487-2853
cr            +The Bank of New York Mellon Trust Company,   Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Ave.,   Suite 100,   Boca Raton, FL 33487-2853
cr            +Waterfall Victoria Grantor Trust II, Series G,   1040 N. Kings Highway. Suite 407,
               Cherry Hill, NJ 08034-1925
cr            +Wilmington Savings Fund Society, Et Al...,   Stern & Eisenberg,   1581 Main Street,   Suite 200,
               Suite 200,   Warrington, PA 18976-3403
516519990      Bayview Financial Loan,   2601 S Bayshore Dr Fl 4,   Miami, FL 33133-5413
516759667     +Bayview Loan Servicing, LLC,   Powers Kirn, LLC,   PO Box 848,   Moorestown, NJ 08057-0848
516842931     +City of Newark,   Department of Water and Sewer Utilities,   C/O Law Department,
               920 Broad Street, Rm. 316,   Newark, NJ 07102-2609
516850836     +City of Newark,   Tax Collector,   c/o Law Department,   920 Broad Street, Rm. 316,
               Newark, NJ 07102-2609
516519992      City of Newark - Tax Department,   920 Broad St,   Newark, NJ 07102-2660
517976039     +City of Newark, New Jersey,   Attn: Douglas A. Goldstein, Esq.,   Spector & Ehrenworth, P.C.,
               30 Columbia Turnpike, Suite 202,   Florham Park, NJ 07932-2261
516553311     +DEUTSCHE BANK NATIONAL TRUST COMPANY,   Robertson, Anschutz & Schneid, PL,
               6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
516519995    ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,   SAINT PAUL MN 55101-1311
              (address filed with court: Ditech Financial LLC,   332 Minnesota St Ste 610,
               Saint Paul, MN 55101-7707)
516759602      Deutsche Bank National Trust Company, as Trustee f,   Ocwen Loan Servicing, LLC,
               Attn: Bankruptcy Department,   PO Box 24605,   West Palm Beach, FL 33416-4605
516630329     +Ditech Financial LLC,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
516519996    ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit,   PO Box 62180,
               Colorado Springs, CO 80962-2180)
516589580      NNPL Trust Series 2012-1,   c/o Shellpoint Mortgage Servicing,   PO Box 10826,
               Greenville, SC 29603-0826
518654152      New Residential Mortgage LLC,   P.O. Box 10826,   Greenville, SC 29603-0826
518654153      New Residential Mortgage LLC,   P.O. Box 10826,   Greenville, SC 29603-0826,
               New Residential Mortgage LLC,   P.O. Box 10826,   Greenville, SC 29603-0826
516520000      Ocwen,   Attention: Bankruptcy,   PO Box 24738,   West Palm Beach, FL 33416-4738
516520002     +Ocwen/litton,   4828 Loop Central Dr,   Houston, TX 77081-2193
516520003      Pressler & Pressler,   7 Entin Rd,   Parsippany, NJ 07054-5020
516520006    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,   N.J. Division of Taxation Bankruptcy Sec,
               PO Box 245,   Trenton, NJ 08695-0245)
516520004      Sears/Citibank, NA,   PO Box 20363,   Kansas City, MO 64195-0363
516520005      Shellpoint Mortgage SE,   55 Beattie Pl Ste 110,   Greenville, SC 29601-5115
517681719     +Waterfall Victoria Grantor Trust II, Series G,   Statebridge Company, LLC,
               6061 South Willow Dr., Ste 300,   Greenwood Village, CO 80111-5151
517681720      Waterfall Victoria Grantor Trust II, Series G,   c/o Statebridge Company,
               Attn: Bankruptcy Department,   5680 Greenwood Plaza Blvd, Suite 100S,
               Greenwood Village, CO 80111,   Waterfall Victoria Grantor Trust II, Ser

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: cio.bncmail@irs.gov Jan 16 2020 23:45:23     Dist Dir of IRS,
               Insolvency Function,   PO Box 724,   Springfield, NJ 07081-0724
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 16 2020 23:45:56     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 16 2020 23:45:54     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516519991     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 16 2020 23:46:20
               Bayview Financial Loan,   Bankruptcy Dept,   4425 Ponce de Leon Blvd Fl 5,
               Miami, FL 33146-1873
516519994      E-mail/PDF: creditonebknotifications@resurgent.com Jan 16 2020 23:50:58     Credit One Bank NA,
               PO Box 98872,   Las Vegas, NV 89193-8872
516519993      E-mail/PDF: creditonebknotifications@resurgent.com Jan 16 2020 23:50:59     Credit One Bank NA,
               PO Box 98873,   Las Vegas, NV 89193-8873
```

```
District/off: 0312-2           User: admin                Page 2 of 3                  Date Rcvd: Jan 16, 2020
                               Form ID: 147               Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516715658          E-mail/Text: bankruptcy.bnc@ditech.com Jan 16 2020 23:45:34
                    Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                    Rapid City, South Dakota 57709-6154
516519997          E-mail/Text: HWIBankruptcy@hunterwarfield.com Jan 16 2020 23:45:58      Hunter Warfield,
                    4620 Woodland Corporate Blvd,   Tampa, FL 33614-2415
516615227          E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 23:51:54
                    LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516519999          E-mail/Text: bankruptcydpt@mcmcg.com Jan 16 2020 23:45:53      Midland Funding,
                    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
516520001          Fax: 407-737-5634 Jan 17 2020 00:02:55      Ocwen Loan Servicing,   1661 Worthington Rd Ste 100,
                    West Palm Beach, FL 33409-6493
517127125         +Fax: 407-737-5634 Jan 17 2020 00:02:55      Ocwen Loan Servicing, LLC,
                    Attn: Cashiering Department,   1661 Worthington Road, Suite 100,
                    West Palm Beach, FL 33409-6493
516668832         +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 23:51:32      Synchrony Bank,
                    c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516544990         +E-mail/Text: HWIBankruptcy@hunterwarfield.com Jan 16 2020 23:45:58      Talmadge Village LLC,
                    c/o Hunter Warfield,   4620 Woodland Corporate Blvd,   Tampa, FL 33614-2415
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +DITECH FINANCIAL LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                   Boca Raton, FL 33487-2853
517337106*       +Ditech Financial LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue,,
                   Suite 100,   Boca Raton, FL 33487-2853
516544946*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                  (address filed with court:  Ford Motor Credit Company LLC,    PO BOX 62180,
                   Colorado Springs, CO 80962-4400)
516881255*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                  (address filed with court:  Ford Motor Credit Company LLC,    PO Box 62180,
                   Colorado Springs, CO 80962-4400)
516519998*        Internal Revenue Service,   Centralized Insolvency Operation,   PO Box 7346,
                   Philadelphia, PA 19101-7346
                                                                                    TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
```
              Betsy Ann Rosenbloom    on behalf of Creditor    Bayview Loan Servicing, LLC
               brosenbloom@wcmolaw.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas A. Goldstein    on behalf of Creditor    City of Newark, New Jersey
               dgoldstein@selawfirm.com,   bspector@selawfirm.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Justin Plean    on behalf of Creditor    The Bank of New York Mellon Trust Company
               jplean@rasflaw.com,   bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Justin Plean    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
```

```
District/off: 0312-2          User: admin                 Page 3 of 3                  Date Rcvd: Jan 16, 2020
                              Form ID: 147                Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Laura M. Egerman    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE
               CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROU bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    New Residential Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Miriam  Rosenblatt    on behalf of Creditor    Ocwen Loan Servicing, LLC
               miriam.rosenblatt@mhllp.com,  mrosenblatt@rasflaw.com
              Scott J. Goldstein    on behalf of Joint Debtor Barbara Jean Lucas sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Debtor James Walter Lucas sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Sindi  Mncina    on behalf of Creditor    Waterfall Victoria Grantor Trust II, Series G
               smncina@rascrane.com
              Steven P. Kelly    on behalf of Creditor    Waterfall Victoria Grantor Trust II, Series G
               skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                                 TOTAL: 19
```