Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−32586−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James Walter Lucas
884 Sanford Ave
Irvington, NJ 07111−1510

Barbara Jean Lucas
884 Sanford Ave
Irvington, NJ 07111−1510

Social Security No.:
xxx−xx−5317

xxx−xx−9510

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on January 16, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 170 − 118, 125
Order Confirming Chapter 11 Plan of Reorganization filed on behalf of James and Barbara Lucas Chapter 11 Debtors and Debtors in Possession (related document:118 Chapter 11 Plan filed by Debtor James Walter Lucas, Joint Debtor Barbara Jean Lucas, 125 Order Approving Disclosure Statement). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/15/2020. (jf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 16, 2020
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
James Walter Lucas  
Barbara Jean Lucas  
    Debtors

Case No. 16-32586-VFP  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jan 16, 2020  
                 Form ID: orderntc    Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2020.
```
db/jdb          James Walter Lucas,    Barbara Jean Lucas,    884 Sanford Ave,    Irvington, NJ   07111-1510
aty            +Law Offices of Scott J. Goldstein, LLC,    280 West Main Street,    Denville, NJ 07834-1233
cr             +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                Colorado Springs, CO 80962-2180
cr             +City of Newark, New Jersey,    Office of Corporation Counsel,    920 Broad Street,    Room 316,
                Newark, NJ 07102-2609
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr             +DITECH FINANCIAL LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
cr             +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue,
                Suite 100,    Boca Raton, FL 33487-2853
cr             +The Bank of New York Mellon Trust Company,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Ave.,    Suite 100,    Boca Raton, FL 33487-2853
cr             +Waterfall Victoria Grantor Trust II, Series G,    1040 N. Kings Highway. Suite 407,
                Cherry Hill, NJ 08034-1925
cr             +Wilmington Savings Fund Society, Et Al...,    Stern & Eisenberg,    1581 Main Street,    Suite 200,
                Suite 200,    Warrington, PA 18976-3403
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2020 at the address(es) listed below:
```
          Betsy Ann  Rosenbloom    on behalf of Creditor    Bayview Loan Servicing, LLC
           brosenbloom@wcmolaw.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas A. Goldstein    on behalf of Creditor    City of Newark, New Jersey
           dgoldstein@selawfirm.com,   bspector@selawfirm.com
          John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
           LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Justin  Plean    on behalf of Creditor    The Bank of New York Mellon Trust Company
           jplean@rasflaw.com,   bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Justin  Plean    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Laura M. Egerman    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
           AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE
           CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROU bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor    New Residential Mortgage LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Miriam  Rosenblatt    on behalf of Creditor    Ocwen Loan Servicing, LLC
           miriam.rosenblatt@mhllp.com,   mrosenblatt@rasflaw.com
          Scott J. Goldstein    on behalf of Joint Debtor Barbara Jean Lucas sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jan 16, 2020
                              Form ID: orderntc        Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Scott J. Goldstein    on behalf of Debtor James Walter Lucas sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Sindi  Mncina    on behalf of Creditor    Waterfall Victoria Grantor Trust II, Series G
               smncina@rascrane.com
              Steven P. Kelly    on behalf of Creditor    Waterfall Victoria Grantor Trust II, Series G
               skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                               TOTAL: 19
```