UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Guenther Waldow, Jr., Assistant Corporation Counsel
CITY OF NEWARK, DEPARTMENT OF LAW
KENYATTA K. STEWART, CORPORATION COUNSEL
920 Broad Street, Room 316
Newark, New Jersey 07102
973.733.3880
Attorney for Creditor City of Newark

In Re:

James Walter Lucas and Barbara Jean Lucas,

Debtors

Case No.: 16-32586

Chapter: 11

Judge: Vincent F. Papalia

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that _Guenther Waldow Esq._ will be substituted as attorney of record for _Douglas Goldstein Esq._, _____ in this case.[1]

Date: 12/30/2019

Date: 1/13/2019 ~~12/20/2019~~

Signature of Former Attorney

Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.