**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

**IN RE:**                                                                                      **CASE NO.: 16-32586-VFP**
                                                                                                **CHAPTER 11**
**James Walter Lucas and**
**Barbara Jean Lucas,**

    **Debtors.**
_____/

### REQUEST FOR SERVICE

    **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

    Robertson, Anschutz, Schneid & Crane LLC
    Attorney for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112

    By: /s/Laura Egerman
        Laura Egerman, Esquire
        Email: legerman@rasnj.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 1, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

James Walter Lucas
884 Sanford Ave
Irvington, NJ 07111-1510

Barbara Jean Lucas
884 Sanford Ave
Irvington, NJ 07111-1510

And via electronic mail to:

Scott J. Goldstein
Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ 07834

U.S. Trustee
One Newark Center Ste 2100
Newark, NJ 07102

    Robertson, Anschutz, Schneid & Crane LLC
    Attorney for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112

    By: /s/Laura Egerman
    Laura Egerman, Esquire
    Email: legerman@rasnj.com