UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2016-2345

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

In Re:

    James Walter Lucas
    Barbara Jean Lucas

               Debtor(s)

**Order Filed on May 20, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 16-32586-VFP

Chapter: 11

Hearing Date: May 19, 2020

Judge: Honorable Vincent F. Papalia

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

### ORDER AUTHORIZING THE RECORDING OF ORDER CONFIRMING PLAN OF REORGANIZATION FILED ON BEHALF OF JAMES AND BARBARA LUCAS CHAPTER 11 DEBTORS AND DEBTORS IN POSSESSION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 20, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

-1-

Upon the motion of Powers Kirn, LLC, Attorney for Bayview Loan Servicing, LLC, pursuant to 11 U.S.C. §1142(b) for an Order Authorizing the Recording of the Order Confirming Plan Of Reorganization Filed on Behalf of James and Barbara Lucas Chapter 11 Debtors and Debtors in Possession, and for cause shown, it is

**ORDERED** that Bayview Loan Servicing, LLC, its successors and/or assigns are hereby authorized to record the Order Confirming Plan Of Reorganization Filed on Behalf of James and Barbara Lucas Chapter 11 Debtors and Debtors in Possession in relation to the real property more fully described as: 889 Sanford Avenue, Irvington, NJ 07111, and also known as Tax Block 14, Lot 22 on Official Tax Map of the Township of Irvington, County of Essex, State of New Jersey; and it is further

**ORDERED** that the alternate relief requested by Bank of New York Mellon is subject to an application for further relief from this Court, which may be upon Consent Order with the Debtors.

The movant shall serve this order on the Debtors, any trustee and any other party who entered an appearance on the motion.