UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2016-2345

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

**Order Filed on May 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    James Walter Lucas
    Barbara Jean Lucas

              Debtor(s)

Case No.:  16-32586-VFP

Chapter:  11

Hearing Date:  May 19, 2020

Judge:  Honorable Vincent F. Papalia

Recommended Local Form:    ☐ Followed    ☒ Modified

## ORDER AUTHORIZING THE RECORDING OF ORDER CONFIRMING PLAN OF REORGANIZATION FILED ON BEHALF OF JAMES AND BARBARA LUCAS CHAPTER 11 DEBTORS AND DEBTORS IN POSSESSION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 20, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of Powers Kirn, LLC, Attorney for Bayview Loan Servicing, LLC, pursuant to 11 U.S.C. §1142(b) for an Order Authorizing the Recording of the Order Confirming Plan Of Reorganization Filed on Behalf of James and Barbara Lucas Chapter 11 Debtors and Debtors in Possession, and for cause shown, it is

**ORDERED** that Bayview Loan Servicing, LLC, its successors and/or assigns are hereby authorized to record the Order Confirming Plan Of Reorganization Filed on Behalf of James and Barbara Lucas Chapter 11 Debtors and Debtors in Possession in relation to the real property more fully described as: 889 Sanford Avenue, Irvington, NJ 07111, and also known as Tax Block 14, Lot 22 on Official Tax Map of the Township of Irvington, County of Essex, State of New Jersey; and it is further

**ORDERED** that the alternate relief requested by Bank of New York Mellon is subject to an application for further relief from this Court, which may be upon Consent Order with the Debtors.

The movant shall serve this order on the Debtors, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-32586-VFP
James Walter Lucas                                                        Chapter 11
Barbara Jean Lucas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 21, 2020
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2020.
db/jdb          James Walter Lucas,   Barbara Jean Lucas,   884 Sanford Ave,   Irvington, NJ   07111-1510
aty            +Law Offices of Scott J. Goldstein, LLC,   280 West Main Street,   Denville, NJ 07834-1233

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2020 at the address(es) listed below:
              Betsy Ann Rosenbloom    on behalf of Creditor    Bayview Loan Servicing, LLC
               brosenbloom@wcmolaw.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Guenther Waldow, Jr.    on behalf of Creditor    City of Newark, New Jersey waldowg@ci.newark.nj.us
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Justin Plean    on behalf of Creditor    The Bank of New York Mellon Trust Company
               jplean@rasflaw.com,    bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Justin Plean    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    NewRez LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    New Residential Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor     THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE
               CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROU bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Miriam Rosenblatt    on behalf of Creditor    Ocwen Loan Servicing, LLC
               miriam.rosenblatt@mhllp.com,    mrosenblatt@rasflaw.com
              Scott J. Goldstein    on behalf of Debtor James Walter Lucas sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Joint Debtor Barbara Jean Lucas sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Sindi Mncina    on behalf of Creditor    Waterfall Victoria Grantor Trust II, Series G
               smncina@rascrane.com
              Steven P. Kelly    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    Waterfall Victoria Grantor Trust II, Series G
               skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                                 TOTAL: 20