# powersKirn
### COUNSELORS AT LAW

**POWERS KIRN, LLC**
728 Marne Highway
Suite 200
Moorestown, NJ 08057
Tel: 856.802.1000
Fax: 856.802.4300
www.powerskirn.com

William M.E. Powers, III
Sarah E. Powers
Edward W. Kirn, III
Jeanette J. O'Donnell
Angela C. Pattison
Michael B. McNeil

May 22, 2020

CLERK, U.S. Bankruptcy Court
P.O. Box 1352
Newark, NJ 07101-1352

Re:   HEARING DATE:
      Bankruptcy Case No. 16-32586-VFP
      Chapter 11
      In re:  James Walter Lucas
              Barbara Jean Lucas

Dear Clerk:

Enclosed please find check in the amount of $12.00 for certified copy of Order Authorizing the Recording of Order Confirming Plan of Reorganization filed on behalf of James and Barbara Lucas Chapter 11 Debtors and Debtors in Possession entered 05/21/2020 under Docket Document #178.

Kindly return certified copy of order in the business reply envelope enclosed.

Very truly yours,

/s/ William M. E. Powers III
William M. E. Powers III

Enclosure

WMEP:dlh
#2016-2345

This is an attempt to collect a debt.  Information obtained will be used for that purpose.