UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>James Walter Lucas &<br>Barbara Jean Lucas<br><br>Debtors. | Case No.: __16-32586__<br><br>Chapter: 11<br><br>Hearing Date: __September 8, 2021__<br><br>Judge: __Vincent F. Papalia__ |

## NOTICE OF INTENTION TO CLOSE CASE
## PURSUANT TO D.N.J. LBR 3022-1(a)

TO:    DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, if any, and UNITED STATES TRUSTEE

It appearing that an Order Confirming the Chapter 11 Plan was entered more than five (5) months ago, you are hereby notified of the Court's intention to close the above captioned case pursuant to D.N.J. LBR 3022-1(a). The case shall be closed on or after ____September 8, 2021____ unless an objection to closing is filed with the court and served on the United States Trustee at least seven (7) days prior to the closing date. In the event a timely objection is filed, a hearing will be held on:

Date:    __September 8, 2021__

Time:    __10:00am__

Location:    __U.S. Bankruptcy Court, Newark, NJ__

__by phone via Court Solutions. Call__

__917-746-7476 to schedule appearance.__

DATED: __August 16, 2021__                    JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*

United States Bankruptcy Court

District of New Jersey

In re:                                                                   Case No. 16-32586-VFP

James Walter Lucas                                                       Chapter 11

Barbara Jean Lucas

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                     User: admin                              Page 1 of 2

Date Rcvd: Aug 16, 2021                  Form ID: pdf903                    Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | James Walter Lucas, Barbara Jean Lucas, 884 Sanford Ave, Irvington, NJ 07111-1510 |
| aty | + | Law Offices of Scott J. Goldstein, LLC, 280 West Main Street, Denville, NJ 07834-1233 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2021                     Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Betsy Ann Rosenbloom | on behalf of Creditor Bayview Loan Servicing  LLC brosenbloom@wcmolaw.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Guenther Waldow, Jr. | on behalf of Creditor City of Newark  New Jersey waldowg@ci.newark.nj.us |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC  serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | |

District/off: 0312-2                    User: admin                              Page 2 of 2
Date Rcvd: Aug 16, 2021                 Form ID: pdf903                      Total Noticed: 2

on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust bankruptcy@friedmanvartolo.com

Justin Plean

on behalf of Creditor The Bank of New York Mellon Trust Company jplean@raslg.com bkyecf@rasflaw.com;ras@ecf.courtdrive.com

Justin Plean

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY jplean@raslg.com bkyecf@rasflaw.com;ras@ecf.courtdrive.com

Laura M. Egerman

on behalf of Creditor NewRez LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Laura M. Egerman

on behalf of Creditor New Residential Mortgage LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Laura M. Egerman

on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK  N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROU bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

Laura M. Egerman

on behalf of Creditor Ditech Financial LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Miriam Rosenblatt

on behalf of Creditor Ocwen Loan Servicing  LLC miriam.rosenblatt@mhllp.com

Scott J. Goldstein

on behalf of Debtor James Walter Lucas sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com

Scott J. Goldstein

on behalf of Joint Debtor Barbara Jean Lucas sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com

Sindi Mncina

on behalf of Creditor Waterfall Victoria Grantor Trust II  Series G smncina@raslg.com

Steven P. Kelly

on behalf of Creditor Wilmington Savings Fund Society  Et Al... skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Steven P. Kelly

on behalf of Creditor Waterfall Victoria Grantor Trust II  Series G skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III

on behalf of Creditor Bayview Loan Servicing  LLC ecf@powerskirn.com

William M.E. Powers

on behalf of Creditor Bayview Loan Servicing  LLC ecf@powerskirn.com

William M.E. Powers, III

on behalf of Creditor Bayview Loan Servicing  LLC ecf@powerskirn.com

TOTAL: 21