Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−32586−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James Walter Lucas
884 Sanford Ave
Irvington, NJ 07111−1510

Barbara Jean Lucas
884 Sanford Ave
Irvington, NJ 07111−1510

Social Security No.:
   xxx−xx−5317                                                    xxx−xx−9510

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       10/5/21
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Scott J. Goldstein, Debtor's Attorney,
period: 4/13/2017 to 9/1/2021

COMMISSION OR FEES
$13155.00

EXPENSES
$963.58.

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 9, 2021
JAN:

                                                                         Jeanne Naughton
                                                                         Clerk

Case 16-32586-VFP    Doc 191    Filed 09/11/21    Entered 09/12/21 00:10:24    Desc
Imaged Certificate of Notice    Page 2 of 6

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-32586-VFP |
| James Walter Lucas | Chapter 11 |
| Barbara Jean Lucas | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 09, 2021 | Form ID: 137 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | James Walter Lucas, Barbara Jean Lucas, 884 Sanford Ave, Irvington, NJ 07111-1510 |
| aty | + | Law Offices of Scott J. Goldstein, LLC, 280 West Main Street, Denville, NJ 07834-1233 |
| cr | + | CAB East LLC, serviced by Ford Motor Credit Compan, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| cr | + | City of Newark, New Jersey, Office of Corporation Counsel, 920 Broad Street, Room 316, Newark, NJ 07102-2609 |
| cr | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | NewRez LLC, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| cr | + | The Bank of New York Mellon Trust Company, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Waterfall Victoria Grantor Trust II, Series G, 1040 N. Kings Highway. Suite 407, Cherry Hill, NJ 08034-1925 |
| cr | + | Wilmington Savings Fund Society, Et Al..., Stern & Eisenberg, 1581 Main Street, Suite 200, Suite 200 Warrington, PA 18976-3403 |
| 516519990 | | Bayview Financial Loan, 2601 S Bayshore Dr Fl 4, Miami, FL 33133-5413 |
| 516759667 | + | Bayview Loan Servicing, LLC, Powers Kirn, LLC, PO Box 848, Moorestown, NJ 08057-0848 |
| 516842931 | + | City of Newark, Department of Water and Sewer Utilities, C/O Law Department, 920 Broad Street, Rm. 316, Newark, NJ 07102-2609 |
| 516850836 | + | City of Newark, Tax Collector, c/o Law Department, 920 Broad Street, Rm. 316, Newark, NJ 07102-2609 |
| 516519992 | | City of Newark - Tax Department, 920 Broad St, Newark, NJ 07102-2660 |
| 517976039 | + | City of Newark, New Jersey, Attn: Douglas A. Goldstein, Esq., Spector & Ehrenworth, P.C., 30 Columbia Turnpike, Suite 202, Florham Park, NJ 07932-2261 |
| 516553311 | + | DEUTSCHE BANK NATIONAL TRUST COMPAMY, Robertson, Anschutz & Schneid, PL, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516759602 | | Deutsche Bank National Trust Company, as Trustee f, Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 516630329 | + | Ditech Financial LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516519995 | + | Ditech Financial LLC, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 516715658 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516519996 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 516589580 | | NNPL Trust Series 2012-1, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 518654152 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518654153 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826 Greenville, SC 29603-0826 |
| 516520000 | | Ocwen, Attention: Bankruptcy, PO Box 24738, West Palm Beach, FL 33416-4738 |
| 516520001 | | Ocwen Loan Servicing, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 517127125 | + | Ocwen Loan Servicing, LLC, Attn: Cashiering Department, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 516520002 | + | Ocwen/litton, 4828 Loop Central Dr, Houston, TX 77081-2193 |
| 516520003 | | Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 516520006 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, PO Box 245, Trenton, NJ 08695-0245 |
| 516520005 | | Shellpoint Mortgage SE, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 519267361 | + | U.S. Bank Trust National Association, as, Trustee of BKPL-EG Holding Trust, Rushmore Loan Management Services, LLC, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519267362 | + | U.S. Bank Trust National Association, as, Trustee of BKPL-EG Holding Trust, Rushmore Loan Management Services, LLC, P.O. Box 55004, Irvine, CA 92619 U.S. Bank Trust National Association, as 92619-500 |
| 517681720 | | Waterfall Victoria Grantor Trust II, Series G, c/o Statebridge Company, Attn: Bankruptcy Department, 5680 Greenwood Plaza Blvd, Suite 100S, Greenwood Village, CO 80111 Waterfall Victoria Grantor Trust II, Ser |

Case 16-32586-VFP    Doc 191    Filed 09/11/21    Entered 09/12/21 00:10:24    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 09, 2021 | Form ID: 137 | Total Noticed: 51 |

| 517681719 | + | Waterfall Victoria Grantor Trust II, Series G, Statebridge Company, LLC, 6061 South Willow Dr., Ste 300, Greenwood Village, CO 80111-5151 |
|---|---|---|

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 09 2021 20:21:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516519991 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Sep 09 2021 20:21:00 | Bayview Financial Loan, Bankruptcy Dept, 4425 Ponce de Leon Blvd Fl 5, Miami, FL 33146-1873 |
| 519062036 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Sep 09 2021 20:21:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 519062035 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Sep 09 2021 20:21:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 516519994 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 09 2021 20:35:45 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 516519993 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 09 2021 20:35:36 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 516519997 | | Email/Text: HWIBankruptcy@hunterwarfield.com | Sep 09 2021 20:21:00 | Hunter Warfield, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 516615227 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2021 20:35:41 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516519999 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2021 20:21:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 516520004 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2021 20:35:42 | Sears/Citibank, NA, PO Box 20363, Kansas City, MO 64195-0363 |
| 516668832 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2021 20:35:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516544990 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Sep 09 2021 20:21:00 | Talmadge Village LLC, c/o Hunter Warfield, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | DITECH FINANCIAL LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517337106 | *+ | Ditech Financial LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue,, Suite 100, Boca Raton, FL 33487-2853 |
| 516544946 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, PO BOX 62180, Colorado Springs, CO 80962-4400 |
| 516881255 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 09, 2021 | Form ID: 137 | Total Noticed: 51 |

|  |  | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-4400 |
|---|---|---|
| 516519998 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Betsy Ann Rosenbloom | on behalf of Creditor Bayview Loan Servicing  LLC brosenbloom@wcmolaw.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Guenther Waldow, Jr. | on behalf of Creditor City of Newark  New Jersey waldowg@ci.newark.nj.us |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC  serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust bankruptcy@friedmanvartolo.com |
| Justin Plean | on behalf of Creditor The Bank of New York Mellon Trust Company jplean@raslg.com bkyecf@rasflaw.com;ras@ecf.courtdrive.com |
| Justin Plean | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY jplean@raslg.com bkyecf@rasflaw.com;ras@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK  N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROU bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor Ditech Financial LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor NewRez LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor New Residential Mortgage LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Miriam Rosenblatt | on behalf of Creditor Ocwen Loan Servicing  LLC miriam.rosenblatt@mhllp.com |
| Scott J. Goldstein | on behalf of Joint Debtor Barbara Jean Lucas sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com |
| Scott J. Goldstein | on behalf of Debtor James Walter Lucas sjg@sgoldsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 09, 2021 | Form ID: 137 | Total Noticed: 51 |

    cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com

Sindi Mncina
    on behalf of Creditor Waterfall Victoria Grantor Trust II  Series G smncina@raslg.com

Steven P. Kelly
    on behalf of Creditor Waterfall Victoria Grantor Trust II  Series G skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Steven P. Kelly
    on behalf of Creditor Wilmington Savings Fund Society  Et Al... skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor Bayview Loan Servicing  LLC ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor Bayview Loan Servicing  LLC ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Bayview Loan Servicing  LLC ecf@powerskirn.com

TOTAL: 21