UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Office of Scott J Goldstein LLC
280 West Main Street
Denville, NJ 07834
Tel:  (973) 453-2838
Fax:  (973) 453-2869
sjg@sgoldsteinlaw.com

Scott J. Goldstein (016472004)

**Order Filed on October 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Barbara Lucas and James Lucas

Case No.:  16-32586

Adv. No.:

Hearing Date:

Judge:  Vincent F. Papalia

## Order Granting Compensation

The relief set forth on the following pages, numbered two (2) through 2    is hereby **ORDERED**.

**DATED: October 5, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case No.:  16-32586
Case Name:

**THIS MATTER,** having been opened to the Court on the motion of the Debtor, Barbara Lucas and James Lucas, by and through counsel, Scott J. Goldstein, Esq. seeking an Order, pursuant to 11 U.S.C. §327 and Fed. R. Bankr. P. 2016, and the Court having read the papers in support and in opposition to the application, if any, and the Court having heard the arguments of counsel, if any, and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The application for compensation is hereby granted as follows.

2. The Law Offices of Scott J. Goldstein, LLC and Scott J. Goldstein, Esq. are hereby granted compensation as follows:

   a. Legal Fees:  $13,155.00

   b. Disbursements and expenses:  $963.58

   c. Total compensation:  **$14,118.58**