| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Office of Scott J Goldstein LLC<br>280 West Main Street<br>Denville, NJ 07834<br>Tel:  (973) 453-2838<br>Fax:  (973) 453-2869<br>sjg@sgoldsteinlaw.com<br><br>Scott J. Goldstein (016472004) | Order Filed on October 5, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Barbara Lucas and James Lucas | Case No.:  16-32586<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:  Vincent F. Papalia |

## Order Granting Compensation

The relief set forth on the following pages, numbered two (2) through 2    is hereby **ORDERED**.

**DATED: October 5, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case No.:  16-32586
Case Name:

**THIS MATTER,** having been opened to the Court on the motion of the Debtor, Barbara Lucas and James Lucas, by and through counsel, Scott J. Goldstein, Esq. seeking an Order, pursuant to 11 U.S.C. §327 and Fed. R. Bankr. P. 2016, and the Court having read the papers in support and in opposition to the application, if any, and the Court having heard the arguments of counsel, if any, and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The application for compensation is hereby granted as follows.

2. The Law Offices of Scott J. Goldstein, LLC and Scott J. Goldstein, Esq. are hereby granted compensation as follows:

    a. Legal Fees: $13,155.00

    b. Disbursements and expenses: $963.58

    c. Total compensation: **$14,118.58**

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 16-32586-VFP
James Walter Lucas    Chapter 11
Barbara Jean Lucas
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Oct 05, 2021    Form ID: pdf903    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | James Walter Lucas, Barbara Jean Lucas, 884 Sanford Ave, Irvington, NJ 07111-1510 |
| aty | + | Law Offices of Scott J. Goldstein, LLC, 280 West Main Street, Denville, NJ 07834-1233 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Betsy Ann Rosenbloom | on behalf of Creditor Bayview Loan Servicing  LLC brosenbloom@wcmolaw.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Guenther Waldow, Jr. | on behalf of Creditor City of Newark  New Jersey waldowg@ci.newark.nj.us |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC  serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | |

Case 16-32586-VFP    Doc 193    Filed 10/07/21    Entered 10/08/21 00:11:48    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 05, 2021 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust bankruptcy@friedmanvartolo.com |
| Justin Plean | on behalf of Creditor The Bank of New York Mellon Trust Company jplean@raslg.com bkyecf@rasflaw.com;ras@ecf.courtdrive.com |
| Justin Plean | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY jplean@raslg.com bkyecf@rasflaw.com;ras@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor NewRez LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor New Residential Mortgage LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROU bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor Ditech Financial LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Miriam Rosenblatt | on behalf of Creditor Ocwen Loan Servicing LLC miriam.rosenblatt@mhllp.com |
| Scott J. Goldstein | on behalf of Debtor James Walter Lucas sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| Scott J. Goldstein | on behalf of Joint Debtor Barbara Jean Lucas sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor Waterfall Victoria Grantor Trust II Series G smncina@raslg.com |
| Steven P. Kelly | on behalf of Creditor Wilmington Savings Fund Society Et Al... skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Waterfall Victoria Grantor Trust II Series G skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Bayview Loan Servicing LLC ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Bayview Loan Servicing LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Bayview Loan Servicing LLC ecf@powerskirn.com |

TOTAL: 21