Chapter 11 Closing and Individual's Discharge
November 16, 2016

**CASE CLOSING**



**Individual Chapter 11 Debtor Discharge**

