UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Wenarsky & Goldstein, LLC
410 State Route 10 West, Ste 214
Ledgewood, NJ 07852
Tel: 973-927-5100
Fax: 973-927-5252
scott@wg-attorneys.com

In Re:

Barbara Lucas and James Lucas

Case No.:    16-32586

Chapter:    11

Hearing Date: _____

Judge:    Vincent F. Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Certification of Completion of Plan Payments (Docket No. 195)

_____

Date: 11/14/2025

/s/Scott J. Goldstein
Signature

*rev.8/1/15*