UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel:  (973) 927-5100
Fax:(973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein (016472004)

In Re:

Barbara Lucas and James Lucas

Case No.:     16-32586

Chapter:     11

Judge:     Vincent F. Papalia

## CHAPTER 11 INDIVIDUAL DEBTOR'S CERTIFICATION
## OF COMPLETION OF PLAN PAYMENTS AND NOTICE TO CREDITORS

The undersigned, _____Barbara Lucas and James Lucas_____, debtor(s) in the above captioned case, certifies that I/we have completed all payments required by the plan confirmed in this case on _____January 15, 2020_____.

I acknowledge that if U.S.C. 11 §1141(d)(3) applies in this case, to receive a discharge I must attend a debtor education course and file with the Clerk of the Bankruptcy Court a *Certification About a Financial Management Course*.

I certify under penalty of perjury that the forgoing is true and that I have served a copy of this Certification on all creditors in this case.

### NOTICE TO CREDITORS

Creditors are hereby notified that if they do not believe all payments due under the plan have been made, they may file an objection to the issuance of the debtor's discharge based on the debtor's failure to complete plan payments.  The objection must be filed with the Clerk and a copy served on the debtor and debtor's attorney 7 days prior to the hearing date set forth below.

If you file an objection, you or your attorney must appear at a hearing that will be held before the Honorable __Vincent F. Papalia__ on __12/2/2025__ at __10:00__ a.m. at the United States Bankruptcy Court, __District of New Jersey__, Courtroom number __3B__ *[hearing date must be set for at least 21 days from the date of this Certification]*.

If an objection to the issuance of the debtor's discharge based on failure to complete plan payments is not received by the Clerk, the Court will enter the debtor's discharge on or after the hearing date set forth above.

Date: November 14, 2025                             /s/ Barbara Lucas
                                                    Signature of Debtor

Date: November 14, 2025                             /s/ James Lucas
                                                    Signature of Joint Debtor

*rev.11/18/16*

Case 16-32586-VFP    Doc 197    Filed 11/14/25    Entered 11/14/25 01:57:17    Desc Main
Document      Page 2 of 2