UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| IN RE: | CASE NO: 16-32586 |
|---|---|
| Barbara Jean Lucas<br>James Walter Lucas | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 197 |

On 11/14/2025, I did cause a copy of the following documents, described below,

Ch 11 Debtor's Cert of Completion of Plan Payments ECF Docket Reference No. 197

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/14/2025

/s/ Scott J. Goldstein
Scott J. Goldstein  4291811

Law Offices of Wenarsky & Goldstein, LLC
410 State Route 10 W, Ste 214
Ledgewood, NJ 07852
973-453-2838
scott@wg-attorneys.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 16-32586 |
| Barbara Jean Lucas<br>James Walter Lucas | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 197 |

On 11/14/2025, a copy of the following documents, described below,

Ch 11 Debtor's Cert of Completion of Plan Payments ECF Docket Reference No. 197

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/14/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Scott J. Goldstein
Law Offices of Wenarsky & Goldstein, LLC
410 State Route 10 W, Ste 214
Ledgewood, NJ  07852

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| | | |
|---|---|---|
| OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER, STE 2100<br>NEWARK NJ 07102 | DITECH FINANCIAL<br>884 STANFORD AVENUE<br>IRVINGTON NJ 07111 | POWERS KERN, LLC<br>728 MARNE HIGHWAY, STE 200<br>MOORESTOWN NJ 08057 |
| STERN & EISENBERG, PC<br>1040 N KINGS HWY, STE 402<br>CHERRY HILL NJ 08034 | ROBERTSON, ANSCHUTZ, & SCHNEID, P.L.<br>6409 CONGRESS AVE., SUITE 100<br>BOCA RATON FL 33487 | ROBERTSON, ANSCHUTZ, & SCHNEID, LLC<br>10700 ABBOTT'S BRIDGE ROAD, SUITE 170<br>DULUTH GA 30097 |
| MORTON & CRAIG LLC<br>110 MARTER AVENUE, SUITE 301<br>MOORESTOWN, NJ 08057 | STERN & EISENBERG, PC<br>1040 N. KINGS HIGHWAY, SUITE 407<br>CHERRY HILL, NJ 08034 | WILLIAMS CALIRI MILLER & OTLEY, PC<br>1680 ROUTE 23, SUITE 425<br>WAYNE, NJ 07470 |
| FRIEDMAN VARTOLO, LLP<br>1325 FRANKLIN AVE., SUITE 160<br>GARDEN CITY, NY 11530 | RAS CITRON, LLC<br>BANKRUPTCY DEPT<br>130 CLINTON ROAD, SUITE 202<br>FAIRFIELD NJ 07004 | SPECTOR & EHRENWORTH, P.C.<br>30 COLUMBIA TURNPIKE, SUITE 202<br>FLORHAM PARK, NEW JERSEY 07932 |
| BAYVIEW FINANCIAL LOAN<br>BANKRUPTCY DEPT<br>4425 PONCE DE LEON BLVD, FL 5<br>MIAMI, FL 33146 | COMMUNITY LOAN SERVICING, LLC<br>4425 PONCE DE LEON BLVD., 5TH FLOOR<br>CORAL GABLE, FL 33146 | CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV 89193 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br>OCWEN LOAN SERVICING, LLC<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 24605<br>WEST PALM BEACH, FL 33416 | FORD MOTOR CREDIT CO<br>PO BOX 62180<br>COLORADO SPRINGS CO 80962 | TALMADGE VILLAGE LLC<br>C/O HUNTER WARFIELD<br>4620 WOODLAND CORPORATE BLVD<br>TAMPA FL 33614 |
| MIDLAND FUNDING<br>8875 AERO DR, SUITE 200<br>SAN DIEGO CA 92123 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603 |
| NEWREZ LLC<br>PO BOX 10826<br>GREENVILLE SC 29603 | PRESSLER FELT & WARSHAW LLP<br>7 ENTIN RD<br>PARSIPPANY NJ 07054 | CITIBANK NA<br>PO BOX 20363<br>KANSAS CITY MO 64195 |
| STATE OF NJ<br>DIVISION OF TAXATION<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 245<br>TRENTON NJ 08695 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541 | US BANK TRUST NATIONAL ASSOC AS TRUSTEE<br>RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 55004<br>IRVINE CA 92619 |

```
STATEBRIDGE COMPANY
ATTN: BANKRUPTCY DEPARTMENT
5680 GREENWOOD PLAZA BLVD, SUITE 100S
GREENWOOD VILLAGE, CO 80111
```