Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  16–32586–VFP
                              Chapter:  11
                              Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James Walter Lucas | Barbara Jean Lucas |
| 884 Sanford Ave | 884 Sanford Ave |
| Irvington, NJ 07111–1510 | Irvington, NJ 07111–1510 |

Social Security No.:
  xxx–xx–5317                                      xxx–xx–9510

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 16, 2025</u>          <u>Vincent F. Papalia</u>
                                                Judge, United States Bankruptcy Court