| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | James Walter Lucas<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–5317<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Barbara Jean Lucas<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9510<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:  16–32586–VFP | | |

## Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1141(d)(5) is granted to:

James Walter Lucas                                 Barbara Jean Lucas

12/16/25                                           **By the court:** <u>Vincent F. Papalia</u>
                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in an Individual Chapter 11 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 11 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

   **For more information, see page 2 >**

---

Form 3180RI                            **Individual Chapter 11 Discharge**                            page 1

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of an individual chapter 11 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-32586-VFP |
| James Walter Lucas | Chapter 11 |
| Barbara Jean Lucas | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Dec 16, 2025 | Form ID: 3180RI | Total Noticed: 50 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | James Walter Lucas, Barbara Jean Lucas, 884 Sanford Ave, Irvington, NJ 07111-1510 |
| cr | + | CAB East LLC, serviced by Ford Motor Credit Compan, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| cr | + | City of Newark, New Jersey, Office of Corporation Counsel, 920 Broad Street, Room 316, Newark, NJ 07102-2609 |
| cr | + | Waterfall Victoria Grantor Trust II, Series G, 1040 N. Kings Highway. Suite 407, Cherry Hill, NJ 08034-1925 |
| cr | + | Wilmington Savings Fund Society, Et Al..., Stern & Eisenberg, 1581 Main Street, Suite 200, Suite 200 Warrington, PA 18976-3403 |
| 516519990 | + | Bayview Financial Loan, 2601 S Bayshore Dr Fl 4, Miami, FL 33133-5519 |
| 516759667 | + | Bayview Loan Servicing, LLC, Powers Kirn, LLC, PO Box 848, Moorestown, NJ 08057-0848 |
| 516519992 | | City of Newark - Tax Department, 920 Broad St, Newark, NJ 07102-2660 |
| 517976039 | + | City of Newark, New Jersey, Attn: Douglas A. Goldstein, Esq., Spector & Ehrenworth, P.C., 30 Columbia Turnpike, Suite 202, Florham Park, NJ 07932-2253 |
| 516519995 | + | Ditech Financial LLC, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 516715658 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516520002 | + | Ocwen/litton, 4828 Loop Central Dr, Houston, TX 77081-2193 |
| 517681720 | | Waterfall Victoria Grantor Trust II, Series G, c/o Statebridge Company, Attn: Bankruptcy Department, 5680 Greenwood Plaza Blvd, Suite 100S, Greenwood Village, CO 80111 Waterfall Victoria Grantor Trust II, Ser |
| 517681719 | + | Waterfall Victoria Grantor Trust II, Series G, Statebridge Company, LLC, 6061 South Willow Dr., Ste 300, Greenwood Village, CO 80111-5151 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: IRS.COM | Dec 17 2025 01:46:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 16 2025 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 16 2025 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 16 2025 21:01:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 16 2025 21:01:00 | NewRez LLC, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 16 2025 21:01:00 | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite |

Case 16-32586-VFP    Doc 201    Filed 12/18/25    Entered 12/19/25 00:13:45    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 16, 2025 | Form ID: 3180RI | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| cr | | ^ MEBN | | 100, Boca Raton, FL 33487-2853 |
| | | | Dec 16 2025 20:57:03 | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 16 2025 21:01:00 | The Bank of New York Mellon Trust Company, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 516519991 | + | EDI: LCIBAYLN | Dec 17 2025 01:46:00 | Bayview Financial Loan, Bankruptcy Dept, 4425 Ponce de Leon Blvd Fl 5, Miami, FL 33146-1873 |
| 516842931 | + | Email/Text: PEGUEROA@CI.NEWARK.NJ.US | Dec 16 2025 21:02:00 | City of Newark, Department of Water and Sewer Utilities, C/O Law Department, 920 Broad Street, Rm. 316, Newark, NJ 07102-2609 |
| 516850836 | + | Email/Text: PEGUEROA@CI.NEWARK.NJ.US | Dec 16 2025 21:02:00 | City of Newark, Tax Collector, c/o Law Department, 920 Broad Street, Rm. 316, Newark, NJ 07102-2609 |
| 519062036 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 16 2025 21:02:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 519062035 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 16 2025 21:02:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 516519994 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 16 2025 21:01:01 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 516519993 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 16 2025 21:01:01 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 516553311 | + | Email/Text: RASEBN@raslg.com | Dec 16 2025 21:01:00 | DEUTSCHE BANK NATIONAL TRUST COMPAMY, Robertson, Anschutz & Schneid, PL, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516759602 | | EDI: LCIPHHMRGT | Dec 17 2025 01:46:00 | Deutsche Bank National Trust Company, as Trustee f, Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 516630329 | + | Email/Text: RASEBN@raslg.com | Dec 16 2025 21:01:00 | Ditech Financial LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516519996 | | Email/Text: EBNBKNOT@ford.com | Dec 16 2025 21:03:00 | Ford Motor Credit, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 516519997 | | Email/Text: HWIBankruptcy@hunterwarfield.com | Dec 16 2025 21:02:00 | Hunter Warfield, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 516615227 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2025 21:01:03 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516519999 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 16 2025 21:02:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 516589580 | | Email/Text: mtgbk@shellpointmtg.com | Dec 16 2025 21:01:00 | NNPL Trust Series 2012-1, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 518654153 | | Email/Text: mtgbk@shellpointmtg.com | Dec 16 2025 21:01:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518654152 | | Email/Text: mtgbk@shellpointmtg.com | Dec 16 2025 21:01:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |

Case 16-32586-VFP    Doc 201    Filed 12/18/25    Entered 12/19/25 00:13:45    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 16, 2025 | Form ID: 3180RI | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516520000 | | EDI: LCIPHHMRGT | Dec 17 2025 01:46:00 | Ocwen, Attention: Bankruptcy, PO Box 24738, West Palm Beach, FL 33416-4738 |
| 516520001 | | EDI: LCIPHHMRGT | Dec 17 2025 01:46:00 | Ocwen Loan Servicing, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 517127125 | + | EDI: LCIPHHMRGT | Dec 17 2025 01:46:00 | Ocwen Loan Servicing, LLC, Attn: Cashiering Department, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 516520003 | | Email/Text: signed.order@pfwattorneys.com | Dec 16 2025 21:01:00 | Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 516520006 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 16 2025 21:01:00 | State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, PO Box 245, Trenton, NJ 08695-0245 |
| 516520004 | | EDI: CITICORP | Dec 17 2025 01:46:00 | Sears/Citibank, NA, PO Box 20363, Kansas City, MO 64195-0363 |
| 516520005 | | Email/Text: mtgbk@shellpointmtg.com | Dec 16 2025 21:02:00 | Shellpoint Mortgage SE, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 516668832 | + | EDI: PRA.COM | Dec 17 2025 01:52:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516544990 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Dec 16 2025 21:02:00 | Talmadge Village LLC, c/o Hunter Warfield, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 519267361 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 16 2025 21:02:00 | U.S. Bank Trust National Association, as, Trustee of BKPL-EG Holding Trust, Rushmore Loan Management Services, LLC, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519267362 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 16 2025 21:02:00 | U.S. Bank Trust National Association, as, Trustee of BKPL-EG Holding Trust, Rushmore Loan Management Services, LLC, P.O. Box 55004, Irvine, CA 92619, U.S. Bank Trust National Association, as 92619-5004 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | DITECH FINANCIAL LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517337106 | *+ | Ditech Financial LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue,, Suite 100, Boca Raton, FL 33487-2853 |
| 516544946 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, PO BOX 62180, Colorado Springs, CO 80962-4400 |
| 516881255 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-4400 |
| 516519998 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| aty | ##+ | Law Offices of Scott J. Goldstein, LLC, 280 West Main Street, Denville, NJ 07834-1233 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Betsy Ann Rosenbloom | on behalf of Creditor Bayview Loan Servicing LLC brosenbloom@wcmolaw.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Guenther Waldow, Jr. | on behalf of Creditor City of Newark New Jersey waldowg@ci.newark.nj.us |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Justin Plean | on behalf of Creditor The Bank of New York Mellon Trust Company qpwbbkpacer@qpwblaw.com bkyecf@rasflaw.com;ras@ecf.courtdrive.com |
| Justin Plean | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY qpwbbkpacer@qpwblaw.com bkyecf@rasflaw.com;ras@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROU laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Ditech Financial LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor NewRez LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor New Residential Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Miriam Rosenblatt | on behalf of Creditor Ocwen Loan Servicing LLC miriam@mintztruppman.com |
| Scott J. Goldstein | on behalf of Joint Debtor Barbara Jean Lucas scott@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com |
| Scott J. Goldstein | on behalf of Debtor James Walter Lucas scott@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com |
| Sindi Mncina | on behalf of Creditor Waterfall Victoria Grantor Trust II Series G smncina@raslg.com |
| Steven P. Kelly | on behalf of Creditor Waterfall Victoria Grantor Trust II Series G skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Wilmington Savings Fund Society Et Al... skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Bayview Loan Servicing LLC ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Bayview Loan Servicing LLC ecf@powerskirn.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Dec 16, 2025 | Form ID: 3180RI | Total Noticed: 50 |

William M.E. Powers, III
          on behalf of Creditor Bayview Loan Servicing  LLC ecf@powerskirn.com

TOTAL: 21